B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**KiOR, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**51-0652233** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**13001 Bay Park Rd**<br>**Pasadena, TX 77507**           ZIP CODE **77507** | Street Address of Joint Debtor (No. & Street, City, and State):           ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):           ZIP CODE | Mailing Address of Joint Debtor (if different from street address):           ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**                                **Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

---
**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**KiOR, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed:    - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☒ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                  Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>KiOR, Inc. |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br>_____<br>Telephone Number (If not represented by attorney)<br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br>X _____<br>(Signature of Foreign Representative)<br>_____<br>(Printed Name of Foreign Representative)<br>_____<br>Date |
| **Signature of Attorney***<br>X */s/ John H. Knight*<br>Signature of Attorney for Debtor(s)<br>**John H. Knight  No. 3848**<br>Printed Name of Attorney for Debtor(s)<br>**Richards Layton & Finger**<br>Firm Name<br>**One Rodney Square**<br>**920 North King Street**<br>**Wilmington, DE 19801**<br>Address<br>**(302) 651-7700**<br>Telephone Number<br>**November 9, 2014**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br>_____<br>Address<br>X _____<br>_____<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Authorized Individual<br>**Christopher A. Artzer**<br>Printed Name of Authorized Individual<br>**President and Interim CFO**<br>Title of Authorized Individual<br>**November 9, 2014**<br>Date | |

B1 (Official Form 1) (04/13)          Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>KiOR, Inc. |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X _____<br>Signature of Attorney for Debtor(s)<br>**John H. Knight   No. 3848**<br>Printed Name of Attorney for Debtor(s)<br>**Richards Layton & Finger**<br>Firm Name<br>**One Rodney Square**<br>**920 North King Street**<br>**Wilmington, DE 19801**<br>Address<br><br>**(302) 651-7700**<br>Telephone Number<br>**November 9, 2014**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Authorized Individual<br>**Christopher A. Artzer**<br>Printed Name of Authorized Individual<br>**President and Interim CFO**<br>Title of Authorized Individual<br>**November 9, 2014**<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re   Kior, Inc.                      ,       ) Case No. _____
                                                )
              Debtor                            )
                                                )
                                                ) Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   001-35213  .

2. The following financial data is the latest available information and refers to the debtor's condition on June 30, 2014  .

   a. Total assets                                              $   58,274,000.00
   b. Total debts (including debts listed in 2.c., below)       $  261,313,000.00

   c. Debt securities held by more than 500 holders:                             Approximate number of holders:

   secured ☐   unsecured ☐   subordinated ☐   $ None _____    _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____    _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____    _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____    _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____    _____

   d. Number of shares of preferred stock                                 0               0
   e. Number of shares common stock                                 111,271,211      _____
      Comments, if any: _____

3. Brief description of debtor's business:
   KiOR, Inc. and its wholly-owned subsidiary KiOR Columbus, LLC are development stage, renewable fuels companies based in Pasadena, Texas and Columbus, MS, respectively. The Debtors' primary business is the development and commercialization of a proprietary process designed to generate fuel from biomass.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: Entities_____

   Entities affiliated with Khosla Ventures
   BIOeCON B.V.
   Fred Cannon

## KIOR, INC.

### CERTIFICATE OF RESOLUTIONS

I, Christopher A. Artzer, hereby certify that, at all times mentioned herein, I have been the duly appointed President and Interim Chief Financial Officer of KiOR, Inc., a Delaware corporation (the "Company"), and the attached is a full, true and correct copy of resolutions duly adopted at a meeting of the Board of Directors of KiOR, Inc. on November 3, 2014, in accordance with the requirements of applicable Delaware law and that said resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof.

IN WITNESS WHEREOF, I have hereunto set my hand this 9th day of November, 2014.

KIOR, INC.

_____
Christopher A. Artzer, President and Interim Chief Financial Officer

## RESOLUTIONS RELATING TO
## REORGANIZATION OF
## KIOR, INC.

WHEREAS, KiOR Inc., a Delaware corporation (the "Company"), is the parent company of KiOR Columbus, LLC, a Delaware limited liability company; and

WHEREAS, the Board of Directors of the Company (the "Board") has considered the financial and operational conditions of the Company;

WHEREAS, in the business judgment of the Board, after consideration of the alternatives presented to it by the Company's senior management, professionals and advisors, the Board deems it advisable and in the best interests of the Company, and the interests of the Company's creditors, shareholders and employees, that the Company file a petition seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, the Company proposes to enter into a Senior Secured and Superpriority Financing Agreement (the "DIP Agreement") by and among the Company, as borrower and Pasadena Investments, LLC ("PI LLC") as agent for the lenders from time to time party thereto, as lenders, a form of which has been submitted to and reviewed by the Authorized Officers. The DIP Agreement provides the Company a senior secured super-priority debtor-in-possession incremental term loan facility that would permit borrowings of not less than $15,000,000 and the Board, acting on behalf of the Company deems it advisable and in the best interests of the Company and the interests of the Company's creditors, shareholders and employees, and other interested parties (as applicable) to enter into the DIP Agreement;

WHEREAS, the Company proposes to enter into a Plan Support Agreement (the "PSA") and a Plan Term Sheet (the "Term Sheet") by and among the Company, KFT Trust, Khosla Ventures III LP ("Khosla Ventures III"), VNK Management LLC ("VNK Management"), and PI LLC (together with the KFT Trust, Khosla Ventures III, and VNK Management, the "Stalking Horse Bidder") to consummate a comprehensive restructuring transaction involving substantially all of the Debtor's assets (the "Assets") though a plan of reorganization to be filed by the Company. The PSA transaction is subject to higher and/or better offers, and in furtherance of the Company's efforts to maximize the value of its estate, it intends to seek approval of an auction sale process and related bidding procedures (the "Bidding Procedures") to conduct an auction for qualified bidders to bid to purchase the Assets.

NOW, THEREFORE, BE IT RESOLVED, that the Company is authorized to file with the United States Bankruptcy Court for the District of Delaware, (the "Bankruptcy Court") a voluntary petition for reorganization under the Bankruptcy Code and to perform any and all such acts as the President, or any other officer of the Company so designated by the Board (individually, each an "Authorized Officer" and collectively the "Authorized Officers") deems to be reasonable, advisable, expedient, convenient, proper, or necessary to effect the foregoing; and it is

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered to retain, on behalf of the Company, the law firm of KING &

SPALDING LLP to act as counsel in the representation of the Company in connection with the Chapter 11 proceedings and in all matters arising in, related to, or in connection therewith; and it is

**FURTHER RESOLVED** that the Authorized Officers be, and each of them hereby is, authorized and empowered to retain, on behalf of the Company, the law firm of RICHARDS LAYTON & FINGER to act as Delaware co-counsel in the representation of the Company in connection with the Chapter 11 proceedings and in all matters arising in, related to, or in connection therewith; and it is

**FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized and empowered to retain, on behalf of the Company, the firm of ALVAREZ & MARSAL, upon such terms and conditions as the Authorized Persons shall approve, to render financial advisory services to the Company in connection with the Chapter 11 proceedings; and it is

**FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized and empowered to retain, on behalf of the Company, the firm of GUGGENHEIM SECURITIES, LLC, upon such terms and conditions as the Authorized Persons shall approve, to render investment banking services to the Company in connection with the Chapter 11 proceedings; and it is

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Authorized Officer(s) so acting shall deem appropriate in his, her, or their judgment to fully carry out the intent and accomplish the purposes of these Resolutions; and it is

**FURTHER RESOLVED**, that the Authorized Persons, be, and they hereby are authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in connection with the prosecution of the Chapter 11 proceeding, and in that connection for the Authorized Persons to retain and employ such other officers, attorneys, financial advisors, investment bankers and accountants as the Authorized Officer(s) so acting shall deem necessary or appropriate, which they may deem necessary or proper with a view to the successful prosecution of the Chapter 11 proceeding; and it is

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered, on behalf of the Company, in connection with the Chapter 11 proceedings, to file or cause to be filed with the Bankruptcy Court, Plan(s) of Reorganization, together with any amendments or modifications thereto or restatements thereof (the "Plan") providing for the restructuring and reorganization of the Company upon such terms as the Authorized Officer(s), respectively, executing the same shall deem necessary or appropriate; and it is

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered, on behalf of the Company, to file or cause to be filed with the

Bankruptcy Court, Disclosure Statement(s) and Solicitation of Ballots for the Plan(s), together with any amendments or modifications thereto, or any restatements thereof containing such information and disclosure as such Authorized Officer(s) shall deem necessary or appropriate; and it is

**FURTHER RESOLVED**, that the DIP Agreement and all transactions contemplated thereby, are hereby in all respects approved, adopted, ratified and confirmed and the Authorized Officers be, and each of them hereby is, authorized and empowered, for and in the name and on behalf of the Company and without the joinder of any other person or entity, to effect the financing contemplated by the DIP Agreement, and any transactions contemplated thereby; and it is

**FURTHER RESOLVED**, that the PSA, the Term Sheet, and the Bidding Procedures and all transactions contemplated thereby, are hereby in all respects approved, adopted, ratified and confirmed and the Authorized Officers be, and each of them hereby is, authorized and empowered, for and in the name and on behalf of the Company and without the joinder of any other person or entity, to effect the transactions contemplated by the PSA and the Term Sheet, and any transactions contemplated thereby; and it is

**FURTHER RESOLVED**, that all actions heretofore taken by the Authorized Officers in the name of and on behalf of the Company in connection with any of the foregoing matters are hereby in all respects ratified, confirmed, and approved.

**IN WITNESS WHEREOF**, the undersigned has executed these Resolutions on November 9, 2014.

_____
Christopher A. Artzer, Secretary

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re    KiOR, Inc.

Debtor(s)

Case No.

Chapter    11

## COMBINED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| WilmerHale<br>1875 Pennsylvania Ave NW<br>Washington, DC 20004 | WilmerHale<br>Carol Clayton<br>Partner in Charge<br>1875 Pennsylvania Ave NW<br>Washington, DC 20004<br>Tel: 202-663-6000<br>Fax: 202-663-6363 | Trade Debt | | $1,305,702.00 |
| Matheson Tri Gas - Dallas<br>2040 California Crossing Road<br>Dallas, TX 75220 | Matheson Tri Gas - Dallas<br>Scott Kallman<br>President and CEO<br>2040 California Crossing Road<br>Dallas, TX 75220<br>Tel: 972-444-0437<br>Fax: 972-501-9194 | Trade Debt | Contingent, Disputed | $1,085,333.00 |
| IntraLinks<br>150 East 42nd Street, 8th Fl<br>New York, NY 10017 | IntraLinks<br>Ronald W. Hovespian<br>President, CEO and Director<br>150 East 42nd Street, 8th FLoor<br>New York, NY 10017<br>Tel: 212-543-7700<br>Fax: 212-543-7978 | Trade Debt | | $296,876.00 |
| PricewaterhouseCoopers LLP<br>1201 Louisiana<br>Houston, TX 77002-5678 | PricewaterhouseCoopers LLP<br>Niloufar Molavi<br>Vice Chair, US Energy Leader, Market Managing Partner for Greater Houston<br>1201 Louisiana<br>Houston, TX 77002-5678<br>Tel: 713-356-4000<br>Fax: 713-356-4717 | Trade Debt | | $147,901.00 |
| Southern Ionics<br>506 West Broad Street<br>West Point, MS 39773 | Southern Ionics<br>Milton Sunbeck<br>President, CEO and Director<br>506 West Broad Street<br>West Point, MS 39773<br>Tel: 662-495-2583<br>Fax: 662-494-6770 | Trade Debt | | $142,921.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **KiOR, Inc.**                          Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Leidos Engineering, LLC<br>C/O Leidos, Inc.<br>11951 Freedom Drive<br>Reston, VA 20190 | Leidos Engineering, LLC<br>C/O Leidos, Inc.<br>Roger A. Krone, CEO<br>11951 Freedom Drive<br>Reston, VA 20190<br>Tel: 571-526-6000<br>Fax: 703-356-2751 | Trade Debt | | $121,893.00 |
| Stradling Yocca Carlson & Ruth<br>660 Newport Center Drive<br>Suite 1600<br>Newport Beach, CA 92660 | Stradling Yocca Carlson & Ruth<br>C. Craig Carlson<br>Shareholder, Founding Partner<br>660 Newport Center Drive<br>Suite 1600<br>Newport Beach, CA 92660<br>Tel: 949-725-4000<br>Fax: 949-725-4100 | Trade Debt | | $114,028.00 |
| NASDAQ<br>401 Market Street<br>Philadelphia, PA 19106 | NASDAQ<br>Bob Greifeld, CEO<br>401 Market Street<br>Philadelphia, PA 19106<br>Tel: 215-496-5000<br>Fax: 215-496-5653 | Trade Debt | | $106,546.00 |
| K&H Services, Inc.<br>142 Oakland St<br>Baytown, TX 77520 | K&H Services, Inc.<br>Harry Kruder<br>President, CEO and Director<br>142 Oakland St<br>Baytown, TX 77520<br>Tel: 281-424-3287<br>Fax: 281-424-3287 | Trade Debt | | $104,836.00 |
| T.B. Jones LLC<br>1025 Ashland Blvd<br>Channelview, TX 77530 | T.B. Jones LLC<br>Trimm Jones<br>President and Director<br>1025 Ashland Blvd<br>Channelview, TX 77530<br>Tel: 281-457-1204<br>Fax: 281-452-6923 | Trade Debt | | $71,199.00 |
| Baker Botts LLP<br>910 Louisiana<br>Houston, TX 77216-1626 | Baker Botts LLP<br>John W. Porter<br>Partner in Charge<br>910 Louisiana<br>Houston, TX 77216-1626<br>Tel: 713-229-1597<br>Fax: 713-229-1522 | Trade Debt | | $69,298.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **KiOR, Inc.**                                                      Case No. _____

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Aetna Life Insurance<br>151 Farmington Ave, F265<br>Hartford, CT 06156 | Aetna Life Insurance<br>Mark T. Bertolini<br>Chairman, CEO and President<br>151 Farmington Ave, F265<br>Hartford, CT 06156<br>Tel: 860-273-0123<br>Fax: 860-273-6348 | Trade Debt | | $68,084.00 |
| Locke Lord LLP<br>2200 Ross Ave, Ste 2200<br>Dallas, TX 75201 | Locke Lord LLP<br>Don Glendenning<br>Managing Partner<br>2200 Ross Ave, Ste 2200<br>Dallas, TX 75201<br>Tel: 214-740-8000<br>Fax: 214-740-8800 | Trade Debt | | $67,549.00 |
| Delaware Secretary of State<br>401 Federal Street<br>Dover, DE 19901 | Delaware Secretary of State<br>Jeffrey W. Bullock<br>Secretary of State<br>401 Federal Street<br>Dover, DE 19901<br>Tel: 302-739-4111<br>Fax: 302-739-3811 | Trade Debt | | $36,000.00 |
| A&L Ind Svc, Inc.<br>1728 Highway 146 N<br>La Porte, TX 77571 | A&L Ind Svc, Inc.<br>Kelly Clark<br>Business Development<br>1728 Highway 146 N<br>La Porte, TX 77571<br>Tel: 713-703-5221<br>Fax: 281-470-9899 | Trade Debt | | $29,807.00 |
| Robert Half<br>205 N. Michigan Ave<br>Ste 3301<br>Chicago, IL 60601 | Robert Half<br>Frank Wu, Co-Managing Director<br>205 N. Michigan Ave Ste 3301<br>Chicago, IL 60601<br>Tel: 312-616-0220<br>Fax: 312-616-8560 | Trade Debt | | $29,628.00 |
| Mobile Modular<br>4445 East Sam Houston Pkwy So.<br>Pasadena, TX 77505-3912 | Mobile Modular<br>Dennis C. Kakures<br>President and CEO<br>4445 East Sam Houston Pkwy So.<br>Pasadena, TX 77505-3912<br>Tel: 925-606-9200<br>Fax: 925-453-3200 | Trade Debt | | $26,223.00 |
| RR Donnelley Financial<br>111 South Wacker Drive<br>Chicago, IL 60606 | RR Donnelley Financial<br>Thomas J. Quinlan<br>President and CEO<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Tel: 312-326-8000<br>Fax: 312-326-8001 | Trade Debt | | $25,060.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **KiOR, Inc.**                                                                                          Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| King Cat Consultancy<br>Stun Streuvelshof 12<br>Almere Flevoland 1321AA<br>Netherlands | King Cat Consultancy<br>King Yen Yung<br>Stun Streuvelshof 12<br>Almere Flevoland 1321AA<br>Netherlands<br>Tel: 31 64 808 1894 | Trade Debt | | $24,708.00 |
| Mississippi Development Authority<br>501 North West Street<br>Jackson, MS 39201 | Mississippi Development Authority<br>501 North West Street<br>Jackson, MS 39201<br>Tel: 601-359-3449<br>Fax: 601-359-3832 | Guaranty | Contingent, Unliquidated | Undetermined |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Interim CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 9, 2014**                Signature   _/s/ Christopher A. Artzer_
                                                        **Christopher A. Artzer**
                                                        **President and Interim CFO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KIOR, INC. | § | Case No. 14-00000 |
| | § | |
| Debtor. | § | Tax I.D. No. 51-0652233 |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure KiOR, Inc. hereby states that the following entities own 10% or more of any class of KiOR, Inc.'s equity interests:

Entities affiliated with Khosla Ventures.

Entities affiliated with Artis Capital Management, L.P.

Entities affiliated with Alberta Investment Management Corporation

Entities affiliated with Gates Ventures, LLC

Entities affiliated with Frontier Capital Management Co.

Fred Cannon

Respectfully submitted this 9th day of November 2014.

By: _____
Christopher A. Artzer
President and Interim CFO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KIOR, INC. | § | Case No. 14-00000 |
| | § | |
| Debtor. | § | Tax I.D. No. 51-0652233 |

**BANKRUPTCY CASES CONCURRENTLY FILED BY ANY PARTNER OR AFFILIATE OF THE DEBTOR**

None.

Date: November 9, 2014.

By: _____
Christopher A. Artzer
President and Interim CFO