## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| | :    Chapter 11 |
| In re: | : |
| | :    Case No. 14-12514 (CSS) |
| KiOR, INC. | : |
| | : |
| Debtor.[1] | : |
| | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of John W. Lucas, of Pachulski Stang Ziehl & Jones LLP, to represent Khosla Ventures III LP in the above-captioned case and any related adversary proceeding.

Dated: November 10, 2014

       */s/ Peter J. Keane*
       Peter J. Keane (Bar No. 5503)
       Pachulski Stang Ziehl & Jones LLP
       919 North Market Street, 17th Floor
       Wilmington, Delaware 19801

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bar of the States of California and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

       */s/ John W. Lucas*
       John W. Lucas (CA Bar No. 271038)
       Pachulski Stang Ziehl & Jones LLP
       150 California Street, 15th Floor
       San Francisco, CA  94111
       Email: jlucas@pszjlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is KiOR, Inc. (2233). The above-captioned Debtor's mailing address is 13011 Bay Park Road, Pasadena, Texas 77507.