**SIGN-IN SHEET**

**CASE NAME: Kior**
**CASE NO: 14-12514**

**COURTROOM LOCATION: 6**
**DATE: 11/13/14 at 10:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Debra Grangreen | Pachulski Stang Ziehl & Jones | Khosla Ventures III LP |
| Peter Keane | " | " |
| Dennis A. Meloro | Greenberg Traurig LLP | Mississippi Development Auth |
| David Kurzweil | " | " |
| Shari Heyen | " | " |
| Mark Wege | King & Spalding | Debtor |
| Eric English | " | " |
| John Knight | Richards Layton | " |
| Amanda Steele | " | " |
| Michael Merchant | " | " |
| Karen Owens | Ashby + Geddes | AIMCo |
| Matthew Lunn | YCST | Pasadena Investment, KfT Trust, Vinod |
| Tom Patterson | Klee Tuchin Bogdanoff & Stern | Kosla, UMB Agent |
| Jane Leamy | US Trustee's Office | US Trustee |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**Calendar Date:** 11/13/2014

**Calendar Time:** 10:00 AM ET

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi

#6

2nd Revision 11/13/2014 05:39 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | KiOR, Inc. | 14-12514 | Hearing | 6583294 | Jon R. Berke | (646) 378-3108 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| | | KiOR, Inc. | 14-12514 | Hearing | 6585124 | Roger Higgins | (312) 666-0431 | The Law Offices of Roger Higgins LLC | Interested Party, Roger Higgins / LIVE |
| | | KiOR, Inc. | 14-12514 | Hearing | 6583722 | Whitman L. Holt | (310) 407-4055 | Klee, Tuchin, Bogdanoff & Stern, LLP | DIP Lender, Pasadena Investor, LLC / LISTEN ONLY |
| | | KiOR, Inc. | 14-12514 | Hearing | 6583740 | Samuel M. Kidder | (310) 407-4019 | Klee, Tuchin, Bogdanoff & Stern, LLP | DIP Lender, Pasadena Investor, LLC / LISTEN ONLY |
| | | KiOR, Inc. | 14-12514 | Hearing | 6581553 | John W. Lucas | (415) 263-7000 | Pachulski Stang Ziehl & Jones | Creditor, Khosla Ventures / LIVE |
| | | KiOR, Inc. | 14-12514 | Hearing | 6582078 | Ilan Markus | (203) 672-3212 | LeClairRyan LLP | Creditor, Matheson Tri-Gas, Inc. / LIVE |
| | | KiOR, Inc. | 14-12514 | Hearing | 6583303 | Joseph Mintz | (215) 569-5528 | Blank Rome LLP | Interested Party, Blank Rome LLP / LISTEN ONLY |
| | | KiOR, Inc. | 14-12514 | Hearing | 6578924 | Fred Neufeld | (424) 214-7043 | Stradling, Yocca, Carlson & Rauth | Creditor, Aimco / LIVE |
| | | KiOR, Inc. | 14-12514 | Hearing | 6579040 | Sara Randazzo | (212) 416-3652 | Dow Jones | Interested Party, Sara Randazzo / LISTEN ONLY |
| | | KiOR, Inc. | 14-12514 | Hearing | 6583348 | Ed Ripley | 713-276-7351 | King & Spalding LLP | Debtor, Kior Inc. / LISTEN ONLY |
| | | KiOR, Inc. | 14-12514 | Hearing | 6585677 | Michael Rodden | (425) 889-7945 | BGI Group | Interested Party, Michael Rodden / LISTEN ONLY |
| | | KiOR, Inc. | 14-12514 | Hearing | 6581558 | Tammy Tompkins - Client | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Client, Tammy Tompkins / LIVE |
| | | KiOR, Inc. | 14-12514 | Hearing | 6581631 | Kim Totah | (302) 652-4100 | Kim Totah - Client | Accountant, Khosla Ventures / LIVE |
| | | KiOR, Inc. | 14-12514 | Hearing | 6582888 | Joseph Weissglass | (212) 381-7519 | Guggenheim Securities LLC | Debtor, Kior, Inc. / LIVE |

Chris Ward

CourtConfCal2012

Raymond Reyes ext. 881