**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| KIOR, INC.,[1] | ) | Case No. 14-12514 (CSS) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC
DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

## Introduction

KiOR, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statements, and together with the Schedules the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtor's reasonable best efforts to report the assets and liabilities on an unconsolidated basis except as otherwise noted.

---

[1]    The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is KiOR, Inc. (2233). The above-captioned Debtor's mailing address is 13011 Bay Park Road, Pasadena, Texas 77507.

The Debtor and its agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. Except as otherwise required by Local Rule 1009-2 or other applicable law, the Debtor and its agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtor or its agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys and financial advisors are advised of the possibility of such damages.

Mr. Christopher A. Artzer, the Debtor's President, General Counsel and Interim Chief Financial Officer, has signed each of the Schedules and Statements. Mr. Artzer is an authorized signatory for the Debtor. In reviewing and signing the Schedules and Statements, Mr. Artzer necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtor and its advisors. Mr. Artzer has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") description, designation, or Debtor or non-Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor or against any non-Debtor entity. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtor's chapter 11 case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the

Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements.

2. **Description of Case and "As of" Information Date**.  On November 9, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor is operating its business and managing its property as a Debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

   The liability information provided herein represents liability data of the Debtor as of the close of business on November 9, 2014, except as otherwise noted.

3. **Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for all of its assets.  Accordingly, unless otherwise indicated, the Debtor's Schedules and Statements reflect net book values as of September 30, 2014.  Additionally, because the net book values of assets such as intellectual property may materially differ from their fair market values, they are listed as undetermined amounts as of the Petition Date.  Furthermore, assets that have been fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.  Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Debtor's Schedules and Statements shall be, or shall be deemed to be, an admission that the Debtor was solvent or insolvent as of the Petition Date.

4. **Recharacterization**.  Notwithstanding the Debtor's commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtor's business. Accordingly, the Debtor reserves all of its rights to re-characterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

5. **Liabilities**.  The Debtor has sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.  Accordingly, the Debtor reserves all of its rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

3

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all of its rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6. **Excluded Assets and Liabilities**. The Debtor has excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals and accrued accounts payable. The Debtor also has excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtor to pay, in its discretion, certain outstanding Claims on a post-petition basis. Prepetition liabilities which have been paid post-petition or those which the Debtor plans to pay pursuant to this authorization may have been excluded from the Schedules and Statements.

7. **Insiders**. For purposes of the Schedules and Statements, the Debtor defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; and (d) relatives of the Debtor's directors, officers or persons in control of the Debtor. Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtor does not take any position with respect to: (a) any insider's influence over the control of the Debtor; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtor or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

8. **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by its terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9. **Executory Contracts**. Although the Debtor made diligent attempts to identify all executory contracts, the Debtor may have inadvertently failed to do so due to the complexity and size of the Debtor's business. Accordingly, the Debtor reserves all of its rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

10. **Classifications**. Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E as "priority," (c) a Claim on Schedule F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims.

4

11. **Claims Description**.   Schedules D, E, and F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection or setoff.  The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any Claim reflected on its Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtor expressly reserves all of its rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated."  Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

12. **Causes of Action**.   Despite its commercially reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

13. **Summary of Significant Reporting Policies**.   The following is a summary of significant reporting policies:

- Undetermined Amounts.   The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

- Totals.   All totals that are included in the Schedules and Statements represent totals of all known amounts.   To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

- Paid Claims.  The Debtor was authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court.   Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities.   To the

extent the Debtor has paid any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all of its rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

- Liens.    Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14. **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15. **Intercompany**.  Intercompany payables and receivables between the Debtor and non-Debtor subsidiary KiOR Columbus, LLC ("KiOR Columbus") are set forth on Schedule F or Schedule B.16 as applicable.  Intercompany transfers between Debtor and KiOR Columbus are set forth on Statement 3c.  Due to the uncertainty of the actual value of the intercompany receivable listed on Schedule B.16, the net book value of the intercompany receivable is listed at an undetermined amount.

16. **Setoffs**.  The Debtor incurs certain setoffs from customers and suppliers from time to time in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds, and other disputes between the Debtor and its customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtor's industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtor to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statements.

17. **Employee Addresses**.  Employee addresses have been removed from entries listed on Schedules E, F and G and the Statements, where applicable.

18. **Global Notes Control**.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtor's Schedules

**Schedule B2**.  Details with respect to the Debtor's cash management system and bank accounts are provided in the Debtor's *Motion to Maintain Bank Accounts (Debtor's Motion for Order Authorizing Continued Use of Prepetition Bank Accounts, Cash Management System, Forms, Books and Records, and Investment Accounts and Procedures) Filed By KiOR, Inc.* [Docket No.

4] (the "Cash Management Motion").  Bank account balances are listed as of November 9, 2014 in Schedule B2.

**Schedule B3**.  The Bankruptcy Court, pursuant to the Debtor's *Motion Prohibiting Utilities from Discontinuing Service (Debtor's Motion for an Order (A) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service to the Debtor; (B) Approving Deposit as Adequate Assurance of Payment; and (C) Establishing Procedures for Utilities To Request Additional Adequate Assurance, and to Resolve Related Disputes) Filed By KiOR, Inc.* [Docket No. 5], has authorized the Debtor to provide adequate assurance of payment for future utility services, including an initial deposit in the amount of $14,250.  Such deposits are not listed on Schedule B3, which was prepared as of the Petition Date.

**Schedule B9**.  Additional information regarding the insurance policies listed on Schedule B9 is available in the Debtor's *Motion to Approve (Debtors Motion to Continue Pre-Petition Insurance and Workers Compensation Programs and to Pay Pre-Petition Premiums, Related Obligations, and Premium Financing Payments) Filed by KiOR, Inc.* [Docket No. 59].

**Schedule B13**.  The ownership interest in Debtor's subsidiary, KiOR Columbus, has been listed in Schedule B13 at an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from its net book value.

**Schedule B16**.  The intercompany receivable from KiOR Columbus has been listed in Schedule B16 at an undetermined amount on account of the uncertainty of the actual value of the intercompany receivable and may differ significantly from the net book value.

**Schedule B21**.  In the ordinary course of business, the Debtor may have accrued, or may subsequently accrue, certain rights to counter claims, cross-claims, setoffs, or refunds with its customers and suppliers or potential warranty claims against its suppliers.  Additionally, the Debtor may be a party to pending litigation in which the Debtor has asserted, or may assert, counter claims and/or cross-claims as a defendant.  Because such claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule B21.

**Schedule D**.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included for each Claim. All Claims listed on Schedule D, however, appear to have arisen or been incurred before the Petition Date.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D.  Moreover, although the Debtor has scheduled Claims of various creditors as secured Claims, the Debtor reserves all of its rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such

transaction or any document or instrument related to such creditor's Claim. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtor reserves all of its rights to amend Schedule D to the extent that the Debtor determines that any Claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to re-characterize or reclassify such Claim or contract.

Moreover, the Debtor has not included on Schedule D parties that may believe its Claims are secured through setoff rights or inchoate statutory lien rights. In certain cases, there are multiple parties that hold a portion of the debt under the loan agreements listed on Schedule D. In these instances, only the administrative agent has been listed for purposes of Schedule D. The amounts listed on Schedule D reflect the principal and interest amounts outstanding as of the Petition Date.

**Schedule E**. The Bankruptcy Court has authorized the Debtor, in its discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code. For example, on November 13, 2014, the Bankruptcy Court entered the *Order (WITH REVISION) Authorizing Payment of Pre-Petition Wages, Payroll Taxes, Certain Employee Benefits, and Related Expenses, and Directing Banks to Honor Related Pre-Petition Transfers* [Docket No. 52] authorizing the Debtor to pay or honor certain prepetition obligations with respect to employee wages, salaries and other compensation, reimbursable employee expenses and similar benefits. To the extent such claims have been paid or may be paid pursuant to further Bankruptcy Court order, they may not be included on Schedule E. Additionally, to the extent individual employees have used or will use prepetition Paid Time Off ("PTO") in the post-petition period, the Debtor reserves all of its rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any PTO liabilities.

**Schedule F**. The Debtor has used commercially reasonable efforts to report all general unsecured Claims against the Debtor on Schedule F based upon the Debtor's existing books and records as of the Petition Date. The Claims of individual creditors for, among other things, products, goods, or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances including the right to assert objections and/or setoffs with respect to same. Schedule F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtor has made every effort

to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtor's open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

The Claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Determining the date upon which each Claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each Claim listed on Schedule F. Furthermore, claims listed on Schedule F have been aggregated by creditor and may include several dates of incurrence for the aggregate balance listed.

Schedule F contains information regarding pending litigation involving the Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Certain of the litigation claims listed on Schedule F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

Schedule F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy. Any information contained in Schedule F with respect to such potential litigation shall not be a binding representation of the Debtor's liabilities with respect to any of the potential suits and proceedings included therein.

Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Although the Debtor's existing books, records, and financial systems have been relied upon to identify and schedule executory contracts and diligent efforts have been made to ensure the accuracy of Debtor's Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtor's reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

In the ordinary course of business, Debtor has entered into certain Proprietary Information and Inventions Agreements ("PIIA"). Debtor has examined the PIIA agreements and does not

consider them to be executory in nature.  As such, Debtor has not listed the PIIA agreements on Schedule G.  The Debtor has taken the necessary steps to identify these agreements to the extent possible and can provide detail as to these agreements should circumstances require them to do so.  The Debtor reserves all of its rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.  The Debtor expressly reserves its rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or, multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed therein.  In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between Debtor and such supplier or provider.

The Debtor reserves all of its rights, claims, and Causes of Action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements and title agreements.  Such documents may not be set forth on Schedule G.  Further, the Debtor reserves all of its rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Executory agreements that are oral in nature have not been included on Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In the normal course of business, the Debtor utilizes purchase orders in order to obtain goods from various vendors.  Due to the brief time periods involved with purchase orders and the volume and frequency of these transactions, individual purchase orders that were active as of the

Petition Date are not set forth on Schedule G.  The Debtor reserves all rights as to active purchase orders as of the Petition Date.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtor reserves all of its rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.  In particular, Schedule G lists contracts with Matheson Tri-Gas, but the Debtor does not believe that such contracts are executory contracts of the Debtor.  While the Debtor is nominally a party to a contract with Matheson, the Debtor received no benefit from such contract and performance under that contract was rendered by KiOR Columbus, a non-Debtor entity.

**Schedule H**.    In instances where there are multiple lenders under the prepetition loan agreements, only the administrative agent has been listed for purposes of Schedule H.

The Debtor may not have listed certain guarantees associated with the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtor reserves all of its rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of its business, the Debtor may be involved in pending or threatened litigation.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties.  Because all such Claims are contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H.  Litigation matters can be found on each Debtor's Schedule F and Statement Question 4a, as applicable.

**Specific Disclosures with Respect to the Debtor's Statements**

**Statement Question 3b**.  Statement 3b includes any disbursement or other transfer made by the Debtor except for those made to insiders, employees, and bankruptcy professionals.    The amounts listed in Statement Question 3b reflect the Debtor's disbursements netted against any wire level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement Question 3b.  All disbursements listed on Statement Question 3b are made through the Debtor's cash management system.  No consolidation was performed as to vendor accounts.  Individual vendors with multiple accounts may be listed multiple times within Statement Question 3b.

**Statement Question 3c**.    Payables and receivables to KiOR Columbus on account of Intercompany Claims are reflective of the difference between the opening balance and ending balance between September 30, 2013 and September 30, 2014.  With respect to Intercompany Claims between Debtor and KiOR Columbus, Statement Question 3c reflects the net book value adjustment of such transfers rather than an actual transfer of funds from one entity to another. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including salary, vacation payout, 401k contributions, medical and dental contributions, insurance contributions, restricted stock unit compensation, cellular phone

allowances, director fees, expense reimbursements and/or other employee benefits between November 9, 2013 and November 9, 2014. To the extent Restricted Stock Unit ("RSU") awards vested during this time period, both the RSU taxable income and the RSU tax have been included in the response to Statement Question 3c. A sale of RSU shares to cover the tax liability related to the RSU taxable income (for all employees, not solely for insiders) automatically occurs with each RSU sales transaction. Debtor pays the RSU tax via the payroll system on behalf of the employee as a pass-through transaction from the broker to the taxing authority. Conversely, to the extent employee equity awards have not vested during this same time period, these awards have been excluded from Statement Question 3c.

**Statement Question 4a**. Information provided in Statement Question 4a includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum except as otherwise noted. In the Debtor's attempt to provide full disclosure, to the extent a legal dispute or administrative proceeding is not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy, the Debtor has identified such matters on Schedule F. Additionally, any information contained in Statement Question 4a shall not be a binding representation of the Debtor's liabilities with respect to any of the suits and proceedings identified therein.

Debtor has included a subpoena issued pursuant to a formal order of investigation by the United States Securities and Exchange Commission, dated January 28, 2014 on Statement Question 4a out of an abundance of caution. Inclusion of this entry on Statement Question 4a in no way constitutes an admission by Debtor that the investigation is or will rise to the level of a legal dispute or administrative proceeding. Debtor reserves all rights as to the subpoena and formal order of investigation.

**Statement Question 7**. Debtor has listed those gifts that are maintained and recognized for tax-reporting purposes. Certain de minimis gifts that are not reported or tracked centrally may have been excluded.

**Statement Question 9**. Retainer payments to professionals are reflected as of the date the payment was made. Invoices paid via subsequent draws on the retainer are not reflected in the response to Statement Question 9.

**Statement Question 13**. The Debtor incurs certain setoffs from customers and suppliers from time to time in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds, and other disputes between the Debtor and its customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtor's industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtor to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for and, as such and unless otherwise noted, are not itemized in the response to Statement Question 13.

**<u>Statement Question 19a-c.</u>** The Debtor has listed those individuals and/or firms that have been identified as having or have had the primary responsibility to maintain or supervise the keeping of the Debtor's books and records. Notwithstanding this listing, additional parties not listed may have had access to the Debtor's books and records including individuals listed in response to Statement Questions 21 and 22.

**<u>Statement Question 19d</u>**. The Debtor is a public company registered with the SEC and, as such, financial statements are filed as public documents as required. As such, Debtor has no control or knowledge of who may have downloaded or viewed the financial statements.

**<u>Statement Question 21b.</u>** Holders of Class A common stock are entitled to one vote per share, and holders of Class B common stock are entitled to 10 votes per share. % of Total Voting Power, as listed on Statement Question 21b, represents the calculated combination of Class A and Class B voting power as of 9/30/2014.

**<u>Statement Question 23</u>**. Debtor has included a comprehensive response to Statement Question 23 in Statement Question 3c.

*************************************************

END OF GLOBAL NOTES

[*Remainder of page intentionally left blank*]

13

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court

District Of Delaware

In re    KiOR, Inc.                                        ,          Case No.  14-12514 (CSS)
                    Debtor

                                                                    Chapter  11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $            0.00 | | |
| B - Personal Property | Yes | 31 | $      31,228,986.08<br>+ undetermined amounts | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $      237,373,500.00<br>+ undetermined amounts | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 19 | | $          746,297.28 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | $        4,270,665.82<br>+ undetermined amounts | |
| G - Executory Contracts and Unexpired Leases | Yes | 97 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $       N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $       N/A |
| **TOTAL** | | 181 | $      31,228,986.08<br>+ undetermined amounts | $      242,390,463.10<br>+ undetermined amounts | |

B6A (Official Form 6A) (12/07)

In re   KiOR, Inc._____,          Case No.   14-12514 (CSS)_____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total ▶ | $ 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **KiOR, Inc.** _____,        Case No. **14-12514 (CSS)** _____
                    **Debtor**                                              **(If known)**

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Petty Cash | | $5.60 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or coopratives. | | See attached rider | | $370,906.23 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached rider | | Undetermined |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

**B6B (Official Form 6B) (12/07) – Cont.**

In re  **KiOR, Inc.**                                            ,          Case No. **14-12514 (CSS)**
               **Debtor**                                                                                      **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% Ownership in KiOR Columbus, LLC | | Undetermined |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached rider | | $37,006.74 + Undetermined amounts |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See attached rider | | Undetermined |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re   **KiOR, Inc.**                                                  ,                    Case No. **14-12514 (CSS)**
                        **Debtor**                                                                                    **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See attached rider | | $500,226.77 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached rider | | $25,428,657.50 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | See attached rider | | $4,892,183.24 + Undetermined amounts |
| | | ___2___ continuation sheets attached    Total ▶ | | $ 31,228,986.08 + undetermined amounts |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**In re: KiOR, Inc.**                                                                          **Case No. 14-12514 (CSS)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.2 - Checking, Savings Or Other Financial Accounts, Cds, Or Shares In Banks Or Similar

| Description | Book Value |
|---|---|
| Silicon Valley Bank<br>ESPP Contributions Account Number: XXXXX0787 | $17,522.66 |
| Silicon Valley Bank<br>FSA Account Number: XXXXX6904 | $53,961.24 |
| Silicon Valley Bank<br>Operating Account Number: XXXXX9708 | $299,422.33 |

TOTAL          $370,906.23

In re: KiOR, Inc.                                                                                    Case No. 14-12514 (CSS)

## SCHEDULE B PERSONAL PROPERTY
### Rider B.9 - Interests In Insurance Policies

| Insurance Company | Type of Policy | Policy Number | Surrender or Refund Value |
|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY | Fiduciary Liability | DONG25592797003 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY | Directors & Officers Liability | DONG2559261A003 | Undetermined |
| ALTERRA EXCESS & SURPLUS INS CO | Commercial Property  Program | MKLS12XP00435 | Undetermined |
| ASPEN SPECIALTY INS CO | Commercial Property  Program | PRAAMUX14 | Undetermined |
| AXIS INSURANCE COMPANY | 1st Excess Directors & Officers Liability | MHN761121012013 | Undetermined |
| AXIS INSURANCE COMPANY | Excess Liability - Layer #2 | EAU762973012014 | Undetermined |
| BERKLEY INSURANCE COMPANY (BERKLEY U.S.) | 4th Excess Directors & Officers Liability | 18007935 | Undetermined |
| CERTAIN UNDERWRITERS AT LLOYDS | Terrorism | B0621M81817014 | Undetermined |
| CERTAIN UNDERWRITERS AT LLOYDS | Commercial Property  Program | B0621EBMKI0114 | Undetermined |
| FEDERAL INSURANCE COMPANY (CHUBB) | Independent Directors Liability (""IDL"") Excess Side A and Difference In Conditions | 82239760 | Undetermined |
| FIRST MERCURY INS CO | Excess Liability - Layer #1 | TXEX000001794302 | Undetermined |
| GENERAL SEC & INDEMNITY | Commercial Property  Program | 20140F1524811 | Undetermined |
| HANOVER INS CO | Equipment Policy | IHD928185703 | Undetermined |
| ILLINOIS NATIONAL INSURANCE COMPANY (AIG) | 2nd Excess Directors & Officers Liability | 39107453 | Undetermined |
| INDIAN HARBOR INS CO | Excess Liability - Layer #3 | SXS003876801 | Undetermined |
| LIBERTY MUTUAL INS CO | Commercial Property  Program | 3DAARYKP002 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA (AIG) | Employment Practices Liability | 13090052 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA (AIG) | Commercial Crime | 13091077 | Undetermined |
| SAMSUNG FIRE & MARINE INS CO | Commercial Property  Program | 33431090281913500000 | Undetermined |
| STEADFAST INSURANCE COMPANY | Pollution Liability | EPC583356800 | Undetermined |
| U.S. SPECIALTY INSURANCE COMPANY (HCC) | Excess Side A Excess and Difference In Conditions Directros & Officers Liability | 34MGU13A29583 | Undetermined |
| WESTPORT INS CO | Commercial Property  Program | 31376870 | Undetermined |
| XL SPECIALTY INSURANCE COMPANY (XL GROUP) | Cornerstone A-Side Management Liability | ELU13030613 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | 3rd Excess Directors & Officers Liability | DOC948786702 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | Workers' Compensation | WC9318664 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | Hired & Nonowned Auto | BAP9318665 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | General Liability | GLO931866602 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | Commercial Property  Program | OGR931866801 | Undetermined |

TOTAL      Undetermined

**In re: KiOR, Inc.**                                   **Case No. 14-12514 (CSS)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.16 - Accounts Receivable

| Description | Book Value |
|---|---|
| Intercompany Receivable from KiOR Columbus, LLC totaling $273,808,629.97 (Net Book Value) | Undetermined |
| Other Receivables | $37,006.74 |

TOTAL     $37,006.74 + undetermined amounts

In re: KiOR, Inc.                                                    **Case No. 14-12514 (CSS)**

**SCHEDULE B PERSONAL PROPERTY**
**Rider B.22 - Patents, Copyrights, And Other Intellectual Property**

| Description | Book Value |
| --- | --- |
| Domain Name - kior.cc<br>Expiration Date - 9/10/2015 | Undetermined |
| Domain Name - kior.co<br>Expiration Date - 9/9/2015 | Undetermined |
| Domain Name - kior.co.uk<br>Expiration Date - 9/4/2015 | Undetermined |
| Domain Name - kior.com<br>Expiration Date - 12/31/2014 | Undetermined |
| Domain Name - kior.com.mx<br>Expiration Date - 9/3/2015 | Undetermined |
| Domain Name - kior.com.tw<br>Expiration Date - 9/4/2015 | Undetermined |
| Domain Name - kior.net.cn<br>Expiration Date - 9/4/2015 | Undetermined |
| Domain Name - kior.net.in<br>Expiration Date - 9/4/2015 | Undetermined |
| Domain Name - kior.org.cn<br>Expiration Date - 9/4/2015 | Undetermined |
| Domain Name - kior.org.in<br>Expiration Date - 9/4/2015 | Undetermined |
| Domain Name - kior.org.uk<br>Expiration Date - 9/4/2015 | Undetermined |
| Domain Name - kior.tw<br>Expiration Date - 9/4/2015 | Undetermined |
| Domain Name - kior.us<br>Expiration Date - 9/3/2015 | Undetermined |
| Domain Name - kiorinc.biz<br>Expiration Date - 9/3/2015 | Undetermined |
| Domain Name - kiorinc.cn<br>Expiration Date - 9/4/2015 | Undetermined |
| Domain Name - kiorinc.co.in<br>Expiration Date - 9/4/2015 | Undetermined |
| Domain Name - kiorinc.co.uk<br>Expiration Date - 9/4/2015 | Undetermined |
| Domain Name - kiorinc.com<br>Expiration Date - 9/4/2015 | Undetermined |
| Domain Name - kiorinc.com.mx<br>Expiration Date - 9/3/2015 | Undetermined |
| Domain Name - kiorinc.in<br>Expiration Date - 9/4/2015 | Undetermined |
| Domain Name - kiorinc.info<br>Expiration Date - 9/4/2015 | Undetermined |
| Domain Name - kiorinc.net<br>Expiration Date - 9/4/2015 | Undetermined |
| Domain Name - kiorinc.net.in<br>Expiration Date - 9/4/2015 | Undetermined |
| Domain Name - kiorinc.org<br>Expiration Date - 9/4/2015 | Undetermined |

In re: KiOR, Inc.                                                                    Case No. 14-12514 (CSS)

## SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Domain Name - kiorinc.tw | Undetermined |
| Expiration Date - 9/4/2015 | |
| Domain Name - kiorinc.us | Undetermined |
| Expiration Date - 9/3/2015 | |
| Issued Patent - Bio-Oil Production With Optimal Byproduct Processing | Undetermined |
| Application/Registration Number - 8772556 | |
| Issued Patent - Biomass Catalytic Conversion Process And Apparatus For Use Therein | Undetermined |
| Application/Registration Number - 8524959 | |
| Issued Patent - Biomass Conversion Process | Undetermined |
| Application/Registration Number - 8003835 | |
| Issued Patent - Biomass Conversion Process | Undetermined |
| Application/Registration Number - 8137632 | |
| Issued Patent - Biomass Pretreatment For Fast Pyrolysis To Liquids | Undetermined |
| Application/Registration Number - 8236173 | |
| Issued Patent - Biomass Pretreatment For Fast Pyrolysis To Liquids | Undetermined |
| Application/Registration Number - 8425766 | |
| Issued Patent - Biomass Pretreatment Process | Undetermined |
| Application/Registration Number - 8168840 | |
| Issued Patent - Biomass Pyrolysis Conversion Process With High Olefin Production And Upgrade | Undetermined |
| Application/Registration Number - 8604260 | |
| Issued Patent - Catalytic Hydropyrolysis Of Organophillic Biomass | Undetermined |
| Application/Registration Number - 8063258 | |
| Issued Patent - Catalytic Pyrolysis Of Fine Particulate Biomass, And Method For Reducing The Particle Size Of Solid Biomass Particles | Undetermined |
| Application/Registration Number - 2428453 | |
| Country - Russian Federation | |
| Issued Patent - Co-Processing Solid Biomass In A Conventional Petroleum Refining Process Unit | Undetermined |
| Application/Registration Number - 8288599 | |
| Issued Patent - Comminution And Densification Of Biomass Particles | Undetermined |
| Application/Registration Number - 2009319719 | |
| Country - Australia | |
| Issued Patent - Comminution And Densification Of Biomass Particles | Undetermined |
| Application/Registration Number - 2352877 | |
| Country - Denmark | |
| Issued Patent - Comminution And Densification Of Biomass Particles | Undetermined |
| Application/Registration Number - 2352877 | |
| Country - Europe | |
| Issued Patent - Comminution And Densification Of Biomass Particles | Undetermined |
| Application/Registration Number - 2352877 | |
| Country - Finland | |
| Issued Patent - Comminution And Densification Of Biomass Particles | Undetermined |
| Application/Registration Number - 2352877 | |
| Country - Sweden | |
| Issued Patent - Comminution And Densification Of Biomass Particles | Undetermined |
| Application/Registration Number - 60 2009 023 754.3 | |
| Country - Germany | |

In re: KiOR, Inc.                                                    Case No. 14-12514 (CSS)

## SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Issued Patent - Comminution And Densification Of Biomass Particles | Undetermined |
| Application/Registration Number - 8465627 | |
| Issued Patent - Comminution And Densification Of Biomass Particles | Undetermined |
| Application/Registration Number - NOT YET AVAILABLE | |
| Country - Norway | |
| Issued Patent - Electro-Magnetic Treatment Of Modified Biomass | Undetermined |
| Application/Registration Number - 8323458 | |
| Issued Patent - Fluid Catalytic Cracking Of Oxygenated Compounds | Undetermined |
| Application/Registration Number - 8207385 | |
| Issued Patent - Fluid Catalytic Cracking Of Oxygenated Compounds | Undetermined |
| Application/Registration Number - 8524960 | |
| Issued Patent - Growing Aquatic Biomass, And Producing Biomass Feedstock And Biocrude Therefrom | Undetermined |
| Application/Registration Number - 8623634 | |
| Issued Patent - Improved Biomass Feed System/Process | Undetermined |
| Application/Registration Number - 8523496 | |
| Issued Patent - Improved Catalyst/Biomass Mixing in Transport Reactor | Undetermined |
| Application/Registration Number - ZL201080020325.6 | |
| Country - China | |
| Issued Patent - Improved Process For Converting Carbon-Based Energy Carrier Material | Undetermined |
| Application/Registration Number - 2437917 | |
| Country - Russian Federation | |
| Issued Patent - Improved Process For Converting Carbon-Based Energy Carrier Material | Undetermined |
| Application/Registration Number - 292460 | |
| Country - Mexico | |
| Issued Patent - Improved Process For Converting Carbon-Based Energy Carrier Material | Undetermined |
| Application/Registration Number - 7901568 | |
| Issued Patent - Improved Process For Converting Carbon-Based Energy Carrier Material | Undetermined |
| Application/Registration Number - ZL200780020324.X | |
| Country - China | |
| Issued Patent - Liquid Fuel From Aquatic Biomass | Undetermined |
| Application/Registration Number - 8617261 | |
| Issued Patent - Method And Apparatus For Pyrolysis Of A Biomass | Undetermined |
| Application/Registration Number - 8057641 | |
| Issued Patent - Method And Apparatus For Pyrolysis Of A Biomass | Undetermined |
| Application/Registration Number - 8557193 | |
| Issued Patent - Methods For Co-Processing Of Biomass And Petroleum Feed | Undetermined |
| Application/Registration Number - 8288600 | |
| Issued Patent - Modification Of Biomass For Efficient Conversion To Fuels | Undetermined |
| Application/Registration Number - 8500910 | |
| Issued Patent - Modular Biomass Treatment Unit | Undetermined |
| Application/Registration Number - 8558043 | |
| Issued Patent - Polymeric Material Of Photosynthetic Origin Comprising Particulate Inorganic Material | Undetermined |
| Application/Registration Number - 8648138 | |

## SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Issued Patent - Polymeric Material Of Photosynthetic Origin Comprising Particulate Inorganic Material | Undetermined |
| Application/Registration Number - 8657946 | |
| Issued Patent - Pretreatment Of Biomass With Carbonaceous Material | Undetermined |
| Application/Registration Number - 8552233 | |
| Issued Patent - Process For Converting Carbon-Based Energy Carrier Material | Undetermined |
| Application/Registration Number - 8460541 | |
| Issued Patent - Process For Converting Carbon-Based Energy Carrier Material | Undetermined |
| Application/Registration Number - 8709239 | |
| Issued Patent - Process For Dissolving Cellulose-Containing Biomass Material In An Ionic Liquid Medium | Undetermined |
| Application/Registration Number - 8652261 | |
| Issued Patent - Process For Improving The Separation Of Oil/ Water Mixtures | Undetermined |
| Application/Registration Number - 8636888 | |
| Issued Patent - Process For Making Bio-Oils And Fresh Water From Aquatic Biomass | Undetermined |
| Application/Registration Number - 8465557 | |
| Issued Patent - Process For Reducing The Oxygen Content Of High-Oxygen Feedstocks | Undetermined |
| Application/Registration Number - 8598393 | |
| Issued Patent - Process For The Conversion Of Biomass To Liquid Fuels And Specialty Chemicals | Undetermined |
| Application/Registration Number - 2427607 | |
| Country - Russian Federation | |
| Issued Patent - Process For The Conversion Of Biomass To Liquid Fuels And Specialty Chemicals | Undetermined |
| Application/Registration Number - 319945 | |
| Country - Mexico | |
| Issued Patent - Process For The Conversion Of Biomass To Liquid Fuels And Specialty Chemicals | Undetermined |
| Application/Registration Number - 8022260 | |
| Issued Patent - Process For The Conversion Of Biomass To Liquid Fuels And Specialty Chemicals | Undetermined |
| Application/Registration Number - ZL 200780020346.6 | |
| Country - China | |
| Issued Patent - Process For The Conversion Of Solid Particulated Biomass Materials | Undetermined |
| Application/Registration Number - 8344194 | |
| Issued Patent - Processing Of Biomass-Derived Oxygenates With Particles Comprising A Coke Deposit | Undetermined |
| Application/Registration Number - 8501043 | |
| Issued Patent - Processing Of Biomass-Derived Oxygenates With Particles Comprising A Coke Deposit | Undetermined |
| Application/Registration Number - 8574460 | |
| Issued Patent - Production Of Renewable Bio-Distillate | Undetermined |
| Application/Registration Number - 8377152 | |
| Issued Patent - Production Of Renewable Bio-Distillate | Undetermined |
| Application/Registration Number - 8454712 | |
| Issued Patent - Production Of Renewable Bio-Distillate | Undetermined |
| Application/Registration Number - 8506658 | |
| Issued Patent - Production Of Renewable Biofuels | Undetermined |
| Application/Registration Number - 8647398 | |

## SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Issued Patent - Production Of Renewable Biofuels | Undetermined |
| Application/Registration Number - 8853484 | |
| Issued Patent - Removal Of Bound Water From Bio-Oil | Undetermined |
| Application/Registration Number - 8323456 | |
| Issued Patent - Removal Of Water From Bio-Oil | Undetermined |
| Application/Registration Number - 8083900 | |
| Issued Patent - Renewable Heating Oil | Undetermined |
| Application/Registration Number - 8628589 | |
| Issued Patent - Stable  Suspension Of Biomass Comprising Inorganic Particulates | Undetermined |
| Application/Registration Number - 8808408 | |
| Issued Patent - Stable Bio-Oil | Undetermined |
| Application/Registration Number - 8669405 | |
| Issued Patent - Stable Suspensions Of Biomass Comprising Inorganic Particulates | Undetermined |
| Application/Registration Number - 8715377 | |
| Pending Published Patent Application -  Asphalt Binder Modifier Composition | Undetermined |
| Serial Number - 13/526,124 | |
| Pending Published Patent Application -  Bio-Oil Fractionation | Undetermined |
| Serial Number - 13/459,887 | |
| Pending Published Patent Application -  Bio-Oil Having Reduced Mineral Content, And Process For Making | Undetermined |
| Serial Number - 13/139,954 | |
| Pending Published Patent Application -  Biomass Feed System Including Gas Assist | Undetermined |
| Serial Number - 13/568,994 | |
| Pending Published Patent Application -  Biomass Pretreatment Process | Undetermined |
| Serial Number - 13/458,285 | |
| Pending Published Patent Application -  Catalyst Composition With Increased Bulk Active Site Accessibility For The Catalytic Thermoconversion Of Biomass To Liquid Fuels And Chemicals And For Upgrading Bio-Oils | Undetermined |
| Serial Number - 14/378,767 | |
| Pending Published Patent Application -  Catalyst Compositions Comprising In Situ Grown Zeolites On Clay Matrixes Exhibiting Hierarchical Pore Structures | Undetermined |
| Serial Number - 14/378,749 | |
| Pending Published Patent Application -  Catalyst Compositions For Use In A Two-Stage Reactor Assembly Unit For The Thermolysis And Catalytic Conversion Of Biomass | Undetermined |
| Serial Number - 13/788,312 | |
| Pending Published Patent Application -  Catalyst For Thermocatalytic Conversion Of Biomass To Liquid Fuels And Chemicals | Undetermined |
| Serial Number - 13/446,926 | |
| Pending Published Patent Application -  Catalysts For Thermo-Catalytic Conversion Of Biomass, And Methods Of Making And Using | Undetermined |
| Serial Number - 13/838,706 | |
| Pending Published Patent Application -  Co-Processing Of Biomass And Synthetic Polymer Based Materials In A Pyrolysis Conversion Process | Undetermined |
| Serial Number - 13/578,790 | |
| Pending Published Patent Application -  Co-Processing Solid Biomass In A Conventional Petroleum Refining Process Unit | Undetermined |
| Serial Number - 13/617,289 | |
| Pending Published Patent Application -  Coating Composition | Undetermined |
| Serial Number - 13/624,379 | |

## SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Pending Published Patent Application -  Composition For Reducing A Low Temperature Property Of A Distillate, And Process Of Using<br>Serial Number - 13/527,274 | Undetermined |
| Pending Published Patent Application -  Composition For Reducing Polynuclear Aromatic Hydrocrbon Emissions<br>Serial Number - 13/750,747 | Undetermined |
| Pending Published Patent Application -  Controlled Activity Pyrolysis Catalysts<br>Serial Number - 13/262,910 | Undetermined |
| Pending Published Patent Application -  Counter-Current Process For Biomass Conversion<br>Serial Number - 13/131,825 | Undetermined |
| Pending Published Patent Application -  Fungible Bio-Oil<br>Serial Number - 13/472,595 | Undetermined |
| Pending Published Patent Application -  Hybrid Silica And Alumina As Catalyst Matrix And/Or Binder In Biomass Conversion Catalysts And Bio-Oil Upgrading<br>Serial Number - 13/933,985 | Undetermined |
| Pending Published Patent Application -  Improved Catalyst/Biomass Mixing In Transport Reactor<br>Serial Number - 13/264,925 | Undetermined |
| Pending Published Patent Application -  Liquid Bio-Fuels<br>Serial Number - 14/153,830 | Undetermined |
| Pending Published Patent Application -  Mesoporous Zeolite-Containing Catalysts For The Thermoconversion Of Biomass And For Upgrading Bio-Oils<br>Serial Number - 14/378,779 | Undetermined |
| Pending Published Patent Application -  Multi-Functional Catalyst Composition For The Conversion Of Biomass<br>Serial Number - 13/130,092 | Undetermined |
| Pending Published Patent Application -  Multi-Stage Biomass Conversion<br>Serial Number - 13/807,208 | Undetermined |
| Pending Published Patent Application -  Naphtha Composition With Enhanced Reformability<br>Serial Number - 13/659,867 | Undetermined |
| Pending Published Patent Application -  Organics Recovery From The Aqueous Phase Of Biomass Catalytic Pyrolysis<br>Serial Number - 13/762,104 | Undetermined |
| Pending Published Patent Application -  Organics Recovery From The Aqueous Phase Of Biomass Catalytic Pyrolysis And Upgrading Thereof<br>Serial Number - 14/090,801 | Undetermined |
| Pending Published Patent Application -  Phosphorous Promotion Of Zeolite-Containing Catalysts<br>Serial Number - 14/211,776 | Undetermined |
| Pending Published Patent Application -  Phyllosilicate-Based Compositions And Methods Of Making The Same For Catalytic Pyrolysis Of Biomass<br>Serial Number - 13/414,000 | Undetermined |
| Pending Published Patent Application -  Pretreatment Of Biomass With Carbonaceous Material<br>Serial Number - 14/019,956 | Undetermined |
| Pending Published Patent Application -  Pretreatment Of Solid Biomass Material Comprising Cellulose With Ionic Liquid Medium<br>Serial Number - 13/391,760 | Undetermined |
| Pending Published Patent Application -  Process Control By Blending Biomass Feedstocks<br>Serial Number - 13/284,321 | Undetermined |

## SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Pending Published Patent Application -  Process For Converting Cellulose And/Or Hemicellulose In A Liquid Fuel Comprising Dissolution In Ionic Liquid<br>Serial Number - 13/391,766 | Undetermined |
| Pending Published Patent Application -  Process For Preparing A Fluidizable Biomass-Catalyst Composite Material<br>Serial Number - 13/133,828 | Undetermined |
| Pending Published Patent Application -  Process For Producing Biofuel Using A Pre-Treated Deoxygenated Stream<br>Serial Number - 13/553,742 | Undetermined |
| Pending Published Patent Application -  Process For Producing High Quality Bio-Oil In High Yield<br>Serial Number - 13/259,233 | Undetermined |
| Pending Published Patent Application -  Process For Recovering Organics From Wastewater<br>Serial Number - 13/975,092 | Undetermined |
| Pending Published Patent Application -  Process For The Conversion Of Biomass To Liquid Fuels And Specialty Chemicals<br>Serial Number - 13/195,493 | Undetermined |
| Pending Published Patent Application -  Process For The Selective De-Oxygenation Of Biomass<br>Serial Number - 12/746,134 | Undetermined |
| Pending Published Patent Application -  Process For Upgrading Biomass Derived Products<br>Serial Number - 13/212,861 | Undetermined |
| Pending Published Patent Application -  Process For Upgrading Biomass Derived Products Using Liquid-Liquid Extraction<br>Serial Number - 13/889,105 | Undetermined |
| Pending Published Patent Application -  Process Of Generating A Renewable Biofuel From A Hydrotreated Stream Of Condensed Oxygenates<br>Serial Number - 13/681,145 | Undetermined |
| Pending Published Patent Application -  Process Of Generating A Renewale Biofuel From A Hydrotreated Stream Of Condensed Oxygenates<br>Serial Number - 13/843,406 | Undetermined |
| Pending Published Patent Application -  Processing Biomass With A Hydrogen Source<br>Serial Number - 13/321,702 | Undetermined |
| Pending Published Patent Application -  Producing Fuel And Specialty Chemicals From Glyceride Containing Biomass<br>Serial Number - 12/997,284 | Undetermined |
| Pending Published Patent Application -  Production Of Renewable Bio-Distillate<br>Serial Number - 13/964,873 | Undetermined |
| Pending Published Patent Application -  Production Of Renewable Bio-Gasoline<br>Serial Number - 12/915,732 | Undetermined |
| Pending Published Patent Application -  Production Of Renewable Biofuels<br>Serial Number - 13/339,811 | Undetermined |
| Pending Published Patent Application -  Production Of Renewable Biofuels<br>Serial Number - 14/142,420 | Undetermined |
| Pending Published Patent Application -  Refractory Mixed-Metal Oxides And Spinel Compositions For Thermo-Catalytic Conversion Of Biomass<br>Serial Number - 13/045,191 | Undetermined |
| Pending Published Patent Application -  Renewable Fuel Composition And Method Of Using The Same<br>Serial Number - 13/841,208 | Undetermined |

## SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Pending Published Patent Application -  Renewable Heating Fuel Oil<br>Serial Number - 14/153,927 | Undetermined |
| Pending Published Patent Application -  Simultaneous Catalytic Conversion Of Cellulose And Lignin To A Liquid Fuel In An Ionic Liquid Medium<br>Serial Number - 13/391,773 | Undetermined |
| Pending Published Patent Application -  Solids Removal From Bio-Oil Using Biomass Filter Aid<br>Serial Number - 12/835,499 | Undetermined |
| Pending Published Patent Application -  Tan Upgrading Of Bio-Oil<br>Serial Number - 13/443,566 | Undetermined |
| Pending Published Patent Application -  Temperature-Optimized Conversion Of Lignocellulosic Biomass<br>Serial Number - 13/391,720 | Undetermined |
| Pending Published Patent Application -  Two Stage Process For Producing Renewable Biofuels<br>Serial Number - 13/829,473 | Undetermined |
| Pending Published Patent Application -  Two-Stage Reactor And Process For Conversion Of Solid Biomass Material<br>Serial Number - 12/947,449 | Undetermined |
| Pending Published Patent Application -  Two-Stage Reactor And Process For Conversion Of Solid Biomass Material<br>Serial Number - 13/734,627 | Undetermined |
| Pending Published Patent Application -  Use Of Nir Spectra For Property Prediction Of Bio-Oils And Fractions Thereof<br>Serial Number - 13/623,726 | Undetermined |
| Pending Published Patent Application - Asphalt Binder Modifier Composition<br>Serial Number - 2842163<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Bio-Oil Fractionation<br>Serial Number - PCT/US13/35276<br>Country - Patent Corporation Treaty | Undetermined |
| Pending Published Patent Application - Bio-Oil Having Reduced Mineral Content, And Process For Making<br>Serial Number - 09.835786.6<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Bio-Oil Having Reduced Mineral Content, And Process For Making<br>Serial Number - 200980152957.5<br>Country - China | Undetermined |
| Pending Published Patent Application - Bio-Oil Having Reduced Mineral Content, And Process For Making<br>Serial Number - 2747512<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Bio-Oil Having Reduced Mineral Content, And Process For Making<br>Serial Number - 5265/CHENP/2011<br>Country - India | Undetermined |
| Pending Published Patent Application - Bio-Oil Having Reduced Mineral Content, And Process For Making<br>Serial Number - PI0922426-2<br>Country - Brazil | Undetermined |

## SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Pending Published Patent Application - Biomass Conversion Process<br>Serial Number - 09.829596.7<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Biomass Conversion Process<br>Serial Number - 200980141546.6<br>Country - China | Undetermined |
| Pending Published Patent Application - Biomass Conversion Process<br>Serial Number - 200980143930.X<br>Country - China | Undetermined |
| Pending Published Patent Application - Biomass Conversion Process<br>Serial Number - 2733095<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Biomass Conversion Process<br>Serial Number - 2733097<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Biomass Conversion Process<br>Serial Number - 2842/CHENP/2011<br>Country - India | Undetermined |
| Pending Published Patent Application - Biomass Conversion Process<br>Serial Number - 2982/CHENP/2011<br>Country - India | Undetermined |
| Pending Published Patent Application - Biomass Conversion Process<br>Serial Number - 9825358.6<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Biomass Conversion Process<br>Serial Number - PI0917976-3<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Biomass Conversion Process<br>Serial Number - PI0917998-4<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Biomass Pretreatment For Fast Pyrolysis To Liquids<br>Serial Number - 1120130219904<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Biomass Pretreatment For Fast Pyrolysis To Liquids<br>Serial Number - 12754769.3<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Biomass Pretreatment For Fast Pyrolysis To Liquids<br>Serial Number - 201280012399.4<br>Country - China | Undetermined |
| Pending Published Patent Application - Biomass Pretreatment For Fast Pyrolysis To Liquids<br>Serial Number - 2599/KOLNP/2013<br>Country - India | Undetermined |
| Pending Published Patent Application - Biomass Pretreatment For Fast Pyrolysis To Liquids<br>Serial Number - 2829205<br>Country - Canada | Undetermined |

### SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Pending Published Patent Application - Biomass Pretreatment Process<br>Serial Number - 9769312.1<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Biomass Pretreatment Process<br>Serial Number - PI0911952-3<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Catalysts For Thermo-Catalytic Conversion Of Biomass, And Methods Of Making And Using<br>Serial Number - PCT/US13/51374<br>Country - Patent Corporation Treaty | Undetermined |
| Pending Published Patent Application - Catalytic Hydropyrolysis Of Organophillic Biomass<br>Serial Number - 11838414.8<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Catalytic Hydropyrolysis Of Organophillic Biomass<br>Serial Number - 1441/KOLNP/2013<br>Country - India | Undetermined |
| Pending Published Patent Application - Catalytic Hydropyrolysis Of Organophillic Biomass<br>Serial Number - 201180063757.X<br>Country - China | Undetermined |
| Pending Published Patent Application - Catalytic Hydropyrolysis Of Organophillic Biomass<br>Serial Number - 2816692<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Catalytic Hydropyrolysis Of Organophillic Biomass<br>Serial Number - BR112013010873-8<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Co-Processing Of Biomass And Synthetic Polymer Based Materials In A Pyrolysis Conversion Process<br>Serial Number - 11745068.4<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Co-Processing Of Biomass And Synthetic Polymer Based Materials In A Pyrolysis Conversion Process<br>Serial Number - 201180009980.6<br>Country - China | Undetermined |
| Pending Published Patent Application - Co-Processing Of Biomass And Synthetic Polymer Based Materials In A Pyrolysis Conversion Process<br>Serial Number - 2789599<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Co-Processing Of Biomass And Synthetic Polymer Based Materials In A Pyrolysis Conversion Process<br>Serial Number - 7121DELNP/2012<br>Country - India | Undetermined |
| Pending Published Patent Application - Co-Processing Of Biomass And Synthetic Polymer Based Materials In A Pyrolysis Conversion Process<br>Serial Number - BR1120120204750<br>Country - Brazil | Undetermined |

### SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Pending Published Patent Application - Coating Composition<br>Serial Number - PCT/US13/58024<br>Country - Patent Corporation Treaty | Undetermined |
| Pending Published Patent Application - Comminution And Densification Of Biomass Particles<br>Serial Number - 1702/CHENP/2011<br>Country - India | Undetermined |
| Pending Published Patent Application - Comminution And Densification Of Biomass Particles<br>Serial Number - 200980147964.6<br>Country - China | Undetermined |
| Pending Published Patent Application - Comminution And Densification Of Biomass Particles<br>Serial Number - 2011116563<br>Country - Russian Federation | Undetermined |
| Pending Published Patent Application - Comminution And Densification Of Biomass Particles<br>Serial Number - 2737784<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Comminution And Densification Of Biomass Particles<br>Serial Number - MX/a/2011/003483<br>Country - Mexico | Undetermined |
| Pending Published Patent Application - Comminution And Densification Of Biomass Particles<br>Serial Number - PI0921332-5<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Composition For Reducing A Low Temperature Property Of A Distillate, And Process Of Using<br>Serial Number - PCT/US13/44955<br>Country - Patent Corporation Treaty | Undetermined |
| Pending Published Patent Application - Controlled Activity Pyrolysis Catalysts<br>Serial Number - 10767753.6<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Controlled Activity Pyrolysis Catalysts<br>Serial Number - 201080018336<br>Country - China | Undetermined |
| Pending Published Patent Application - Controlled Activity Pyrolysis Catalysts<br>Serial Number - 2754172<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Controlled Activity Pyrolysis Catalysts<br>Serial Number - 6813/CHENP/2011<br>Country - India | Undetermined |
| Pending Published Patent Application - Controlled Activity Pyrolysis Catalysts<br>Serial Number - PI1014826-4<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Counter-Current Process For Biomass Conversion<br>Serial Number - 09.832571.5<br>Country - European Patent Office | Undetermined |

### SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Pending Published Patent Application - Counter-Current Process For Biomass Conversion<br>Serial Number - 200980150028<br>Country - China | Undetermined |
| Pending Published Patent Application - Counter-Current Process For Biomass Conversion<br>Serial Number - 2744742<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Counter-Current Process For Biomass Conversion<br>Serial Number - 4734/CHENP/2011<br>Country - India | Undetermined |
| Pending Published Patent Application - Counter-Current Process For Biomass Conversion<br>Serial Number - PI0922854-3<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Electro-Magnetic Treatment Of Modified Biomass<br>Serial Number - PI 0714322-2<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Fluid Catalytic Cracking Of Oxygenated Compounds<br>Serial Number - 2660755<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Improved Biomass Feed System Including Gas Assist<br>Serial Number - PCT/US13/49335<br>Country - Patent Corporation Treaty | Undetermined |
| Pending Published Patent Application - Improved Biomass Feed System/Process<br>Serial Number - 11.742668.4<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Improved Biomass Feed System/Process<br>Serial Number - 201180008861.9<br>Country - China | Undetermined |
| Pending Published Patent Application - Improved Biomass Feed System/Process<br>Serial Number - 2786161<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Improved Biomass Feed System/Process<br>Serial Number - 5797/CHENP/2012<br>Country - India | Undetermined |
| Pending Published Patent Application - Improved Biomass Feed System/Process<br>Serial Number - BR112012019915-3<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Improved Catalyst For Thermocatalytic Conversion Of Biomass To Liquid Fuels And Chemicals<br>Serial Number - 1120130261668<br>Country - Brazil | Undetermined |

**In re: KiOR, Inc.**                                    **Case No. 14-12514 (CSS)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Pending Published Patent Application - Improved Catalyst For Thermocatalytic Conversion Of Biomass To Liquid Fuels And Chemicals<br>Serial Number - 12771088.7<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Improved Catalyst For Thermocatalytic Conversion Of Biomass To Liquid Fuels And Chemicals<br>Serial Number - 2012242581<br>Country - Australia | Undetermined |
| Pending Published Patent Application - Improved Catalyst For Thermocatalytic Conversion Of Biomass To Liquid Fuels And Chemicals<br>Serial Number - 201280017951.9<br>Country - China | Undetermined |
| Pending Published Patent Application - Improved Catalyst For Thermocatalytic Conversion Of Biomass To Liquid Fuels And Chemicals<br>Serial Number - 2013150347<br>Country - Russian Federation | Undetermined |
| Pending Published Patent Application - Improved Catalyst For Thermocatalytic Conversion Of Biomass To Liquid Fuels And Chemicals<br>Serial Number - 2014-505365<br>Country - Japan | Undetermined |
| Pending Published Patent Application - Improved Catalyst For Thermocatalytic Conversion Of Biomass To Liquid Fuels And Chemicals<br>Serial Number - 2832332<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Improved Catalyst For Thermocatalytic Conversion Of Biomass To Liquid Fuels And Chemicals<br>Serial Number - 7864/CHENP/2013<br>Country - India | Undetermined |
| Pending Published Patent Application - Improved Catalyst For Thermocatalytic Conversion Of Biomass To Liquid Fuels And Chemicals<br>Serial Number - MX/a/2013/011886<br>Country - Mexico | Undetermined |
| Pending Published Patent Application - Improved Catalyst For Thermocatalytic Conversion Of Biomass To Liquid Fuels And Chemicals<br>Serial Number - PI 2013003667<br>Country - Malaysia | Undetermined |
| Pending Published Patent Application - Improved Catalyst For Thermocatalytic Conversion Of Biomass To Liquid Fuels And Chemicals<br>Serial Number - W00201304723<br>Country - Indonesia | Undetermined |
| Pending Published Patent Application - Improved Catalyst/Biomass Mixing In Transport Reactor<br>Serial Number - 10772755.4<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Improved Catalyst/Biomass Mixing In Transport Reactor<br>Serial Number - 201080020325.6<br>Country - China | Undetermined |
| Pending Published Patent Application - Improved Catalyst/Biomass Mixing In Transport Reactor<br>Serial Number - 2757778<br>Country - Canada | Undetermined |

### SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Pending Published Patent Application - Improved Catalyst/Biomass Mixing In Transport Reactor<br>Serial Number - 8826/CHENP/2011<br>Country - India | Undetermined |
| Pending Published Patent Application - Improved Catalyst/Biomass Mixing In Transport Reactor<br>Serial Number - PI1009906-9<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Improved Process For Converting Carbon-Based Energy Carrier Material<br>Serial Number - 2651463<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Improved Process For Converting Carbon-Based Energy Carrier Material<br>Serial Number - 6662/CHENP/2008<br>Country - India | Undetermined |
| Pending Published Patent Application - Improved Process For Converting Carbon-Based Energy Carrier Material<br>Serial Number - 7728828<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Improved Process For Converting Carbon-Based Energy Carrier Material<br>Serial Number - PI0711564.4<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Improved Process For Dissolving Cellulose-Containing Biomass Material In An Ionic Liquid Medium<br>Serial Number - 10776140.5<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Method And Apparatus For Pyrolysis Of A Biomass<br>Serial Number - 11810141.9<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Method And Apparatus For Pyrolysis Of A Biomass<br>Serial Number - 201180034392.8<br>Country - China | Undetermined |
| Pending Published Patent Application - Method And Apparatus For Pyrolysis Of A Biomass<br>Serial Number - 2804266<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Method And Apparatus For Pyrolysis Of A Biomass<br>Serial Number - 378/DELNP/2013<br>Country - India | Undetermined |
| Pending Published Patent Application - Method And Apparatus For Pyrolysis Of A Biomass<br>Serial Number - BR112013001061<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Method And Apparatus For Pyrolysis Of A Biomass<br>Serial Number - PI2013000152<br>Country - Malaysia | Undetermined |

In re: KiOR, Inc.                                                    Case No. 14-12514 (CSS)

## SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
| --- | --- |
| Pending Published Patent Application - Modification Of Biomass For Efficient Conversion To Fuels<br>Serial Number - 200980152928.9<br>Country - China | Undetermined |
| Pending Published Patent Application - Modification Of Biomass For Efficient Conversion To Fuels<br>Serial Number - 2744747<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Modification Of Biomass For Efficient Conversion To Fuels<br>Serial Number - 5237/CHENP/2011<br>Country - India | Undetermined |
| Pending Published Patent Application - Modification Of Biomass For Efficient Conversion To Fuels<br>Serial Number - 9835769.2<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Modification Of Biomass For Efficient Conversion To Fuels<br>Serial Number - PI0922925-6<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Multi-Stage Biomass Conversion<br>Serial Number - 11810438.9<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Multi-Stage Biomass Conversion<br>Serial Number - 201180035451.3<br>Country - China | Undetermined |
| Pending Published Patent Application - Multi-Stage Biomass Conversion<br>Serial Number - 2804315<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Multi-Stage Biomass Conversion<br>Serial Number - 429/DELNP/2013<br>Country - India | Undetermined |
| Pending Published Patent Application - Multi-Stage Biomass Conversion<br>Serial Number - BR112013001636-1<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Multi-Stage Biomass Conversion<br>Serial Number - PI 2013000154<br>Country - Malaysia | Undetermined |
| Pending Published Patent Application - Phyllosilicate-Based Compositions And Methods Of Making The Same For Catalytic Pyrolysis Of Biomass<br>Serial Number - 1120130219912<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Phyllosilicate-Based Compositions And Methods Of Making The Same For Catalytic Pyrolysis Of Biomass<br>Serial Number - 12754339.5<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Phyllosilicate-Based Compositions And Methods Of Making The Same For Catalytic Pyrolysis Of Biomass<br>Serial Number - 201280012385.2<br>Country - China | Undetermined |

**In re: KiOR, Inc.**                                                                          **Case No. 14-12514 (CSS)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Pending Published Patent Application - Phyllosilicate-Based Compositions And Methods Of Making The Same For Catalytic Pyrolysis Of Biomass<br>Serial Number - 2013-557822<br>Country - Japan | Undetermined |
| Pending Published Patent Application - Phyllosilicate-Based Compositions And Methods Of Making The Same For Catalytic Pyrolysis Of Biomass<br>Serial Number - 2598/KOLNP/2013<br>Country - India | Undetermined |
| Pending Published Patent Application - Phyllosilicate-Based Compositions And Methods Of Making The Same For Catalytic Pyrolysis Of Biomass<br>Serial Number - 2829211<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Pretreatment Of Solid Biomass Material Comprising Cellulose With Ionic Liquid Medium<br>Serial Number - 10773971.6<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Process For Improving The Separation Of Oil/Water Mixtures<br>Serial Number - 12823459.8<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Process For Improving The Separation Of Oil/Water Mixtures<br>Serial Number - 2842194<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Process For Improving The Separation Of Oil/Water Mixtures<br>Serial Number - BR112014003280-7<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Process For Producing High Quality Bio-Oil In High Yield<br>Serial Number - 10756797.6<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Process For Producing High Quality Bio-Oil In High Yield<br>Serial Number - 201080014046.9<br>Country - China | Undetermined |
| Pending Published Patent Application - Process For Producing High Quality Bio-Oil In High Yield<br>Serial Number - 2754165<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Process For Producing High Quality Bio-Oil In High Yield<br>Serial Number - 6638/CHENP/2011<br>Country - India | Undetermined |
| Pending Published Patent Application - Process For Producing High Quality Bio-Oil In High Yield<br>Serial Number - PI1013885-4<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Process For Reducing The Oxygen Content Of High-Oxygen Feedstocks<br>Serial Number - 2104/CHENP/2010<br>Country - India | Undetermined |

## SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Pending Published Patent Application - Process For Reducing The Oxygen Content Of High-Oxygen Feedstocks | Undetermined |
| Serial Number - 2699326 | |
| Country - Canada | |
| Pending Published Patent Application - Process For Reducing The Oxygen Content Of High-Oxygen Feedstocks | Undetermined |
| Serial Number - 8839814.4 | |
| Country - European Patent Office | |
| Pending Published Patent Application - Process For Reducing The Oxygen Content Of High-Oxygen Feedstocks | Undetermined |
| Serial Number - PI0817648-5 | |
| Country - Brazil | |
| Pending Published Patent Application - Process For The Conversion Of Biomass To Liquid Fuels And Specialty Chemicals | Undetermined |
| Serial Number - 2651475 | |
| Country - Canada | |
| Pending Published Patent Application - Process For The Conversion Of Biomass To Liquid Fuels And Specialty Chemicals | Undetermined |
| Serial Number - 6661/CHENP/2008 | |
| Country - India | |
| Pending Published Patent Application - Process For The Conversion Of Biomass To Liquid Fuels And Specialty Chemicals | Undetermined |
| Serial Number - 7728831.4 | |
| Country - European Patent Office | |
| Pending Published Patent Application - Process For The Conversion Of Biomass To Liquid Fuels And Specialty Chemicals | Undetermined |
| Serial Number - PI0711563-6 | |
| Country - Brazil | |
| Pending Published Patent Application - Process For Upgrading Biomass Derived Products | Undetermined |
| Serial Number - 12824005.8 | |
| Country - European Patent Office | |
| Pending Published Patent Application - Process For Upgrading Biomass Derived Products | Undetermined |
| Serial Number - 201280040356.7 | |
| Country - China | |
| Pending Published Patent Application - Process For Upgrading Biomass Derived Products | Undetermined |
| Serial Number - 2843971 | |
| Country - Canada | |
| Pending Published Patent Application - Process For Upgrading Biomass Derived Products | Undetermined |
| Serial Number - BR112014003493.1 | |
| Country - Brazil | |
| Pending Published Patent Application - Process For Upgrading Biomass Derived Products | Undetermined |
| Serial Number - PCT/US12/50561 | |
| Country - India | |
| Pending Published Patent Application - Processing Biomass With A Hydrogen Source | Undetermined |
| Serial Number - 10778520.6 | |
| Country - European Patent Office | |

In re: KiOR, Inc.                                                                          Case No. 14-12514 (CSS)

## SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Pending Published Patent Application - Processing Biomass With A Hydrogen Source<br>Serial Number - 201080023590.X<br>Country - China | Undetermined |
| Pending Published Patent Application - Processing Biomass With A Hydrogen Source<br>Serial Number - 2759954<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Processing Biomass With A Hydrogen Source<br>Serial Number - 8592/CHENP/2011<br>Country - India | Undetermined |
| Pending Published Patent Application - Processing Biomass With A Hydrogen Source<br>Serial Number - PI1012114-5<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Processing Of Biomass-Derived Oxygenates With Particles Comprising A Coke Deposit<br>Serial Number - 200780033654.2<br>Country - China | Undetermined |
| Pending Published Patent Application - Processing Of Biomass-Derived Oxygenates With Particles Comprising A Coke Deposit<br>Serial Number - PI0714366-4<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Production Of Renewable Bio-Distillate<br>Serial Number - 11836833.1<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Production Of Renewable Bio-Distillate<br>Serial Number - 201180052116.4<br>Country - China | Undetermined |
| Pending Published Patent Application - Production Of Renewable Bio-Distillate<br>Serial Number - 2811646<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Production Of Renewable Bio-Distillate<br>Serial Number - 3176/CHENP/2013<br>Country - India | Undetermined |
| Pending Published Patent Application - Production Of Renewable Bio-Distillate<br>Serial Number - BR112013009843.0<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Production Of Renewable Bio-Distillate<br>Serial Number - W-00201301616<br>Country - Indonesia | Undetermined |
| Pending Published Patent Application - Production Of Renewable Bio-Gasoline<br>Serial Number - 11836831.5<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Production Of Renewable Bio-Gasoline<br>Serial Number - 201180052881.6<br>Country - China | Undetermined |
| Pending Published Patent Application - Production Of Renewable Bio-Gasoline<br>Serial Number - 2814997<br>Country - Canada | Undetermined |

In re: KiOR, Inc.                                    Case No. 14-12514 (CSS)

## SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Pending Published Patent Application - Production Of Renewable Bio-Gasoline<br>Serial Number - 3549/DELNP/2013<br>Country - India | Undetermined |
| Pending Published Patent Application - Production Of Renewable Bio-Gasoline<br>Serial Number - BR112013010317-5<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Production Of Renewable Biofuels<br>Serial Number - 11820525.1<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Production Of Renewable Biofuels<br>Serial Number - 11852243.2<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Production Of Renewable Biofuels<br>Serial Number - 2011352020<br>Country - Australia | Undetermined |
| Pending Published Patent Application - Production Of Renewable Biofuels<br>Serial Number - 201180034377.3<br>Country - China | Undetermined |
| Pending Published Patent Application - Production Of Renewable Biofuels<br>Serial Number - 201180061583.3<br>Country - China | Undetermined |
| Pending Published Patent Application - Production Of Renewable Biofuels<br>Serial Number - 2013135471<br>Country - Russian Federation | Undetermined |
| Pending Published Patent Application - Production Of Renewable Biofuels<br>Serial Number - 2804325<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Production Of Renewable Biofuels<br>Serial Number - 2819903<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Production Of Renewable Biofuels<br>Serial Number - 426/DELNP/2013<br>Country - India | Undetermined |
| Pending Published Patent Application - Production Of Renewable Biofuels<br>Serial Number - 5470/DELNP/2013<br>Country - India | Undetermined |
| Pending Published Patent Application - Production Of Renewable Biofuels<br>Serial Number - BR112013001560-8<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Production Of Renewable Biofuels<br>Serial Number - BR112013016843-9<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Production Of Renewable Biofuels<br>Serial Number - MX/a/2013/007131<br>Country - Mexico | Undetermined |
| Pending Published Patent Application - Production Of Renewable Biofuels<br>Serial Number - PI 2013000153<br>Country - Malaysia | Undetermined |

## SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Pending Published Patent Application - Production Of Renewable Biofuels<br>Serial Number - PI 2013002510<br>Country - Malaysia | Undetermined |
| Pending Published Patent Application - Pyrolytic Conversion Of Cellulose And/Or Hemicellulose Dissolved In An Ionic Liquid<br>Serial Number - 10763255.6<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Refractory Mixed-Metal Oxide And Spinel Compositions For The Thermo-Catalytic Conversion Of Biomass<br>Serial Number - 1120130219939<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Refractory Mixed-Metal Oxide And Spinel Compositions For The Thermo-Catalytic Conversion Of Biomass<br>Serial Number - 12755445.9<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Refractory Mixed-Metal Oxide And Spinel Compositions For The Thermo-Catalytic Conversion Of Biomass<br>Serial Number - 201280012419.8<br>Country - China | Undetermined |
| Pending Published Patent Application - Refractory Mixed-Metal Oxide And Spinel Compositions For The Thermo-Catalytic Conversion Of Biomass<br>Serial Number - 2013-557762<br>Country - Japan | Undetermined |
| Pending Published Patent Application - Refractory Mixed-Metal Oxide And Spinel Compositions For The Thermo-Catalytic Conversion Of Biomass<br>Serial Number - 2829319<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Refractory Mixed-Metal Oxide And Spinel Compositions For The Thermo-Catalytic Conversion Of Biomass<br>Serial Number - 6869/CHENP/2013<br>Country - India | Undetermined |
| Pending Published Patent Application - Renewable Heating Oil<br>Serial Number - 12745278.7.<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Renewable Heating Oil<br>Serial Number - 2012214811<br>Country - Australia | Undetermined |
| Pending Published Patent Application - Renewable Heating Oil<br>Serial Number - 201280008458<br>Country - China | Undetermined |
| Pending Published Patent Application - Renewable Heating Oil<br>Serial Number - 2013/05721<br>Country - South Africa | Undetermined |
| Pending Published Patent Application - Renewable Heating Oil<br>Serial Number - 2013141531<br>Country - Russian Federation | Undetermined |
| Pending Published Patent Application - Renewable Heating Oil<br>Serial Number - 2825939<br>Country - Canada | Undetermined |

### SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Pending Published Patent Application - Renewable Heating Oil<br>Serial Number - 613678<br>Country - New Zealand | Undetermined |
| Pending Published Patent Application - Renewable Heating Oil<br>Serial Number - 7018/DELNP/2013<br>Country - India | Undetermined |
| Pending Published Patent Application - Renewable Heating Oil<br>Serial Number - BR112013020022-7<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Renewable Heating Oil<br>Serial Number - MX/a/2013/009117<br>Country - Mexico | Undetermined |
| Pending Published Patent Application - Renewable Heating Oil<br>Serial Number - PI2013002953<br>Country - Malaysia | Undetermined |
| Pending Published Patent Application - Simultaneous Catalytic Conversion Of Cellulose And Lignin To A Liquid Fuel In An Ionic Liquid Medium<br>Serial Number - 10766380.9<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Stable Bio-Oil<br>Serial Number - 12744689.6.<br>Country - European Patent Office | Undetermined |
| Pending Published Patent Application - Stable Bio-Oil<br>Serial Number - 2012214812<br>Country - Australia | Undetermined |
| Pending Published Patent Application - Stable Bio-Oil<br>Serial Number - 201280008632.1<br>Country - China | Undetermined |
| Pending Published Patent Application - Stable Bio-Oil<br>Serial Number - 2013/05720<br>Country - South Africa | Undetermined |
| Pending Published Patent Application - Stable Bio-Oil<br>Serial Number - 2013141532<br>Country - Russian Federation | Undetermined |
| Pending Published Patent Application - Stable Bio-Oil<br>Serial Number - 2825940<br>Country - Canada | Undetermined |
| Pending Published Patent Application - Stable Bio-Oil<br>Serial Number - 613686<br>Country - New Zealand | Undetermined |
| Pending Published Patent Application - Stable Bio-Oil<br>Serial Number - 7017/DELNP/201<br>Country - India | Undetermined |
| Pending Published Patent Application - Stable Bio-Oil<br>Serial Number - BR112013019995-4<br>Country - Brazil | Undetermined |
| Pending Published Patent Application - Stable Bio-Oil<br>Serial Number - MX/a/2013/009118<br>Country - Mexico | Undetermined |

**In re: KiOR, Inc.**                                              **Case No. 14-12514 (CSS)**

## SCHEDULE B PERSONAL PROPERTY
### Rider B.22 - Patents, Copyrights, And Other Intellectual Property

| Description | Book Value |
|---|---|
| Pending Published Patent Application - Stable Bio-Oil | Undetermined |
| Serial Number - PI2013002955 | |
| Country - Malaysia | |
| Pending Published Patent Application - Tan Upgrading Of Bio-Oil | Undetermined |
| Serial Number - PCT/US13/35978 | |
| Country - Patent Corporation Treaty | |
| Pending Published Patent Application - Temperature-Optimized Conversion Of Lignocellulosic Biomass | Undetermined |
| Serial Number - 10766381.7 | |
| Country - European Patent Office | |
| Pending Published Patent Application - Two-Stage Reactor And Process For Conversion Of Solid Biomass Material | Undetermined |
| Serial Number - 11841531.4 | |
| Country - European Patent Office | |
| Pending Published Patent Application - Two-Stage Reactor And Process For Conversion Of Solid Biomass Material | Undetermined |
| Serial Number - 1439/KOLNP/2013 | |
| Country - India | |
| Pending Published Patent Application - Two-Stage Reactor And Process For Conversion Of Solid Biomass Material | Undetermined |
| Serial Number - 201180065074.8 | |
| Country - China | |
| Pending Published Patent Application - Two-Stage Reactor And Process For Conversion Of Solid Biomass Material | Undetermined |
| Serial Number - 2818304 | |
| Country - Canada | |
| Pending Published Patent Application - Two-Stage Reactor And Process For Conversion Of Solid Biomass Material | Undetermined |
| Serial Number - BR1120130120711 | |
| Country - Brazil | |
| Pending Published Patent Application - Two-Stage Reactor And Process For Conversion Of Solid Biomass Material | Undetermined |
| Serial Number - MX/a/2014/008176 | |
| Country - Mexico | |
| Pending Published Patent Application - Two-Stage Reactor And Process For Conversion Of Solid Biomass Material | Undetermined |
| Serial Number - Recent Filings/ Not Yet Available | |
| Country - Malaysia | |
| Pending Published Patent Application - Use Of Nir Spectra For Property Prediction Of Bio-Oils And Fractions Thereof | Undetermined |
| Serial Number - PCT/US13/58047 | |
| Country - Patent Corporation Treaty | |

TOTAL      Undetermined

**In re: KiOR, Inc.**                                              **Case No. 14-12514 (CSS)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.28 - Office Equipment, Furnishings, And Supplies

| Description | Book Value |
| --- | --- |
| Computer Hardware | $112,532.96 |
| Computer Software | $316,172.92 |
| Furniture | $71,520.89 |

|  | TOTAL | $500,226.77 |
| --- | --- | --- |

**In re: KiOR, Inc.**                                    **Case No. 14-12514 (CSS)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.29 - Machinery, Fixtures, Equipment, And Supplies Used In Business

| Description | Book Value |
|---|---|
| Lab/Testing Equipment | $805,880.82 |
| Machinery/Equipment | $24,622,776.68 |

TOTAL    $25,428,657.50

**In re: KiOR, Inc.**                                                    **Case No. 14-12514 (CSS)**

### SCHEDULE B PERSONAL PROPERTY
### Rider B.35 - Other Personal Property Of Any Kind Not Already Listed

| Description | Book Value |
|---|---|
| Assets Under Construction | $122,392.45 |
| Collateral Account - SVB Credit Card | $100,000.00 |
| Leasehold Improvements | $3,052,873.73 |
| Prepaid - Insurance | $1,342,374.31 |
| Prepaid - Miscellaneous | $274,542.75 |
| Tax Deduction for a Net Operating Loss (NOL) | Undetermined |

TOTAL      $4,892,183.24 +
undetermined amounts

B6D (Official Form 6D) (12/07)

In re    KiOR, Inc.                                        ,          Case No.    14-12514 (CSS)
                    Debtor                                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>1538731 ALBERTA LTD., AS AGENT AND AS A LENDER C/O ALBERTA INVESTMENT MANAGEMENT CORPORATION ATTN CHIEF LEGAL COUNSEL & CORPORATE SECRETARY 1100-10830 JASPER AVENUE EDMONTON, AB T5J 2B3 CANADA | X | | Third Lien Prepetition Debt - $115,000,000 Principal Plus Accrued Interest and associated Delaware and Lowndes County Chancery Clerk, Mississippi UCC Lien Filings<br><br>VALUE $ Undetermined | | | | $115,000,000.00 | Undetermined |
| ACCOUNT NO.<br>DE LAGE LANDEN 1111 OLD EAGLE SCHOOL RD. WAYNE, PA 19087 | | | Delaware UCC Financing Statement number 2009 3035521 dated 09/23/2009<br><br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |

_2_ continuation sheets attached

Subtotal ►
(Total of this page)

Total ►
(Use only on last page)

| | |
|---|---|
| $ 115,000,000.00 | $0.00 |
| $ | $ |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   KiOR, Inc. _____ ,          Case No.   14-12514 (CSS) _____
                    **Debtor**                                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DELL FINANCIAL SERVICES<br>12234 N. IH-35<br>BLDG. B<br>AUSTIN, TX 78753 | | | Delaware UCC Financing Statement number 2011 2904228 dated 07/27/2011<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>GREAT AMERICAN LEASING CORPORATION<br>PO BOX 660831<br>DALLAS, TX 75266-0831 | | | Delaware UCC Financing Statement number 2011 4981414 dated 12/28/2011<br><br>VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>KFT TRUST, VINOD KHOSLA, TRUSTEE, AS 2014 FIRST-LIEN AGENT AND CONTROL AGENT C/O KHOSLA VENTURES ATTN VINOD KHOSLA 3000 SAND HILL RD, BLDG 3, STE 190 MENLO PARK, CA 94025 | X | | First Lien Prepetition Secured Debt - $16,273,500 Principal Plus Accrued Interest<br><br>VALUE $ Undetermined | | | | $16,273,500.00 | Undetermined |
| ACCOUNT NO.<br><br>KFT TRUST, VINOD KHOSLA, TRUSTEE, AS ADMINISTRATIVE AGENT C/O KHOSLA VENTURES ATTN VINOD KHOSLA 3000 SAND HILL RD, BLDG 3, STE 190 MENLO PARK, CA 94025 | X | | 2014 Second Lien Prepetition Secured Debt - $10,400,000 Principal Plus Accrued Interest and associated Delaware UCC Lien Filing<br><br>VALUE $ Undetermined | | | | $10,400,000.00 | Undetermined |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (s)▶<br>(Total(s) of this page) | $ 26,673,500.00     $0.00 |
| Total(s) ▶<br>(Use only on last page) | $     $ |
| | (Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re  KiOR, Inc.                                    ,          Case No.  14-12514 (CSS)
         **Debtor**                                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> KHOSLA VENTURES III, LP AS 2013 FIRST-LIEN AGENT AND CONTROL AGENT <br> 2128 SAND HILL ROAD <br> MENLO PARK, CA 94025 | | X | 2013 Second Lien Prepetition Secured Debt - $95,700,000 Principal Plus Accrued Interest and associated Delaware UCC Lien Filing <br> VALUE $ Undetermined | | | | $95,700,000.00 | Undetermined |
| ACCOUNT NO. <br><br> SILICON VALLEY BANK <br> 7000 NORTH MOPAC, SUITE 360 <br> AUSTIN, TX 78731 | | X | Deposits, credits, collateral and property in possession, custody, safekeeping or control of Silicon Valley Bank (including a subsidiary of Bank) or in transit to any of them <br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. <br><br> WELLS FARGO CAPITAL FINANCE <br> 420 MONTGOMERY STREET <br> SAN FRANCISCO, CA 94104 | | | Delaware UCC Financing Statement number 2010 2593535 dated 07/26/2010 <br><br> VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO. <br><br> WELLS FARGO CAPITAL FINANCE <br> 420 MONTGOMERY STREET <br> SAN FRANCISCO, CA 94104 | | | Delaware UCC Financing Statement number 2010 2594798 dated 07/27/2010 <br><br> VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO. <br><br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

| $ 95,700,000.00 | $0.00 |
|---|---|

Total(s) ►
(Use only on last page)

| $ 237,373,500.00 <br> + undetermined amounts | $0.00 <br> + undetermined amounts |
|---|---|

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re   KiOR, Inc.                                    ,          Case No. 14-12514 (CSS)
                    **Debtor**                                                           **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (04/13) – Cont.**

In re  **KiOR, Inc.** _____,                    Case No. **14-12514 (CSS)** _____
                        **Debtor**                                                                                                   **(if known)**

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                     **17**  continuation sheets attached

B6E (Official Form 6E) (04/10) – Cont.

In re   KiOR, Inc.                                          ,          Case No.   14-12514 (CSS)
                              **Debtor**                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>ABLES, GREGORY<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $8,261.64 | $3,395.40 | $4,866.24 |
| Account No.<br><br>ADKINS, BRUCE<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $8,330.48 | $6,640.74 | $1,689.74 |
| Account No.<br><br>ARTZER, CHRISTOPHER<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $58,801.56 | $12,475.00 | $46,326.56 |
| Account No.<br><br>ATEN, AMANDA<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $2,381.88 | $1,293.85 | $1,088.03 |

Sheet no.  1  of  17  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶<br>(Totals of this page) | $ 77,775.56 | $ 23,804.99 | $ 53,970.57 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $              $

B6E (Official Form 6E) (04/13) – Cont.

In re  KiOR, Inc.                                ,        Case No.  14-12514 (CSS)
                    Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>BANDA, ROCIO<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $998.51 | $998.51 | $0.00 |
| Account No.<br><br>BAUER, LORENZ<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $19,280.40 | $5,724.97 | $13,555.43 |
| Account No.<br><br>BEAUDOIN, PATRICIA<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $4,353.25 | $2,692.13 | $1,661.12 |
| Account No.<br><br>BELL, YULIA<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $2,402.44 | $1,825.31 | $577.12 |

Sheet no.  2  of  17  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | | |
|---|---|---|
| $ 27,034.60 | $ 11,240.92 | $ 15,793.67 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$            $

B6E (Official Form 6E) (04/13) – Cont.

In re   KiOR, Inc.                                    ,          Case No.   14-12514 (CSS)
                        Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>BETANCOURT, BRENDA<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $1,076.80 | $1,076.80 | $0.00 |
| Account No.<br>BOEKE, CONNIE<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $7,491.77 | $2,788.56 | $4,703.21 |
| Account No.<br>BOULTER, KATRINA<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $51.60 | $51.60 | $0.00 |
| Account No.<br>BROOKOVER, STEVEN<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $1,110.26 | $1,084.44 | $25.82 |

Sheet no. _3_ of _17_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page): $ 9,730.43 | $ 5,001.40 | $ 4,729.03

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.): $

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.): $ | $

B6E (Official Form 6E) (04/13) – Cont.

In re  **KiOR, Inc.** _____ ,      Case No.  **14-12514 (CSS)** _____

       Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> BUJNOCH, JAMES <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $355.41 | $355.41 | $0.00 |
| Account No. <br> CANNON, FRED <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $240,023.44 | $12,475.00 | $227,548.44 |
| Account No. <br> CIPRIANO, REY <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $990.23 | $990.23 | $0.00 |
| Account No. <br> COOK, GARY <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $959.92 | $959.92 | $0.00 |

Sheet no. __4__ of __17__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)    $ 242,329.00 | $ 14,780.56 | $ 227,548.44

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

B6E (Official Form 6E) (04/13) – Cont.

In re  KiOR, Inc.                              ,          Case No.  14-12514 (CSS)
                    Debtor                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  COOPER JR, GARY  ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $154.40 | $154.40 | $0.00 |
| Account No.  CORDLE, RONALD  ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $9,478.66 | $7,483.20 | $1,995.46 |
| Account No.  COX, RUSSELL  ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $205.86 | $205.86 | $0.00 |
| Account No.  CRAIG, HOLLIE  ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $4,711.54 | $2,019.00 | $2,692.54 |

Sheet no.  5  of  17  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 14,550.46 | $ 9,862.46 | $ 4,688.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$ | $

B6E (Official Form 6E) (04/13) – Cont.

In re   KiOR, Inc.                                      ,          Case No.   14-12514 (CSS)
                          Debtor                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> DARWIN, NIKKI <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $1,671.59 | $1,346.67 | $324.91 |
| Account No. <br><br> DELGADO JR, JOAQUIN <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $42,387.37 | $6,515.30 | $35,872.07 |
| Account No. <br><br> DUDLEY, TRAVIS <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $1,024.18 | $1,024.18 | $0.00 |
| Account No. <br><br> DWYER, JAMES <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $3,202.93 | $3,202.93 | $0.00 |

Sheet no.  6  of  17  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | | |
|---|---|---|
| $ 48,286.07 | $ 12,089.08 | $ 36,196.98 |

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$                    $

B6E (Official Form 6E) (04/13) – Cont.

In re  **KiOR, Inc.**                                    ,          Case No.  **14-12514 (CSS)**
                 Debtor                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> ENGELMAN, RICHARD <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $3,720.94 | $3,720.94 | $0.00 |
| Account No. <br><br> GARDNER, JEFFREY <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $175.42 | $175.42 | $0.00 |
| Account No. <br><br> GONZALEZ, JORGE <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $14,359.26 | $8,414.68 | $5,944.58 |
| Account No. <br><br> GOODMAN, DANA <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $3,516.98 | $2,740.20 | $776.78 |

Sheet no. **7** of **17** continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)      $ 21,772.60      $ 15,051.24      $ 6,721.36

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)      $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)      $      $

B6E (Official Form 6E) (04/13) – Cont.

In re   KiOR, Inc.                                    ,                    Case No.   14-12514 (CSS)
                  Debtor                                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> HAWKES, STEVE <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $6,756.83 | $6,756.83 | $0.00 |
| Account No. <br><br> HENRY, CHRISTINE <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $862.29 | $862.29 | $0.00 |
| Account No. <br><br> HOLMES, LARRY <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $3,087.90 | $1,441.02 | $1,646.88 |
| Account No. <br><br> HOWELL JR., MARLIN <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $1,063.61 | $1,063.61 | $0.00 |

Sheet no.   8   of   17   continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)            $ 11,770.63     $ 10,123.75     $ 1,646.88

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)            $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)            $            $

B6E (Official Form 6E) (04/13) – Cont.

In re __KiOR, Inc._____,            Case No.__14-12514 (CSS)_____
                Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>HUYNH, DUC<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $230.15 | $230.15 | $0.00 |
| Account No.<br><br>JOHNSON, WILLIAM<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $3,474.64 | $2,826.49 | $648.15 |
| Account No.<br><br>JONES, DEAN<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $3,561.69 | $1,846.92 | $1,714.77 |
| Account No.<br><br>KAPUR, NEETI<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $2,073.16 | $2,073.16 | $0.00 |

Sheet no. _9_ of _17_ continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | | |
|---|---|---|
| $ 9,339.64 | $ 6,976.72 | $ 2,362.92 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$          $

B6E (Official Form 6E) (04/13) – Cont.

In re   KiOR, Inc.                              ,          Case No.   14-12514 (CSS)
                    Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> KASBAUM, JOHN <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $48,911.93 | $11,684.34 | $37,227.59 |
| Account No. <br><br> KERLEGON, STEPHEN <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $2,757.30 | $2,757.30 | $0.00 |
| Account No. <br><br> KIRICK, MARGARET <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $34,905.12 | $6,346.20 | $28,558.92 |
| Account No. <br><br> KORENEK, ARNOLD <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $23,608.30 | $8,208.64 | $15,399.66 |

Sheet no.  10  of  17  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)    $ 110,182.65    $ 28,996.48    $ 81,186.17

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

B6E (Official Form 6E) (04/13) – Cont.

In re   KiOR, Inc.                              ,          Case No.   14-12514 (CSS)
                    Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>LEUNG, VINCENT<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $447.12 | $447.12 | $0.00 |
| Account No.<br><br>LEWIS, JAMES<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $5,743.53 | $5,382.65 | $360.88 |
| Account No.<br><br>LOESCHER, MITCHELL<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $21,718.39 | $8,458.68 | $13,259.70 |
| Account No.<br><br>LYONS, JONATHAN<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $2,782.16 | $1,346.67 | $1,435.49 |

Sheet no.  11  of  17  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page) — $ 30,691.20 | $ 15,635.12 | $ 15,056.07

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) — $

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) — $ | $

B6E (Official Form 6E) (04/13) – Cont.

In re  KiOR, Inc.                                    ,          Case No.  14-12514 (CSS)
_____                              _____
              Debtor                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> MACH, SANDRA <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $1,330.14 | $1,330.14 | $0.00 |
| Account No. <br><br> MAGADAN, RANDY <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $306.85 | $306.85 | $0.00 |
| Account No. <br><br> MAROUL, JOHN <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $2,035.84 | $2,035.84 | $0.00 |
| Account No. <br><br> MOORE, BRENT <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $215.65 | $215.65 | $0.00 |

Sheet no.  12  of  17  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 3,888.48    $ 3,888.48    $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$          $

B6E (Official Form 6E) (04/13) – Cont.

In re   KiOR, Inc.                                        ,          Case No.   14-12514 (CSS)
_____                                    _____
              Debtor                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>ORDUNO, HUMBERTO<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $616.17 | $616.17 | $0.00 |
| Account No.<br><br>OUK, TOLA<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $1,873.72 | $1,347.07 | $526.65 |
| Account No.<br><br>PARKER, WILLIAM<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $12,028.05 | $9,136.83 | $2,891.23 |
| Account No.<br><br>PEARSON, GREGORY<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $1,845.87 | $1,845.87 | $0.00 |

Sheet no.  13  of  17  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)   $ 16,363.81   $ 12,945.94   $ 3,417.88

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

B6E (Official Form 6E) (04/13) – Cont.

In re   KiOR, Inc.                                    ,          Case No.   14-12514 (CSS)
                    **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> RAMIREZ-CORREDORES, MARIA <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $9,507.92 | $7,114.42 | $2,393.49 |
| Account No. <br><br> RAMOS, MAURO <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $2,333.08 | $2,333.08 | $0.00 |
| Account No. <br><br> ROMERO, ALFREDO <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $6,950.05 | $6,950.05 | $0.00 |
| Account No. <br><br> RUBACH, HENRY <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $3,775.96 | $2,574.00 | $1,201.96 |

Sheet no.  14  of  17  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)     $ 22,567.01     $ 18,971.55     $ 3,595.45

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $     $

B6E (Official Form 6E) (04/13) – Cont.

In re  KiOR, Inc.                            ,          Case No.  14-12514 (CSS)
               Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>RUSSELL, LUCAS<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $514.65 | $514.65 | $0.00 |
| Account No.<br><br>SANCHEZ, VICENTE<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $12,762.64 | $5,756.16 | $7,006.48 |
| Account No.<br><br>SMITH, DANIEL<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $127.24 | $127.24 | $0.00 |
| Account No.<br><br>SMITH, EDWARD<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $69,639.06 | $12,475.00 | $57,164.06 |

Sheet no. 15 of 17 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page) | $ 83,043.59 | $ 18,873.05 | $ 64,170.54

Total ▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |

Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $

B6E (Official Form 6E) (04/13) – Cont.

In re  KiOR, Inc.                                    ,         Case No.  14-12514 (CSS)
                          Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

___Type of Priority for Claims Listed on This Sheet___

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>SORIA, JUAN<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $328.49 | $328.49 | $0.00 |
| Account No.<br><br>STROBEL, DAVID<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $8,956.73 | $2,595.60 | $6,361.13 |
| Account No.<br><br>TATUM, CHARLES<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $548.96 | $548.96 | $0.00 |
| Account No.<br><br>TRAN, ANTHONY<br>ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $832.92 | $832.92 | $0.00 |

Sheet no.  16  of  17  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)                            $ 10,667.10        $ 4,305.97        $ 6,361.13

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)                     $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)                     $                 $

B6E (Official Form 6E) (04/13) – Cont.

In re   KiOR, Inc.                                    ,          Case No.   14-12514 (CSS)
                  Debtor                                                            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> ULLOA-RODRIGUEZ, JUAN <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $670.80 | $670.80 | $0.00 |
| Account No. <br><br> WIGGINS, CHARLES <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $2,229.39 | $2,229.39 | $0.00 |
| Account No. <br><br> WINTERS JR, KENNETH <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $1,923.32 | $1,923.32 | $0.00 |
| Account No. <br><br> WOLF, SABRA <br> ADDRESS ON FILE | | | Paid Time Off (PTO) Claim | | | | $1,480.94 | $1,480.94 | $0.00 |

Sheet no.  17  of  17  continuation sheets attached to
Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | | |
|---|---|---|
| $ 6,304.45 | $ 6,304.45 | $ 0.00 |

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$ 746,297.28

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$ 218,852.16          $ 527,445.09

In re   KiOR, Inc.                                    ,        Case No. 14-12514 (CSS)
                              Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> A & L IND SVC INCORPORATED <br> 1728 HIGHWAY 146 N <br> LA PORTE, TX 77571 | | | Trade Payable | | | | $33,567.17 |
| ACCOUNT NO. <br><br> A&B ENVIRONMENTAL SERVICES, INC. <br> 10100 EAST FREEWAY <br> HOUSTON, TX 77029 | | | Trade Payable | | | | $100.00 |
| ACCOUNT NO. <br><br> ACCU-TECH PLUS <br> PO BOX 1030 <br> LEAGUE CITY, TX 77565 | | | Trade Payable | | | | $308.55 |
| ACCOUNT NO. <br><br> ADAMS AND REESE LLP <br> PO BOX 2153 <br> BIRMINGHAM, AL 35287 | | | Trade Payable | | | | $1,887.33 |

  27  continuation sheets attached

Subtotal ▶  $ 35,863.05

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __KiOR, Inc._____,                    Case No. __14-12514 (CSS)_____
                        **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ADT SECURITY SERVICES, INC. AKA TYCO INTEGRATED SECURITY<br>9310 KIRBY DRIVE - SUITE 900<br>HOUSTON, TX 77054 | | | Trade Payable | | | | $1,876.81 |
| ACCOUNT NO.<br><br>AGILENT TECHNOLOGIES, INC.<br>4187 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | | Trade Payable | | | | $731.01 |
| ACCOUNT NO.<br><br>AIR LIQUIDE AMERICA<br>PO BOX 301046<br>DALLAS, TX 75303-1046 | | | Trade Payable | | | | $1,239.88 |
| ACCOUNT NO.<br><br>AIR PRODUCTS & CHEMICALS INC<br>PO BOX 935430<br>ATLANTA, GA 31193 | | | Trade Payable | | | | $8,645.39 |
| ACCOUNT NO.<br><br>ALCORN STATE UNIVERSITY<br>1000 ASU DRIVE<br>ALCORN STATE, MS 39096-7500 | | | Trade Payable | | | | $2,000.00 |

Sheet no. _1_ of _27_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 14,493.09

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KiOR, Inc.                                    ,          Case No.   14-12514 (CSS)
                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ARCHON INDUSTRIES, INC.<br>357 SPOOK ROCK ROAD<br>SUFFERN, NY 10901 | | | Trade Payable | | | | $573.70 |
| ACCOUNT NO.<br><br>AWC INCORPORATED<br>4747 SOUTH PINEMONT<br>HOUSTON, TX 77041 | | | Trade Payable | | | | $4,427.76 |
| ACCOUNT NO.<br><br>BAKER BOTTS LLP<br>PO BOX 201626<br>HOUSTON, TX 77216-1626 | | | Trade Payable | | | | $15,429.99 |
| ACCOUNT NO.<br><br>BAKER CORP<br>101 OLD UNDERWOOD RD.<br>BLDG B<br>LA PORTE, TX 77571 | | | Trade Payable | | | | $779.58 |
| ACCOUNT NO.<br><br>BARRETT VENDING<br>11305 TODD STREET<br>HOUSTON, TX 77055 | | | Trade Payable | | | | $44.82 |
| ACCOUNT NO.<br><br>BAY INSULATION OF TEXAS INC.<br>4411B DARIEN ST.<br>HOUSTON, TX 77028 | | | Trade Payable | | | | $628.23 |

Sheet no.  _2_ of _27_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 21,884.08

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __KiOR, Inc._____,     Case No. ___14-12514 (CSS)_____
           **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BAYTOWN VALVE & FITTING CO.<br>PO BOX 4346<br>BAYTOWN, TX 77521 | | | Trade Payable | | | | $3,193.46 |
| ACCOUNT NO.<br><br>BEAED LP<br>PO BOX 1760<br>ALVIN, TX 77512 | | | Trade Payable | | | | $1,890.00 |
| ACCOUNT NO.<br><br>BOWEN, MICLETTE & BRITT INURANCE AGENCY, LLC<br>1111 NORTH LOOP WEST, STE 400<br>HOUSTON, TX 77008 | | | Trade Payable | | | | $531.00 |
| ACCOUNT NO.<br><br>BROADRIDGE ICS<br>PO BOX 416423<br>BOSTON, MA 02241 | | | Trade Payable | | | | $12,857.43 |
| ACCOUNT NO.<br><br>BVA SCIENTIFIC, INC.<br>231 E. NAKOMA DR, #300<br>SAN ANTONIO, TX 78216 | | | Trade Payable | | | | $2,885.94 |
| ACCOUNT NO.<br><br>CARDNO ENTRIX<br>PO BOX 712103<br>CINCINNATI, OH 45241 | | | Trade Payable | | | | $21,800.00 |

Sheet no. _3_ of _27_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 43,157.83

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __KiOR, Inc._____,            Case No.__14-12514 (CSS)_____
　　　　　　　　Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CARIBOU INTERNATIONAL INCORPORATED<br>22820 INTERSTATE 45 NORTH, STE 3-K<br>SPRING, TX 77373 | | | Trade Payable | | | | $1,067.62 |
| ACCOUNT NO.<br><br>CARLTON, DAVE<br>C/O PAYNE MITCHELL LAW GROUP, ATTN RONALD DEAN GRESHAM<br>2911 TURTLE CREEK BLVD, STE 1400<br>DALLAS, TX 75219 | | | Litigation Claim - Civil Action Number 13-cv-02443 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CE ELANTECH, INC.<br>170 OBERLIN AVENUE NORTH<br>LAKEWOOD, NJ 08701 | | | Trade Payable | | | | $1,647.30 |
| ACCOUNT NO.<br><br>CHARLES SCHWAB & CO., INC.<br>STOCK PLAN SERVICES<br>9601 PANORAMA CIRCLE<br>ENGLEWOOD, CO 80112 | | | Trade Payable | | | | $9,425.00 |
| ACCOUNT NO.<br><br>CINTAS CORPORATION<br>PO BOX 15126<br>HOUSTON, TX 77020 | | | Trade Payable | | | | $3,688.19 |

Sheet no. __4_of__27_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 15,828.11

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __KiOR, Inc._____,                    Case No.   __14-12514 (CSS)_____
           **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CISCO SYSTEMS CAPITAL CORPORATION<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | | | Trade Payable | | | | $4,034.16 |
| ACCOUNT NO.<br><br>CISCO WEBEX LLC<br>3979 FREEDOM CIRCLE<br>SANTA CLARA., CA 95054 | | | Trade Payable | | | | $150.00 |
| ACCOUNT NO.<br><br>CITI BANK<br>111 WALL STEET<br>NEW YORK, NY 10005 | | | Trade Payable | | | | $240.00 |
| ACCOUNT NO.<br><br>CLEAN HARBORS<br>42 LONGWATER DRIVE<br>NORWELL, MA 02061 | | | Trade Payable | | | | $19,395.97 |
| ACCOUNT NO.<br><br>COMPUTERSHARE INC.<br>19228 DEPT CH<br>PALATINE, IL 60055-9228 | | | Trade Payable | | | | $4,301.47 |
| ACCOUNT NO.<br><br>CONAX TECHNOLOGIES<br>2300 WALDEN AVENUE<br>BUFFALO, NY 14225 | | | Trade Payable | | | | $1,454.52 |

Sheet no. _5_ of _27_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 29,576.12

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re   KiOR, Inc.                                          ,          Case No.   14-12514 (CSS)
                        **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  CORPORATE BUSINESS CARDS 9611 FRANKLIN AVENUE FRANKLIN PARK, IL 60131 | | | Trade Payable | | | | $300.84 |
| ACCOUNT NO.  CT CORPORATION SYSTEM PO BOX 4349 CAROL STREAM, IL 60197-4349 | | | Trade Payable | | | | $875.67 |
| ACCOUNT NO.  CURTISS-WRIGHT FLOW CONTROL COMPANY 16315 MARKET STREET CHANNELVIEW, TX 77530 | | | Trade Payable | | | | $12,403.29 |
| ACCOUNT NO.  DCG PARTNERSHIP 1, LTD. PO BOX 2028 HOUSTON, TX 77252 | | | Trade Payable | | | | $144.86 |
| ACCOUNT NO.  DEBUSK SERVICES GROUP, LLC 10901 SPENCER HIGHWAY LAPORTE, TX 77571 | | | Trade Payable | | | | $1,935.15 |
| ACCOUNT NO.  DELAWARE SECRETARY OF STATE PO BOX 11728 NEWARK, NJ 07101 | | | Trade Payable | | | | $36,000.00 |

Sheet no.  6  of  27  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 51,659.81

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KiOR, Inc. _____ ,        Case No.  14-12514 (CSS) _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DELL MARKETING L.P.<br>PO BOX 676021<br>ROUND ROCK, TX 78682 | | | Trade Payable | | | | $2,236.72 |
| ACCOUNT NO.<br><br>DUNLAP CODDING, P.C.<br>1601 N.W. EXPRESSWAY #1000<br>OKLAHOMA CITY, OK 73118 | | | Trade Payable | | | | $4,645.44 |
| ACCOUNT NO.<br><br>DXP ENTERPRISE INC.<br>1024 DELESANDRI DRIVE<br>KEMAH, TX 77565 | | | Trade Payable | | | | $951.54 |
| ACCOUNT NO.<br><br>ERNST & YOUNG<br>PO BOX 848107<br>DALLAS, TX 75284-8107 | | | Trade Payable | | | | $5,500.00 |
| ACCOUNT NO.<br><br>FEDERAL SOLUTIONS LLC<br>828 W BRIAR LAKE DR<br>STARKVILLE, MS 39759 | | | Trade Payable | | | | $15,000.00 |
| ACCOUNT NO.<br><br>FINNEGAN<br>1300 I STREET NW, 300W<br>WASHINGTON, DC 20005 | | | Trade Payable | | | | $10,715.75 |

Sheet no.  7  of  27  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 39,049.45

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KiOR, Inc. _____,          Case No.   14-12514 (CSS) _____
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FISHER SCIENTIFIC<br>9999 VETERANS MEMORIAL DRIVE<br>HOUSTON, TX 77038 | | | Trade Payable | | | | $435.60 |
| ACCOUNT NO.<br><br>GARY GEDIG, DERIVATIVELY ON BEHALF OF KIOR, INC.<br>C/O LYNN TILLOTSON PINKER & COX, LLP, ATTN EDWARD JASON DENNIS, SAMUEL B. HARDY, IV<br>2100 ROSS AVENUE<br>SUITE 2700<br>DALLAS, TX 75201 | | | Litigation Claim - Civil Action Number 13-cv-03773 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GATES VENTURES, LLC<br>ATTN: GENERAL COUNSEL<br>2365 CARILLON POINT<br>KIRKLAND, WA 98033 | | | Potential Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GCA SERVICES GROUP<br>16111 BROADWATER DRIVE<br>CROSBY, TX 77532 | | | Trade Payable | | | | $3,847.24 |
| ACCOUNT NO.<br><br>GENERAL LABORATORY SUPPLY<br>PO BOX 7120<br>PASADENA, TX 77503 | | | Trade Payable | | | | $2,286.57 |

Sheet no. _8_ of _27_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $ 6,569.41

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __KiOR, Inc._____,    Case No. __14-12514 (CSS)_____
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GLEN MILLS, INC.<br>220 DELAWANNA AVE.<br>CLIFTON, NJ 07014 | | | Trade Payable | | | | $417.83 |
| ACCOUNT NO.<br><br>GRAINGER<br>PO BOX 419267<br>KANSAS CITY, MO 64116 | | | Trade Payable | | | | $5,491.44 |
| ACCOUNT NO.<br><br>GREENBERG TRAURIG, LLP<br>ONE INTERNATIONAL PLACE, FL 20<br>BOSTON, MA 02110 | | | Trade Payable | | | | $25,805.40 |
| ACCOUNT NO.<br><br>HAGEMEYER NORTH AMERICA HOLDINGS, INC.<br>11680 GREAT OAKS WAY<br>ALPHARETTA, GA 30022 | | | Trade Payable | | | | $4,627.68 |
| ACCOUNT NO.<br><br>HALDOR TOPSOE INC<br>17629 EL CAMINO REAL, SUITE 300<br>HOUSTON, TX 77058 | | | Trade Payable | | | | $1,513.75 |
| ACCOUNT NO.<br><br>HIRERIGHT, INC.<br>24521 NETWORK PL<br>CHICAGO, IL 60673 | | | Trade Payable | | | | $150.59 |

Sheet no. _9_ of _27_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 38,006.69

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KiOR, Inc.                                    ,            Case No.   14-12514 (CSS)
                  **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HODGE ENGINEERING, LLC<br>104 SHAFFER COURT<br>MADISON, MS 39110-7526 | | | Trade Payable | | | | $1,100.00 |
| ACCOUNT NO.<br><br>HOVEY WILLIAMS LLP<br>10801 MASTIN BLVD, STE. 1000<br>OVERLAND PARK, KS 66210 | | | Trade Payable | | | | $20,142.39 |
| ACCOUNT NO.<br><br>HUDSON MECHANICAL, INC.<br>PO BOX 2366<br>CROSBY, TX 77532 | | | Trade Payable | | | | $5,587.90 |
| ACCOUNT NO.<br><br>HUFCO<br>2880 BELTWAY 8 EAST<br>PASDENA, TX 77503 | | | Trade Payable | | | | $151.74 |
| ACCOUNT NO.<br><br>ICE SYSTEMS INC<br>100 PATCO CT, STE 9<br>ISLANDIA, NY 11749 | | | Trade Payable | | | | $58.29 |
| ACCOUNT NO.<br><br>INDUSTRIAL CONTAINER SERVICES, LLC.<br>PO BOX 278<br>GALENA PARK, TX 77547 | | | Trade Payable | | | | $1,639.40 |

Sheet no. __10_ of _27_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 28,679.72

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  __KiOR, Inc._____,                    Case No.  __14-12514 (CSS)_____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> INK PUBLIC RELATIONS <br> 202 S. LOWELL LANE <br> AUSTIN, TX 78733 | | | Trade Payable | | | | $1,575.00 |
| ACCOUNT NO. <br><br> INTRALINKS <br> PO BOX 10259 <br> NEW YORK, NY 10259 | | | Trade Payable | | | | $361,389.71 |
| ACCOUNT NO. <br><br> INVESHARE <br> 3060 ROYAL BLVD., SOUTH <br> ALPHARETTA, GA 30022 | | | Trade Payable | | | | $116.40 |
| ACCOUNT NO. <br><br> IRON MOUNTAIN <br> PO BOX 27128 <br> ROYERSFORD, PA 19468 | | | Trade Payable | | | | $212.68 |
| ACCOUNT NO. <br><br> ITELLIGENCE, INC. <br> 10856Q REED HARTMAN HIGHWAY <br> CINCINNATI, OH 45242 | | | Trade Payable | | | | $8,320.00 |
| ACCOUNT NO. <br><br> IWS GAS AND SUPPLY OF TEXAS, LTD. <br> 125 THRUWAY PARK <br> BROUSSARD, LA 70518 | | | Trade Payable | | | | $9,073.82 |

Sheet no. __11_ of __27_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 380,687.61

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __KiOR, Inc._____,     Case No. __14-12514 (CSS)_____
             Debtor                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JACKSON HOLE ADVISORS, INC.<br>PO BOX 38<br>GROVER, WY 83122 | | | Trade Payable | | | | $5,900.00 |
| ACCOUNT NO.<br><br>JEDCO BUILDING SYSTEMS<br>11659 JONES RD PMB 356<br>HOUSTON, TX 77070 | | | Trade Payable | | | | $514.19 |
| ACCOUNT NO.<br><br>JJ LANDSCOPE SERVICES<br>2711 HUCKLEBERRY LANE<br>PASADENA, TX 77502 | | | Trade Payable | | | | $300.00 |
| ACCOUNT NO.<br><br>JONES & SMITH LLP<br>2777 ALLEN PARKWAY, SUITE 1000<br>HOUSTON, TX 77019 | | | Trade Payable | | | | $9,847.50 |
| ACCOUNT NO.<br><br>K & H SERVICES, INC.<br>142 OAKLAND ST<br>BAYTOWN, TX 77520 | | | Trade Payable | | | | $134,881.87 |
| ACCOUNT NO.<br><br>KATTEN MUCHIN ROSENMAN LLP<br>2900 K STREET, NW<br>WASHINGTON, DC 20007 | | | Trade Payable | | | | $7,750.00 |

Sheet no. _12_ of _27_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 159,193.56

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __KiOR, Inc._____,    Case No. __14-12514 (CSS)_____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KEGERREIS, SHARON<br>C/O GASCOYNE & BULLION PC,<br>ATTN JAMES L GASCOYNE<br>77 SUGAR CREEK CENTER BLVD,<br>STE 280<br>SUGAR LAND, TX 77478 | | | Litigation Claim - Civil Action Number 13-cv-02443 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KELLY SERVICES INC.<br>PO BOX 530437<br>ATLANTA, GA 30353-0437 | | | Trade Payable | | | | $3,848.01 |
| ACCOUNT NO.<br><br>KING CAT CONSULTANCY<br>STIJN STREUVELSHOF 12<br>ALMERE FLEVOLAND, 1321AA<br>NETHERLANDS | | | Trade Payable | | | | $24,707.60 |
| ACCOUNT NO.<br><br>KIOR COLUMBUS, LLC<br>13001 BAY PARK ROAD<br>PASADENA, TX 77507 | X | | Codebtor Claim | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LAB SUPPORT<br>10777 WESTHEIMER RD<br>HOUSTON, TX 77042 | | | Trade Payable | | | | $26,863.04 |

Sheet no. __13_ of __27_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 55,418.65

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __KiOR, Inc._____,          Case No. __14-12514 (CSS)_____
             Debtor                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LECO CORPORATION <br> 3000 LAKEVIEW AVE <br> ST. JOSEPH, MI 49085 | | | Trade Payable | | | | $3,492.99 |
| ACCOUNT NO. <br><br> LEIDOS ENGINEERING, LLC <br> PO BOX 223058 <br> PITTSBURGH, PA 15251 | | | Trade Payable | | | | $121,892.60 |
| ACCOUNT NO. <br><br> LELAND, D. MARK <br> ADDRESS ON FILE | | | Trade Payable | | | | $12,500.00 |
| ACCOUNT NO. <br><br> LOCKE LORD LLP <br> 2200 ROSS AVENUE, SUITE 2200 <br> DALLAS, TX 75201 | | | Trade Payable | | | X | $67,548.95 |
| ACCOUNT NO. <br><br> MASTER PUMPS AND POWER <br> 41286 PARK 290 DRIVE US 290 <br> WALLER, TX 77484 | | | Trade Payable | | | | $1,629.92 |
| ACCOUNT NO. <br><br> MATHESON TRI GAS - DALLAS <br> PO BOX 845502 <br> DALLAS, TX 75284-5502 | X | | Trade Payable | X | | X | $1,085,423.84 |

Sheet no. _14_ of _27_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 1,292,488.30

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __KiOR, Inc._____,                Case No. __14-12514 (CSS)_____
          **Debtor**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MEADOR STAFFING SERVICES<br>PO BOX 2001<br>PASADENA, TX 77501-2001 | | | Trade Payable | | | | $19,294.30 |
| ACCOUNT NO.<br>MECHANICAL REPAIR & ENGINEERING, LP<br>202 N. 18TH STREET<br>LA PORTE, TX 77571 | | | Trade Payable | | | | $625.00 |
| ACCOUNT NO.<br>MEDIANT COMMUNICATIONS LLC<br>PO BOX 29976<br>NEW YORK, NY 10087 | | | Trade Payable | | | | $462.13 |
| ACCOUNT NO.<br>MEDSAFE<br>4101 W. PINECREST DRIVE<br>MARSHALL, TX 75670 | | | Trade Payable | | | | $913.21 |
| ACCOUNT NO.<br>MERIPLEX COMMUNICATIONS<br>500 10111 RICHMOND AVENUE<br>HOUSTON, TX 77042 | | | Trade Payable | | | | $6,374.13 |

Sheet no. __15_ of __27_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 27,668.77

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

$

B6F (Official Form 6F) (12/07) – Cont.

In re  KiOR, Inc.                                          ,          Case No.   14-12514 (CSS)
_____          _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MICHAEL BERRY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED C/O LEVI & KORSINSKY LLP, ATTN ADAM M APTON, NICHOLAS PORRITT 1101 30TH ST, STE 115 WASHINGTON, DC 20007 | | | Litigation Claim - Civil Action Number 13-cv-02443 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MICROMERITICS INSTRUMENT CORP PO BOX 116873 NORCROSS, GA 30368-6873 | | | Trade Payable | | | | $1,392.51 |
| ACCOUNT NO.<br><br>MISSISSIPPI DEVELOPMENT AUTHORITY ATTN KATHY GELSTON, CFO 501 NORTH WEST STREET PO BOX 849 JACKSON, MS 39201 | | | Loan Guaranty | X | X | | Undetermined |
| ACCOUNT NO.<br><br>MISSISSIPPI STATE FOUNDATION 100 HUNTER HENRY BLVD MISSISSIPPI STATE, MS 39762 | | | Trade Payable | | | | $2,000.00 |
| ACCOUNT NO.<br><br>MOBILE MODULAR PO BOX 45043 SAN FRANCISCO, CA 94145-0043 | | | Trade Payable | | | | $26,222.55 |

Sheet no.  16  of  27  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $ 29,615.06

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __KiOR, Inc._____,       Case No.  __14-12514 (CSS)_____
                    Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NASDAQ<br>401 MARKET STREET<br>PHILADELPHIA, PA 19106 | | | Trade Payable | | | | $106,546.20 |
| ACCOUNT NO.<br><br>NATIONAL CAR RENTAL<br>600 CORPORATE PARK DRIVE<br>ST. LOUIS, MO 63105 | | | Trade Payable | | | | $268.31 |
| ACCOUNT NO.<br><br>NESTLE WATERS NORTH AMERICA<br>PO BOX 856680<br>LOUISVILLE, KY 40285-6680 | | | Trade Payable | | | | $2,935.19 |
| ACCOUNT NO.<br><br>NOAH TECHNOLOGIES CORPORATION<br>1 NOAH PARK<br>SAN ANTONIO, TX 78249 | | | Trade Payable | | | | $242.20 |
| ACCOUNT NO.<br><br>NORMAN SMITH EQUIPMENT CO.<br>PO BOX 1297<br>HOUSTON, TX 77015 | | | Trade Payable | | | | $9,279.90 |
| ACCOUNT NO.<br><br>NORTH AMERICAN PROCUREMENT CO.<br>PO BOX 2279<br>WOODVILLE, TX 75979 | | | Trade Payable | | | | $6,200.88 |

Sheet no. __17_ of __27_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 125,472.68

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KiOR, Inc.                                    ,          Case No.   14-12514 (CSS)
                Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  NOV WILSON 359-A OLD UNDERWOOD ROAD LA PORTE, TX 77571 | | | Trade Payable | | | | $392.30 |
| ACCOUNT NO.  O'KEEFE, VALERIE ADDRESS ON FILE | | | Workers' Compensation - Claim Number 2840169691 | X | X | X | Undetermined |
| ACCOUNT NO.  OCCUPATIONAL MEDICAL CARE PO BOX 5665 PASADENA, TX 77505 | | | Trade Payable | | | | $495.00 |
| ACCOUNT NO.  PETROTECH CONSULTANTS, LLC 3 BEDFORD TERRACE MANTUA, NJ 08051 | | | Trade Payable | | | | $500.00 |
| ACCOUNT NO.  PRICEWATERHOUSECOOPERS LLP 1201 LOUISIANA HOUSTON, TX 77002-5678 | | | Trade Payable | | | | $147,900.89 |
| ACCOUNT NO.  PRIMARY CHEMICALS 14906 FM 529, SUITE 202 HOUSTON, TX 77095 | | | Trade Payable | | | | $6,679.46 |

Sheet no.  18  of  27  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 155,967.65

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KiOR, Inc.                                      ,                    Case No.   14-12514 (CSS)
                        Debtor                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PUBLIC COMPANY ACCT OVERSIGHT BD<br>PO BOX 418272<br>BOSTON, MA 02101 | | | Trade Payable | | | | $2,211.00 |
| ACCOUNT NO.<br>QUINCY COMPRESSOR<br>701 NORTH DOBSON AVE<br>BAY MINETTE, AL 36507 | | | Trade Payable | | | | $1,121.93 |
| ACCOUNT NO.<br>RED'S SAFE AND LOCK SERVICE<br>220 PASADENA BLVD<br>PASADENA, TX 77506 | | | Trade Payable | | | | $167.74 |
| ACCOUNT NO.<br>RESEARCH DATA GROUP AKA RDG FILINGS<br>PO BOX 883213<br>SAN FRANCISCO, CA 94188-3213 | | | Trade Payable | | | | $3,998.00 |
| ACCOUNT NO.<br>RESTEK CORPORATION<br>110 BENNER CIRCLE<br>BELLEFONTE, PA 16823 | | | Trade Payable | | | | $891.09 |
| ACCOUNT NO.<br>ROACH, WILLIAM<br>ADDRESS ON FILE | | | Trade Payable | | | | $17,899.10 |

Sheet no. _19_ of _27_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 26,288.86

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KiOR, Inc.                                    ,          Case No.  14-12514 (CSS)
_____                              _____
                  Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ROBERT HALF<br>PO BOX 743295<br>SAN RAMON, CA 94583 | | | Trade Payable | | | | $29,627.85 |
| ACCOUNT NO.<br><br>ROSS, MARK<br>ADDRESS ON FILE | | | Litigation Claim - Case Numbers 2014SOX0045 and 6-3280-14-056 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RR DONNELLEY FINANCIAL<br>PO BOX 951060<br>DALLAS, TX 75395-1060 | | | Trade Payable | | | | $25,819.65 |
| ACCOUNT NO.<br><br>SAFESITE INC.<br>9505 JOHNNY MORRIS ROAD<br>AUSTIN, TX 78724 | | | Trade Payable | | | | $50.00 |
| ACCOUNT NO.<br><br>SAFETY RX SERVICES<br>2835 E SAM HOUSTON PARKWAY, SOUTH<br>PASADENA, TX 77503 | | | Trade Payable | | | | $90.00 |
| ACCOUNT NO.<br><br>SAGE ENVIRONMENTAL CONSULTING<br>PO BOX 671545<br>HOUSTON, TX 77034 | | | Trade Payable | | | | $2,096.95 |

Sheet no. _20_ of _27_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 57,684.45

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __KiOR, Inc._____,    Case No. __14-12514 (CSS)_____
                        Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. SAIFEE CORP DBA AAA PALLET CO 1220 SHOTWELL STREET HOUSTON, TX 77020 | | | Trade Payable | | | | $338.28 |
| ACCOUNT NO. SALAS, ISIDRO ADDRESS ON FILE | | | Automobile Insurance Claim | X | | | $268.31 |
| ACCOUNT NO. SECURITIES AND EXCHANGE COMMISSION PO BOX 979081 ST. LOUIS, MO 63197 | | | Potential Claim | X | X | X | Undetermined |
| ACCOUNT NO. SEPARATION SYSTEMS, INC. 100 NIGHTINGALE LANE GULF BREEZE, FL 32561 | | | Trade Payable | | | | $911.49 |
| ACCOUNT NO. SETPOINT INTEGRATED SOLUTIONS 19151 HIGHLAND ROAD BATON ROUGE, LA 70809 | | | Trade Payable | | | | $4,330.00 |
| ACCOUNT NO. SHI INTERNATIONAL CORP 290 DAVIDSON AVE SOMERSET, NJ 08873 | | | Trade Payable | | | | $5,128.69 |

Sheet no. _21_ of _27_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 10,976.77

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KiOR, Inc.                                          ,          Case No.   14-12514 (CSS)
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  SIGMA-ALDRICH INC. PO BOX 535182 ATLANTA, GA 30353-5182 | | | Trade Payable | | | | $1,515.70 |
| ACCOUNT NO.  SMITH, EDWARD C/O MOORE & ASSOCIATED, ATTN MELISSA MOORE LYRIC CENTRE 440 LOUISIANA, STE 675 HOUSTON, TX 77002 | | | Litigation Claim EEOC Charge Number 460-2014-04031 | X | X | X | Undetermined |
| ACCOUNT NO.  SOLUTIONS STORES 2709 BAYPORT BLVD. SEABROOK, TX 77586 | | | Trade Payable | | | | $552.08 |
| ACCOUNT NO.  SOUTH COAST FIRE & SAFETY 6230 BROOKHILL HOUSTON, TX 77087 | | | Trade Payable | | | | $2,010.58 |
| ACCOUNT NO.  SOUTHERN IONICS PO BOX 934557 ATLANTA, GA 31193-4557 | | | Trade Payable | | | | $142,921.23 |

Sheet no.  22  of  27  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 146,999.59

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KiOR, Inc.                                    ,                Case No.   14-12514 (CSS)
_____                           _____
                 Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>STRADLING YOCCA CARLSON & RAUTH<br>660 NEWPORT CENTER DRIVE, SUITE 1600<br>NEWPORT BEACH, CA 92660 | | | Trade Payable | | | | $114,028.20 |
| ACCOUNT NO.<br><br>SUNTRAC SERVICES, INC.<br>1818 E. MAIN ST.<br>LEAGUE CITY, TX 77573 | | | Trade Payable | | | | $224.00 |
| ACCOUNT NO.<br><br>SWECO, A BUSINESS OF M-I, LLC<br>PO BOX 1509<br>FLORENCE, KY 41022-1509 | | | Trade Payable | | | | $1,853.40 |
| ACCOUNT NO.<br><br>T.B. JONES LLC<br>PO BOX 239<br>CHANNELVIEW, TX 77530 | | | Trade Payable | | | | $95,226.38 |
| ACCOUNT NO.<br><br>TECH 2000 SERVICES & STAFFING INC.<br>240 WEST END AVE. STE 3B<br>NEW YORK, NY 10023 | | | Trade Payable | | | | $16,470.30 |

Sheet no.   23  of   27  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 227,802.28

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **KiOR, Inc.**_____,        Case No.  **14-12514 (CSS)**_____
                    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TECH-QUIP, INC.<br>PO BOX 890649<br>HOUSTON, TX 77289 | | | Trade Payable | | | | $2,290.87 |
| ACCOUNT NO.<br><br>TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>PO BOX 13089<br>AUSTIN, TX 78711-3089 | | | Trade Payable | | | | $318.32 |
| ACCOUNT NO.<br><br>TFI SERVICES<br>1616 S. VOSS , STE 700<br>HOUSTON, TX 77057 | | | Trade Payable | | | | $2,453.76 |
| ACCOUNT NO.<br><br>THE TALANCE GROUP, LP<br>808 TRAVIS, SUITE 1550<br>HOUSTON, TX 77002 | | | Trade Payable | | | | $4,253.77 |
| ACCOUNT NO.<br><br>ULINE, INC.<br>2950 JURUPA STREET<br>ONTARIO, CA 91761 | | | Trade Payable | | | | $880.87 |
| ACCOUNT NO.<br><br>ULTRA SCIENTIFIC<br>250 SMITH STREET<br>NORTH KINGSTON, RI 02852 | | | Trade Payable | | | | $392.00 |

Sheet no. _24_ of _27_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 10,589.59

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __KiOR, Inc._____,    Case No. __14-12514 (CSS)_____
       **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UPS<br>191 PEACHTREE STREET<br>ATLANTA, GA 30303 | | | Trade Payable | | | | $253.43 |
| ACCOUNT NO.<br><br>US DEPARTMENT OF LABOR, OSHA ON BEHALF OF MARK ROSS<br>LAW OFFICES OF DAVID C. HOLMES, ATTN DAVID C. HOLMES<br>13201 NORTHWEST FWY SUITE 800<br>HOUSTON, TX 77040 | | | Litigation Claim - Case Number 2014SOX0045 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>US PREMIUM FINANCE<br>PO BOX 922022<br>HOUSTON, TX 77292-2022 | | | Trade Payable | | | | $6,467.07 |
| ACCOUNT NO.<br><br>VALCO INSTRUMENTS CO, INC.<br>PO BOX 55603<br>HOUSTON, TX 77255 | | | Trade Payable | | | | $72.87 |
| ACCOUNT NO.<br><br>VAN LONDON – PHOENIX CO<br>6103 GLENMOUNT<br>HOUSTON, TX 77081 | | | Trade Payable | | | | $784.16 |

Sheet no. _25_ of _27_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 7,577.53

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

$

B6F (Official Form 6F) (12/07) – Cont.

In re  KiOR, Inc._____,        Case No.  14-12514 (CSS)_____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VESCO BUSINESS PRODUCTS<br>PO BOX 1852<br>LAPORTE, TX 77572-1852 | | | Trade Payable | | | | $1,811.04 |
| ACCOUNT NO.<br><br>VHG LABS, INC.<br>276 ABBY ROAD<br>MANCHESTER, NH 03103 | | | Trade Payable | | | | $1,061.00 |
| ACCOUNT NO.<br><br>WASTE MANAGEMENT<br>PO BOX 660345<br>DALLAS, TX 75266 | | | Trade Payable | | | | $5,361.08 |
| ACCOUNT NO.<br><br>WEAVER AND TIDWELL, LLC<br>24 GREENWAY PLAZA, SUITE 1800<br>HOUSTON, TX 77046-2404 | | | Trade Payable | | | | $334.00 |
| ACCOUNT NO.<br><br>WHITLOCK, GARY<br>ADDRESS ON FILE | | | Trade Payable | | | | $25,000.00 |
| ACCOUNT NO.<br><br>WILMERHALE<br>1875 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20004 | | | Trade Payable | | | | $1,184,696.20 |

Sheet no. _26_ of _27_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 1,218,263.32

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __KiOR, Inc._____,          Case No.___14-12514 (CSS)_____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ZETON INC.<br>740 OVAL COURT<br>BURLINGTON, ON L7L 6A9<br>CANADA | | | Trade Payable | | | | $13,203.79 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _27_of _27_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 13,203.79

Total ▶    $ 4,270,665.82
(Use only on last page of the completed Schedule F.)          + undetermined
(Report also on Summary of Schedules and, if applicable, on the Statistical          amounts
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re   **KiOR, Inc.**                      ,                    Case No.  **14-12514 (CSS)**
                          **Debtor**                                                          **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1538716 ALBERTA LTD. C/O ALBERTA MANAGEMENT CORPORATION C/O ALBERTA INVESTMENT MANAGEMENT CORPORATION ATTN CHIEF LEGAL COUNSEL & CORPORATE SECRETARY 1100-10830 JASPER AVENUE EDMONTON, AB T5J 2B3 CANADA | Letter Agreement Dated 2/1/2012 |
| 1538731 ALBERTA LTD. C/O ALBERTA MANAGEMENT CORPORATION C/O ALBERTA INVESTMENT MANAGEMENT CORPORATION ATTN CHIEF LEGAL COUNSEL & CORPORATE SECRETARY 1100-10830 JASPER AVENUE EDMONTON, AB T5J 2B3 CANADA | Letter Agreement Dated 2/1/2012 |
| 1538731 ALBERTA LTD., IN ITS CAPACITY AS SECOND-LIEN AGENT AND CONTROL AGENT C/O ALBERTA INVESTMENT MANAGEMENT CORPORATION ATTN CHIEF LEGAL COUNSEL & CORPORATE SECRETARY 1100-10830 JASPER AVENUE EDMONTON, AB T5J 2B3 CANADA | Non-Disclosure Agreement - Addendum Dated 2/8/2013 |
| 1538731 ALBERTA LTD., IN ITS CAPACITY AS SECOND-LIEN AGENT AND CONTROL AGENT C/O ALBERTA INVESTMENT MANAGEMENT CORPORATION ATTN CHIEF LEGAL COUNSEL & CORPORATE SECRETARY 1100-10830 JASPER AVENUE EDMONTON, AB T5J 2B3 CANADA | Non-Disclosure Agreement Dated 3/10/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                          ,          Case No.   **14-12514 (CSS)**
                    **Debtor**                                                               **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ABS MATERIALS<br>1909 OLD MANSFIELD ROAD<br>WOOSTER, OH 44691 | Material Evaluation Agreement Dated 3/8/2012 |
| ABS MATERIALS, INC.<br>770 SPRUCE ST<br>WOOSTER, OH 44691 | Mutual Non-Disclosure Agreement Dated 11/11/2011 |
| ACCOLO INC.<br>900 LARKSPUR LANDING CIRCLE<br>LARKSPUR, CA 94939 | Accolo Master Service Agreement Dated 8/24/2010 |
| ACCOLO INC.<br>900 LARKSPUR LANDING CIRCLE<br>LARKSPUR, CA 94939 | Non-Disclosure Agreement Dated 9/3/2010 |
| ACCRON L.P.<br>506 HONEA EGYPT RD.<br>MAGNOLIA, TX 77354 | Non-Disclosure Agreement Dated 7/20/2012 |
| ACCU-TECH PLUS<br>312 POPPY ST.<br>LEAGUE CITY, TX 77573 | Copier Lease Agreement No. 881134 Dated 6/17/2013 |
| ACCUDATA SYSTEMS INC<br>7906 N SAM HOUSTON PKWY WEST SUITE 300<br>HOUSTON, TX 77064 | Non-Disclosure Agreement Dated 11/22/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re  __KiOR, Inc._____,          Case No.__14-12514 (CSS)_____
                           __Debtor__                                              __(if known)__

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ACCUTEST LABORATORIES GULF COAST, INC. 8880 INTERCHANGE DR. HOUSTON, TX 77054 | Mutual Non-Disclosure Agreement Dated 4/25/2011 |
| ACE AMERICAN INSURANCE COMPANY 1601 CHESTNUT ST. PHILADELPHIA, PA 19192 | Insurance Policy - Directors & Officers Liability |
| ACE AMERICAN INSURANCE COMPANY 1601 CHESTNUT ST. PHILADELPHIA, PA 19192 | Insurance Policy - Fiduciary Liability |
| ACRISON INC 20 EMPIRE BLVD. MOONACHIE, NJ 07074 | Mutual Non-Disclosure Agreement Dated 2/27/2009 |
| ACUREN 5611 SHIRLEY PARK DRIVE BESSEMER, AL 35022 | Modified Terms & Conditions Agreement Dated 4/16/2012 |
| ADAMS COUNTY BOARD OF SUPERVISORS PO BOX 1008 NATCHEZ, MS 39121 | Option Agreement to Lease Dated 2/19/2014 |
| ADAMS COUNTY BOARD OF SUPERVISORS PO BOX 1008 NATCHEZ, MS 39121 | Option Agreement Dated 2/19/2014 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                          ,          Case No.   **14-12514 (CSS)**
           Debtor                                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ADAMS COUNTY BOARD OF SUPERVISORS<br>PO BOX 1008<br>NATCHEZ, MS 39121 | Option Agreement to Lease Dated 3/9/2012 |
| ADCO COMPANIES, LTD.<br>3657 PINE LANE<br>BESSEMER, AL 35022 | Lease/Rental Agreement - 50 HP Boiler Dated 4/4/2014 |
| ADI ANALYTICS LLC<br>4215 HAZEPOINT DR.<br>KATY, TX 77494 | Mutual Non-Disclosure Agreement Dated 11/20/2013 |
| ADLER TANK RENTALS<br>2751 AARON STREET<br>DEER PARK, TX 77536 | Tank Rental Agreement Dated 10/5/2012 |
| ADT SECURITY SERVICES, INC.<br>AKA  TYCO INTEGRATED SECURITY<br>9310 KIRBY DRIVE  -  SUITE 900<br>HOUSTON, TX 77054 | Badge Purchase Agreement Dated 4/1/2013 |
| ADVANCED ASPHALT TECHNOLOGIES LLC<br>108 POWERS COURT SUITE 100<br>STERLING, VA 20166 | Work Order No. 02 Agreement Dated 2/5/2011 |
| ADVANCED ASPHALT TECHNOLOGIES LLC<br>108 POWERS COURT SUITE 100<br>STERLING, VA 20166 | Work Order No. 01 Agreement Dated 11/10/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                        ,                    Case No.   **14-12514 (CSS)**
                          Debtor                                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AEOLUS TECHNOLOGIES, INC. 18 CECIL DRIVE DUNBAR, PA 15431 | Non-Disclosure Agreement Dated 10/14/2009 |
| AFTON CHEMICAL CORPORATION ATTN: KEN CUNDY 500 SPRING STREET RICHMOND, VA 23219 | Mutual Non-Disclosure Agreement Dated 12/1/2012 |
| AGAR CORPORATION, INC 5150 TACOMA DRIVE HOUSTON, TX 77041 | Non-Disclosure Agreement Dated 7/19/2011 |
| AIR FORCE RESEARCH LABORATORY ATTN: TIM EDWARDS AFRL/RZPF BLDG 490 1790 LOOP RD N WPAFB DAYTON, OH 45433 | Material Transfer Agreement Dated 7/16/2013 |
| AIR FORCE RESEARCH LABORATORY ATTN: TIM EDWARDS AFRL/RZPF BLDG 490 1790 LOOP RD N WPAFB DAYTON, OH 45433 | Material Transfer Agreement Dated 6/15/2011 |
| AIR LIQUIDE LARGE INDUSTRIES 2700 POST OAK BOULEVARD SUITE 1800 HOUSTON, TX 77056 | Confidentiality and Restricted Use Agreement Dated 8/23/2011 |
| ALBEMARLE CORPORATION 451 FLORIDA ST BATON ROUGE, LA 70801 | Standard Confidentiality and Non-Analysis Agreement Dated 4/30/2014 |

B6G (Official Form 6G) (12/07) – Cont.

In re   KiOR, Inc.                                                        ,          Case No.   14-12514 (CSS)
                        **Debtor**                                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ALCORN STATE UNIVERSITY 1000 ASU DRIVE ALCORN STATE, MS 39096-7500 | Grant Agreement Dated 6/30/2014 |
| ALCORN STATE UNIVERSITY 1000 ASU DRIVE ALCORN STATE, MS 39096-7500 | Mutual Memorandum of Understanding Agreement Dated 4/1/2011 |
| ALEXANDER, RALPH 1000 LOUISIANA SUITE 1450 HOUSTON, TX 77002 | Indemnification Agreement |
| ALEXANDRIA REAL ESTATE EQUITIES INC ATTN: CORPORATE SECRETARY 385 EAST COLORADO BLVD SUITE #299 PASADENA, CA 91101 | Mutual Confidential Information and Non-Disclosure Agreement Dated 8/26/2011 |
| ALLIANCE SOURCE TESTING 214 CENTRAL CIRCLE SW DECATUR, AL 35603 | Service Agreement Dated 5/7/2012 |
| ALOTERRA ENERGY LLC 365 MIDDLE RD CONNEAUT, OH 44030 | Confidentiality and Non-Disclosure Agreement Dated 1/7/2013 |
| ALS ENVIRONMENTAL 10450 STANCLIFF ROAD SUITE 210 HOUSTON, TX 77099 | Testing Services Agreement Dated 11/1/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   KiOR, Inc.                                          ,          Case No.   14-12514 (CSS)
                    Debtor                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ALTERRA EXCESS & SURPLUS INS CO<br>4521 HIGHWOODS PARKWAY<br>GLEN ALLEN, VA 23060 | Insurance Policy - Commercial Property  Program |
| AMERICAN BIOMASS AND TRADING CO<br>ATTN: R. EDWARD HART<br>40 RANCH ROAD<br>THONOTOSASSA, FL 33592 | Mutual Non-Disclosure Agreement Dated 9/28/2011 |
| AMERICAN PETROLEUM INSTITUTE<br>1220 L STREET, NW<br>WASHINGTON, DC 20005-4070 | Testing Services Agreement Dated 3/26/2012 |
| AMERICAN REMEDIATION AND ENVIRONMENTAL, INC.<br>12631 CELESTE ROAD<br>CHUNCHULA, AL 36521 | Service Agreement Dated 4/4/2014 |
| ANALYTICS<br>10329 STONE RUN LANE<br>ASHLAND, VA 23005 | No-Charge Loaner Pump Agreement Dated 1/31/2012 |
| ARBORGEN<br>180 WESTVACO ROAD<br>SUMMERVILLE, SC 29483 | Material Transfer Agreement Dated 5/24/2011 |
| ARBORGEN INC<br>211 BROADBANK COURT<br>RIDGEVILLE, SC 29472-9006 | Confidentiality Agreement Dated 7/15/2013 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.** _____,    Case No.__**14-12514 (CSS)**___
           Debtor                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ARGOS GROUP<br>WALLHAVEN ZZ 11<br>3089 JH<br>ROTTERDAM, NETHERLANDS | Mutual Non-Disclosure Agreement Dated 3/7/2013 |
| ARGUS MEDIA, INC<br>3040 POST OAK BLVD, SUITE 550<br>HOUSTON, TX 77056 | Subscription Order Form Agreement Dated 7/29/2011 |
| ARGUS MEDIA, INC<br>3040 POST OAK BLVD, SUITE 550<br>HOUSTON, TX 77056 | Terms & Conditions Agreement Dated 6/30/2011 |
| ARKANSAS ECONOMIC DEV COMMISSION<br>ATTN: MARIA HALEY<br>900 WEST CAPITAL AVE<br>SUITE 400<br>LITTLE ROCK, AR 72201 | Confidentiality Agreement Dated 7/6/2010 |
| ARKANSAS ECONOMIC DEV COMMISSION<br>ATTN: MARIA HALEY<br>900 WEST CAPITAL AVE<br>SUITE 400<br>LITTLE ROCK, AR 72201 | Non-Disclosure Agreement Dated 4/29/2010 |
| ARTIS CAPITAL MANAGEMENT L.P.<br>1 MARKET ST<br>SAN FRANCISCO, CA 94105 | Non-Disclosure Agreement Dated 3/22/2010 |
| ARTZER, CHRISTOPHER<br>ADDRESS ON FILE | Indemnification Agreement |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.** _____ ,    Case No.  **14-12514 (CSS)** _____
                  Debtor                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ASPEN SPECIALTY INS CO 175 CAPITAL BLVD SUITE 300 ROCKY HILL, CT 06067 | Insurance Policy - Commercial Property Program |
| ASPEN TECHNOLOGY 200 WHEELER ROAD BURLINGTON, MA 01803 | AspenTech Software Maintenance and Support (SMS) Renewal Agreement Dated 7/1/2011 |
| ASPEN TECHNOLOGY 200 WHEELER ROAD BURLINGTON, MA 01803 | Software License Agreement Dated 7/12/2012 |
| ASPEN TECHNOLOGY 200 WHEELER ROAD BURLINGTON, MA 01803 | Non-Disclosure Agreement Dated 6/16/2009 |
| ASPEN TECHNOLOGY 200 WHEELER ROAD BURLINGTON, MA 01803 | Licensed Software and Fee Agreement Dated 6/30/2009 |
| AUBURN UNIVERSITY 570 DEVALL DRIVE SUITE 102 AUBURN, AL 36832-6946 | Non-Disclosure Agreement Dated 8/20/2013 |
| AUSTGEN, DAVID M. 4011 OAK GROVE COURT SUGAR LAND, TX 77479 | Non-Disclosure Agreement Dated 3/26/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                              ,          Case No.  **14-12514 (CSS)**
                    **Debtor**                                                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AUSTIN GROUP RESOURCES, LP<br>15810 PARK TEN PLACE STE 255<br>HOUSTON, TX 77084 | Fee Agreement Dated 11/29/2011 |
| AUSTIN MAINTENANCE & CONSTRUCTION<br>2801 EAST 13TH STREET<br>LA PORTE, TX 77571 | Non-Disclosure Agreement Dated 1/5/2012 |
| AVIS RENTAL CARS<br>6 SYLVAN WAY<br>PARIPPANY, NJ 07054 | Avis Express Billing Terms of Agreement Dated 2/5/2013 |
| AXIS INSURANCE COMPANY<br>11680 GREAT OAKS WAY<br>STE 500<br>ALPHARETTA, GA 30022 | Insurance Policy - 1st Excess Directors & Officers Liability |
| AXIS INSURANCE COMPANY<br>11680 GREAT OAKS WAY<br>STE 500<br>ALPHARETTA, GA 30022 | Insurance Policy - Excess Liability - Layer #2 |
| B AND P ENTERPRISES<br>6230 STATELINE RD.<br>WALLS, MS 38680 | Non-Disclosure Agreement Dated 10/31/2013 |
| BAKER-HUGHES<br>2929 ALLEN PARKWAY<br>SUITE 2100<br>HOUSTON, TX 77019-2118 | Non-Disclosure Agreement Dated 5/18/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   KiOR, Inc.                                                ,                    Case No.   14-12514 (CSS)
                    **Debtor**                                                                        **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BAKER-HUGHES<br>PO BOX 200415<br>HOUSTON, TX 77216-0415 | Non-Analysis Agreement Dated 5/18/2011 |
| BARCLAYS CAPITAL INC<br>ATTN: STEVE BERKENFELD<br>745 SEVENTH AVENUE<br>NEW YORK, NY 10019 | Confidentiality Agreement Dated 6/1/2012 |
| BARNETT TRANSPORTATION, INC<br>1547 51ST AVE<br>TUSCALOOSA, AL 35401 | Addendum 1 to Master Lease Agreement Dated 3/13/2013 |
| BASF CORPORATION<br>25 MIDDLESEX/ESSEX TURNPIKE<br>ISELIN, NJ 8820 | Non-Disclosure Agreement Dated 9/18/2013 |
| BASF CORPORATION<br>25 MIDDLESEX/ESSEX TURNPIKE<br>ISELIN, NJ 8820 | Secrecy/Non-Analysis Agreement Dated 7/28/2010 |
| BASTIAN JR, ERNEST J<br>3305 APPLEGROVE COURT<br>HERNDON, VA 20171-3941 | Consulting Agreement Dated 7/1/2011 |
| BATTELLE MEMORIAL INSTITUTE<br>ATTN: CANDY S. WILLIAMSON<br>505 KING AVENUE<br>COLUMBUS, OH 43201 | Non-Disclosure Agreement Dated 7/16/2014 |

B6G (Official Form 6G) (12/07) – Cont.

In re  **KiOR, Inc.**_____,        Case No.  **14-12514 (CSS)**_____
                        **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BAYPORT OCCUPATIONAL MEDICAL CENTER 1309 WEST FAIRMONT PARKWAY LAPORTE, TX 77571 | HIPAA Agreement Dated 6/16/2009 |
| BEHELFER, GARY 5138 KINGFISHER DR. HOUSTON, TX 77035 | Consulting Agreement Dated 8/30/2010 |
| BELL EVALUATION LABORATOORY ATTN: E. LYNN SHIREY, CHEMIST 17300 MERCURY HOUSTON, TX 77058 | Mutual Non-Disclosure Agreement Dated 5/18/2011 |
| BENEFLEX, INC 77 BRANT AVENUE, SUITE 206 CLARK, NJ 07066 | BeneFlex Business Association Agreement Dated 1/1/2014 |
| BENEFLEX, INC 77 BRANT AVENUE, SUITE 206 CLARK, NJ 07066 | BeneFlex COBRA Administration Agreement Dated 1/1/2014 |
| BENEFLEX, INC 77 BRANT AVENUE, SUITE 206 CLARK, NJ 07066 | BeneFlex Service Agreement Dated 1/1/2014 |
| BERKLEY INSURANCE COMPANY (BERKLEY U.S.) 475 STEAMBOAT ROAD GREENWICH, CT 06830 | Insurance Policy - 4th Excess Directors & Officers Liability |

B6G (Official Form 6G) (12/07) – Cont.

In re **KiOR, Inc.**                                    ,          Case No. **14-12514 (CSS)**
                          **Debtor**                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BETA ANALYTIC INC<br>4985 S.W. 74TH COURT<br>MIAMI, FL 33155 | Non-Disclosure Agreement Dated 3/7/2012 |
| BIOCONDOR<br>ATTN: WILLIAM MEAUX<br>SEROE JANCHI 14B<br>ORNJESTAD, ARUBA | Confidentiality and Stand-Still Agreement Dated 5/5/2014 |
| BIOECON<br>KM HOEVELAKEN 3871<br>HOEVELAKEN, NETHERLANDS | IP Review Agreement Dated 11/1/2007 |
| BIOECON<br>KM HOEVELAKEN 3871<br>HOEVELAKEN, NETHERLANDS | Mutual Release Agreement Dated 11/30/2010 |
| BIOECON<br>KM HOEVELAKEN 3871<br>HOEVELAKEN, NETHERLANDS | Settlement Agreement Dated 11/30/2010 |
| BIOECON<br>KM HOEVELAKEN 3871<br>HOEVELAKEN, NETHERLANDS | Support Agreement Dated 11/1/2007 |
| BIOECON<br>KM HOEVELAKEN 3871<br>HOEVELAKEN, NETHERLANDS | Consulting Agreement Dated 11/1/2007 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                            ,                    Case No.   **14-12514 (CSS)**
                          Debtor                                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BONK, JAMES M.<br>10394 DEMOCRACY LANE<br>FAIRFAX, VA 22030 | Non-Disclosure Agreement Dated 7/1/2012 |
| BOTTO, ROBERT I. PHD<br>3505 DEL SUR ST.<br>BAYTOWN, TX 77521 | First Amendment to KiOR Consulting Agreement Dated 1/1/2014 |
| BOWEN, MICLETTE & BRITT INURANCE AGENCY, LLC<br>1111 NORTH LOOP WEST, STE 400<br>HOUSTON, TX 77008 | Insurance Renewal Agreement Dated 1/14/2014 |
| BOWEN, MICLETTE & BRITT INURANCE AGENCY, LLC<br>1111 NORTH LOOP WEST, STE 400<br>HOUSTON, TX 77008 | Consulting Agreement Dated 4/16/2012 |
| BOWEN, MICLETTE & BRITT INURANCE AGENCY, LLC<br>1111 NORTH LOOP WEST, STE 400<br>HOUSTON, TX 77008 | Premium Finance Agreement Dated 9/30/2011 |
| BP PRODUCTS NORTH AMERICA<br>150 W. WARRENVILLE ROAD<br>NAPERVILLE, IL 60563 | 3rd-Party Testing Agreement Dated 4/26/2012 |
| BP PRODUCTS NORTH AMERICA<br>150 W. WARRENVILLE ROAD<br>NAPERVILLE, IL 60563 | Proprietary Agreement Dated 6/1/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re   KiOR, Inc.                                                   ,          Case No.   14-12514 (CSS)
                        **Debtor**                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BP PRODUCTS NORTH AMERICA INC<br>30 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | Non-Disclosure Agreement Dated 8/1/2012 |
| BRADY, MICHAEL<br>4248 RHODES AVE<br>STUDIO CITY, CA 91604 | Consulting Agreement Dated 6/1/2010 |
| BRADY, MICHAEL<br>4248 RHODES AVE<br>STUDIO CITY, CA 91604 | Consulting Agreement Dated 11/1/2007 |
| BRANSBY, DAVID<br>2668 WIRE ROAD<br>AUBURN, AL 36832 | Consulting Agreement Dated 1/1/2008 |
| BROOKHAVEN MATERIAL<br>2 CENTER ST<br>UPTON, NY 11973 | Material Transfer Agreement Dated 8/12/2014 |
| BROOKHAVEN SCIENCE ASSOCIATES, LLC<br>OFFICE OF BROOKHAVEN AFFAIRS<br>STONY BROOK UNIVERSITY<br>ADMINISTRATION BUILDING<br>ROOM 407B<br>STONY BROOK, NY 11794 | Non-Disclosure Agreement Dated 5/7/2013 |
| BULLARD, BOB | Non-Disclosure Agreement Dated 1/19/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re **KiOR, Inc.** _____,    Case No.  **14-12514 (CSS)** _____
                          **Debtor**                                          **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| C AND ETHANOL<br>8011 34TH AVENUE SOUTH<br>SUITE 350<br>BLOOMINGTON, MN 55425 | Non-Disclosure Agreement Dated 5/7/2013 |
| C SPIRE WIRELESS<br>1018 HIGHLAND COLONY PARKWAY<br>SUITE 300<br>RIDGELAND, MS 39157 | Wireless Service Agreement Dated 12/12/2012 |
| C.O. BAUER CONSULTING, INC.<br>2533 BONNIE DELL DR.<br>SOUTH PARK, PA 15129 | Non-Disclosure Agreement Dated 7/6/2010 |
| CADENCE<br>ONE CADENCE ENVIRONMENTAL ENERGY<br>MICHIGAN CITY, IN 46360 | Non-Disclosure Agreement Dated 11/13/2013 |
| CAJUN INDUSTRIES<br>ATTN: MIKE BARBER<br>15635 AIRLINE HWY<br>BATON ROUGE, LA 70817 | Non-Disclosure Agreement Dated 1/31/2012 |
| CALFIRST<br>18201 VON KARMAN AVENUE<br>IRVINE, CA 92612 | Non-Disclosure Agreement Dated 1/7/2009 |
| CALIFORNIA FIRST LEASING<br>18201 VON KARMAN AVENUE<br>SUITE 800<br>IRVINE, CA 92612 | Lease Agreement Dated 1/13/2009 |

B6G (Official Form 6G) (12/07) – Cont.

In re   KiOR, Inc.                                          ,                    Case No.   14-12514 (CSS)
                         Debtor                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CALLIDUS TECHNOLOGIES<br>7130 S LEWIS<br>SUITE 335<br>TULSA, OK 74136-5488 | Terms and Conditions Agreement Dated 1/31/2012 |
| CAMBELL GROUP, LLC<br>ONE SW COLUMBIA<br>SUITE 1700<br>PORTLAND, OR 97258 | Mutual Non-Disclosure Agreement Dated 3/4/2013 |
| CAMBRIDGESOFT CORPORATION<br>100 CAMBRIDGEPARK DRIVE<br>CAMBRIDGE, MA 02140 | Mutual Non-Disclosure Agreement Dated 3/1/2011 |
| CAMERON SOLUTIONS INC.<br>11210 EQUITY DRIVE, SUITE 100<br>HOUSTON, TX 77041 | Non-Disclosure Agreement Dated 3/2/2011 |
| CANADIAN FOREST PRODUCTS<br>5162 NORTHWOOD PULPMILL ROAD<br>PRINCE GEORGE, BC V6P 6G2 CANADA | Non-Disclosure Agreement Dated 4/23/2012 |
| CANNON, FRED<br>ADDRESS ON FILE | Indemnification Agreement |
| CARDNO ENTRIX<br>9821 KATY FREEWAY<br>SUITE 600<br>HOUSTON, TX 77024 | Mutual Non-Disclosure Agreement Dated 3/1/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                          ,          Case No.   **14-12514 (CSS)**
                              **Debtor**                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CASHIOLA CPA, MARK<br>4511 WARWICK DR<br>SUGAR LAND, TX 77479 | Consulting Agreement Dated 7/14/2010 |
| CAT-SPEC LTD<br>225 S. 16TH ST<br>LA PORTE, TX 77571 | Non-Disclosure Agreement Dated 5/24/2012 |
| CATALYTIC INSIGHTS<br>714 BURNLEY ROAD<br>WILMINGTON, DE 19803 | Consulting Agreement Dated 1/1/2008 |
| CATCHLIGHT ENERGY<br>33663 WEYERHAEUSER WAY S<br>FEDERAL WAY, WA 98003 | Testing and Optimization Agreement Dated 4/12/2011 |
| CATCHLIGHT ENERGY, LLC<br>33663 WEYERHAEUSER WAY S<br>FEDERAL WAY, WA 98003 | Extension of Deadline for Re-Crude Testing Agreement Dated 3/29/2012 |
| CATCHLIGHT ENERGY, LLC<br>6001 BOLLINGER CANYON ROAD, ROOM K1113<br>SAN RAMON, CA 94583 | Intellectual Property and Process Review Agreement Dated 10/13/2010 |
| CATCHLIGHT ENERGY, LLC<br>33663 WEYERHAEUSER WAY S<br>FEDERAL WAY, WA 98003 | Extension of Re-Crude Testing Agreement Dated 5/31/2012 |

B6G (Official Form 6G) (12/07) – Cont.

In re  **KiOR, Inc.**_____,          Case No.__**14-12514 (CSS)**____
                      Debtor                                                        (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CATCHLIGHT ENERGY, LLC 33663 WEYERHAEUSER WAY S FEDERAL WAY, WA 98003 | Extension of Re-Crude Testing Agreement Dated 5/21/2012 |
| CATCHLIGHT ENERGY, LLC 33663 WEYERHAEUSER WAY S FEDERAL WAY, WA 98003 | FCU Offtake Agreement Dated 4/12/2011 |
| CATCHLIGHT ENERGY, LLC 33663 WEYERHAEUSER WAY S FEDERAL WAY, WA 98003 | Feedstock Supply Agreement Dated 10/31/2011 |
| CATCHLIGHT ENERGY, LLC 33663 WEYERHAEUSER WAY S FEDERAL WAY, WA 98003 | Letter Agreement Dated 4/12/2011 |
| CATCHLIGHT ENERGY, LLC 33663 WEYERHAEUSER WAY S FEDERAL WAY, WA 98003 | Letter Agreement Dated 7/25/2011 |
| CATCHLIGHT ENERGY, LLC 33663 WEYERHAEUSER WAY S FEDERAL WAY, WA 98003 | Letter Agreement Dated 10/5/2009 |
| CATCHLIGHT ENERGY, LLC 33663 WEYERHAEUSER WAY S FEDERAL WAY, WA 98003 | Letter of Intent Agreement Dated 7/13/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                        ,        Case No.  **14-12514 (CSS)**
                    **Debtor**                                                                  **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CATERPILLAR<br>100 N.E. ADAMS STREET<br>PEORIA, IL 61629-9600 | Evaluation Agreement Dated 1/17/2012 |
| CENTERPOINT ENERGY<br>1111 LOUISIANA ST<br>HOUSTON, TX 77002 | Energy Management Agreement Dated 1/31/2012 |
| CERES INC<br>1535 RANCHO CONEJO BLVD<br>THOUNITED STATESND OAKS, CA 91320 | Biomass Sale Agreement Dated 1/7/2011 |
| CERES INC<br>1535 RANCHO CONEJO BLVD<br>THOUNITED STATESND OAKS, CA 91320 | Evaluation Agreement for Biomass Dated 11/15/2010 |
| CERES INC<br>1535 RANCHO CONEJO BLVD<br>THOUNITED STATESND OAKS, CA 91320 | Non-Disclosure Agreement Dated 10/31/2011 |
| CERTAIN UNDERWRITERS AT LLOYDS<br>LLOYDS SYNDICATE 1200 C/O ARGO<br>MANAGING AGY LTD EXCHEQUER<br>COURT 33 ST MARY AXE<br>LONDON, EC3A 8AA UNITED KINGDOM | Insurance Policy - Commercial Property  Program |
| CERTAIN UNDERWRITERS AT LLOYDS<br>LLOYDS SUND 1414 C/O ASCOTT U/W LTD<br>PLANTATION<br>PLACE 30 FRENCHURCH ST<br>LONDON, EC3A 3BD UNITED KINGDOM | Insurance Policy - Terrorism |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                              ,          Case No.   **14-12514 (CSS)**
                          **Debtor**                                                          **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CERTH - HELLAS<br>6TH KLM. CHARILAOU - THERMI ROAD<br>GR-57001<br>THESSALONIKI, GREECE | Cooperative Research Agreement Dated 2/1/2008 |
| CERTH - HELLAS<br>6TH KLM. CHARILAOU - THERMI ROAD<br>GR-57001<br>THESSALONIKI, GREECE | Testing Services Agreement Dated 7/15/2010 |
| CERUS<br>ATTN: D. STAMIRES<br>P.O. BOX 56850<br>3310<br>LIMASSOL, CYPRUS | Consulting Agreement Dated 8/1/2009 |
| CHAMPION TECHNOLOGIES<br>3200 SOUTHWEST FWY<br>SUITE 2700<br>HOUSTON, TX 77027 | Non-Disclosure Agreement Dated 4/7/2011 |
| CHARLES DONALD TIMBER CO<br>ATTN: CHARLES DONALD JR.<br>PO DRAWER 820185<br>VICKSBURG, MS 39182 | Letter of Intent Agreement Dated 4/7/2011 |
| CHARLES DONALD TIMBER CO<br>CHARLES DONALD TIMBER CO<br>ATTN: CHARLES DONALD JR.<br>3110 HALLS FERRY ROAD<br>VICKSBURG, MS 39180 | Non-Disclosure Agreement Dated 2/22/2011 |
| CHEMICAL ABSTRACTS SERVICE<br>2540 OLENTANGY RIVER ROAD<br>COLUMBUS, OH 43202 | Non-Disclosure Agreement Dated 3/1/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re __KiOR, Inc._____,        Case No.__14-12514 (CSS)____
　　　　　　　　　　Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CHEMTECH, INC.<br>ATTN: EUGENIO DE VIA, PE PRESIDENT<br>755 MAIN STREET<br>BLDG #6<br>MONROE, CT 06468 | Engineering Contract Service Agreement Dated 8/14/2009 |
| CHEVRON TECHNOLOGY VENTURES<br>A DIVISION OF CHEVRON USA INC.<br>6001 BOLLINGER CANYON ROAD, ROOM K1008<br>SAN RAMON, CA 94583 | Intellectual Property and Process Review Agreement Dated 10/13/2010 |
| CHEVRON TECHNOLOGY VENTURES<br>A DIVISION OF CHEVRON USA INC.<br>6001 BOLLINGER CANYON ROAD, ROOM K1008<br>SAN RAMON, CA 94583 | Non-Disclosure Agreement Dated 10/13/2010 |
| CHEVRON USA<br>ATTN: KENDRA CLEMONS<br>3901 BRIARPARK DRIVE<br>HOUSTON, TX 77042 | Confidentiality Agreement Dated 7/21/2009 |
| CHOATE HALL & STEWART<br>2 INTERNATIONAL PLACE<br>BOSTON, MA 02110-4104 | Legal Representation Agreement Dated 4/7/2010 |
| CHRYSALIS ENERGY PARTNERS, LLC<br>10 G STREET NE<br>WASHINGTON, DC 20002 | Mutual Non-Disclosure Agreement Dated 6/4/2009 |
| CISCO SYSTEMS CAPITAL CORPORATION<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | Equipment Lease Agreement Dated 11/1/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   KiOR, Inc.                                    ,          Case No.   14-12514 (CSS)
                    Debtor                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CISCO SYSTEMS CAPITAL CORPORATION 1111 OLD EAGLE SCHOOL RD WAYNE, PA 19087 | Equipment Lease Agreement Dated 3/7/2014 |
| CISCO SYSTEMS CAPITAL CORPORATION 1111 OLD EAGLE SCHOOL RD WAYNE, PA 19087 | Equipment Lease Agreement- Addendum Dated 4/2/2013 |
| CISCO SYSTEMS CAPITAL CORPORATION 1111 OLD EAGLE SCHOOL RD WAYNE, PA 19087 | Storage Lease Agreement Dated 5/23/2013 |
| CISCO WEBEX 3979 FREEDOM CIRCLE SANTA CLARA, CA 95054 | WebEx - Audio Conferencing Services Agreement Dated 4/12/2011 |
| CITGO PETROLEUM CORPORATION 1293 ELDRIDGE PARKWAY HOUSTON, TX 77077 | Mutual Non-Disclosure Agreement Dated 9/1/2010 |
| CITI RESEARCH ATTN: JONATHAN ROSENZWEIG 701 E. 60TH ST. N. P.O. BOX 6034 MC 1251 SIOUX FALLS, SD 57117-6034 | Non-Disclosure Agreement Dated 7/17/2012 |
| CITY OF COLUMBUS MAYOR AND CITY COUNCIL ATTN: MAYOR P.O. BOX 1408 COLUMBUS, MS 39703 | PILOT Agreement - Ad Valorem Taxes Dated 9/16/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                        ,            Case No.   **14-12514 (CSS)**
                    Debtor                                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CITY OF COLUMBUS MAYOR AND CITY COUNCIL<br>ATTN: MAYOR<br>P.O. BOX 1408<br>COLUMBUS, MS 39703 | City of Columbus - Memorandum of Understanding Agreement Dated 1/31/2011 |
| CITY OF GRENADA<br>ATTN: BILLY F. COLLINS<br>P.O. BOX 310<br>GRENADA, MS 38902 | City of Grenada - Memorandum of Understanding Agreement Dated 3/14/2011 |
| CITY OF LA PORTE<br>ATTN: CITY MANAGER<br>604 WEST FAIRMONT PARKWAY<br>LA PORTE, TX 77571 | Industrial District Agreement - Taxes Dated 1/1/2009 |
| CLARIANT<br>1600 WEST HILL STREET<br>LOUISVILLE, KY 40210 | Non-Disclosure Agreement Dated 4/1/2013 |
| CLEAN HARBORS<br>42 LONGWATER DRIVE<br>NORWELL, MA 02061 | Non-Disclosure Agreement Dated 11/8/2013 |
| COATES, WILLIAM<br>ADDRESS ON FILE | Indemnification Agreement |
| COLUMBUS LIGHT & WATER DEPARTMENT<br>ATTN: MANAGER<br>P.O. BOX 949<br>COLUMBUS, MS 39703-0949 | City of Columbus - Memorandum of Understanding Agreement Dated 1/31/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                   ,        Case No.  **14-12514 (CSS)**
                    **Debtor**                                                      **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| COMPUTERSHARE INC.<br>19228 DEPT CH<br>PALATINE, IL 60055-9228 | Stock Exchange Agent Agreement Dated 6/15/2011 |
| COMPUTERSHARE INC.<br>19228 DEPT CH<br>PALATINE, IL 60055-9228 | Notice and Access Proxy Services and Fees Agreement Dated 4/3/2013 |
| COMPUTERSHARE TRUST COMPANY, N.A.<br>19228 DEPT CH<br>PALATINE, IL 60055-9228 | Stock Exchange Agent Agreement Dated 6/15/2011 |
| CONCURRENT TECHNOLOGIES<br>100 CTC DRIVE<br>JOHNSTOWN, PA 15904-1935 | Confidentiality Agreement Dated 4/30/2009 |
| CONSARUS LLC<br>DBA CONSARUS BUSINESS SOLUTIONS<br>1518 RICHELIEU LANE<br>HOUSTON, TX 77018 | Master Consulting Services Agreement Dated 11/19/2012 |
| CONTINENTAL TECHNOLOGIES, LLC<br>4635 NAUTILUS COURT SOUTH<br>BOULDER, CO 80301-3241 | Mutual Non-Disclosure Agreement Dated 7/21/2009 |
| CORMA, DR AVELINO<br>DANIEL BALACLART STREET, NO 6<br>VALENCIA, 46020 SPAIN | Consulting Agreement Dated 12/18/2007 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                    ,        Case No.   **14-12514 (CSS)**
                    **Debtor**                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| COSAN S.A. INDUSTRIA E COMMERCIO ATTN: RICARDO LEVIN AVE PRESIDENTE JUSCELINO KUBITSCHEK, 1327 4TH FLOOR INTERNATIONAL PLAZA II SAO PAULO, BRAZIL | Non-Disclosure Agreement Dated 10/12/2012 |
| COWEN AND COMPANY LLC. 599 LEXINGTON AVENUE NEW YORK, NY 10022 | Non-Disclosure Agreement Dated 1/24/2013 |
| CPM LABFAB, INC. PO BOX 90649 TUCSON, AZ 85752 | Equipment Lease Agreement Dated 6/1/2010 |
| CPM LABFAB, INC. PO BOX 90649 TUCSON, AZ 85752 | Equipment Lease Agreement Dated 11/1/2008 |
| CRI CATALYST 18825 NORTHCHASE DR TWO GREENSPOINT PLAZA SUITE 1020 HOUSTON, TX 77060 | Confidential Disclosure Agreement Dated 1/5/2011 |
| CRODA INC. 300-A COLUMBUS CIRCLE EDISON, NJ 08837 | Mutual Non-Disclosure Agreement Dated 10/4/2010 |
| CUMMINS MID-SOUTH, LLC 325 NEW HIGHWAY 49 SOUTH JACKSON, MS 39218 | Non-Disclosure Agreement Dated 12/21/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re  **KiOR, Inc.**                                        ,          Case No.  **14-12514 (CSS)**
                    **Debtor**                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DAAMEN, MR. SJOERD<br>CALLE GRANADOE 9-2-3<br>BARCELONA, SPAIN | Consulting Agreement Dated 11/1/2007 |
| DAHILL<br>16005 SPACE CENTER BLVD<br>SUITE 200<br>HOUSTON, TX 77062 | Copier Usage Agreement - Xerox 7120 Dated 7/19/2012 |
| DAHILL<br>16005 SPACE CENTER BLVD<br>SUITE 200<br>HOUSTON, TX 77062 | Copier Usage Agreement - Xerox 9303 Dated 4/24/2012 |
| DAISHOWA-MARUBENI INTERNATIONAL<br>4400 PULP MILL SITE<br>PEACE RIVER, AB T8S 1V7 CANADA | Mutual Non-Disclosure Agreement Dated 8/12/2011 |
| DAVID H. MURDOCK RESEARCH INSTITUTE<br>150 RESEARCH CAMPUS DRIVE<br>KANNAPOLIS, NC 28081 | Testing Services Agreement Dated 7/1/2010 |
| DELAGE LANDEN FINANCIAL<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | Equipment Lease Agreement Dated 5/7/2009 |
| DELL FINANCIAL SERVICES<br>ATTN: LEGAL DEPARTMENT<br>ONE DELL WAY<br>ROUND ROCK, TX 78682 | Master Lease Agreement Dated 6/9/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re __KiOR, Inc._____,                Case No.__14-12514 (CSS)_____
               Debtor                                                                (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DENICOLA, T. KEVIN<br>811 CEDARWOOD DR<br>FRIENDSWOOD, TX 77546 | Non-Disclosure Agreement Dated 7/19/2009 |
| DIG COMMUNICATIONS<br>420 NORTH 5TH STREET<br>SUITE 1000<br>MINNEAPOLIS, MN 55401 | Scope of Work Budget Approval Agreement Dated 3/23/2013 |
| DIG COMMUNICATIONS<br>420 NORTH 5TH STREET<br>SUITE 1000<br>MINNEAPOLIS, MN 55401 | Scope of Work Budget Approval Agreement Dated 1/1/2011 |
| DIG COMMUNICATIONS<br>420 NORTH 5TH STREET<br>SUITE 1000<br>MINNEAPOLIS, MN 55401 | Scope of Work Budget Approval Agreement Dated 5/19/2011 |
| DIG COMMUNICATIONS<br>420 NORTH 5TH STREET<br>SUITE 1000<br>MINNEAPOLIS, MN 55401 | Scope of Work Budget Approval Agreement Dated 5/23/2011 |
| DIG COMMUNICATIONS<br>420 NORTH 5TH STREET<br>SUITE 1000<br>MINNEAPOLIS, MN 55401 | Scope of Work Budget Approval Agreement Dated 8/17/2010 |
| DIG COMMUNICATIONS<br>420 NORTH 5TH STREET<br>SUITE 1000<br>MINNEAPOLIS, MN 55401 | Scope of Work and Budget Approval Agreement Dated 8/13/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                              ,          Case No.   **14-12514 (CSS)**
            Debtor                                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DIG COMMUNICATIONS<br>420 NORTH 5TH STREET<br>SUITE 1000<br>MINNEAPOLIS, MN 55401 | Scope of Work and Budget Approval Agreement Dated 5/19/2011 |
| DOLPHIN SERVIVES & CHEMICAL<br>ATTN: MIKE WINDSOR<br>309 SOUTHPARK DRIVE<br>LUFKIN, TX 75904 | Non-Disclosure Agreement Dated 11/15/2013 |
| DOME HYDROCARBONS<br>6655 WEST BAY ROAD<br>BAYTOWN, TX 77523 | Non-Disclosure Agreement Dated 1/20/2011 |
| DORF KETAL CHEMICALS<br>ATTN: JOH SIGMON, DIRECTOR<br>3727 GREENBRIAR DRIVE<br>SUITE 114<br>STAFFORD, TX 77477 | Non-Disclosure Agreement Dated 2/16/2011 |
| DYNALINE<br>5250 WEST COPLAY ROAD<br>WHITEHALL, PA 18052 | Non-Analysis and Confidential Disclosure Agreement Dated 12/3/2009 |
| EDGEWAVE<br>15333 AVENUE OF SCIENCE<br>SAND DIEGO, CA 92128 | Purchase Order & Quote Agreement Dated 6/30/2011 |
| EKA CHEMICALS<br>ATTN: LEGAL DEPARTMENT<br>1850 PARKWAY PLACE<br>SUITE 1200<br>MARIETTA, GA 30067 | Non-Disclosure Agreement Dated 10/17/2012 |

B6G (Official Form 6G) (12/07) – Cont.

In re   KiOR, Inc.                                    ,          Case No.   14-12514 (CSS)
                    Debtor                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ELVIN, FRANK J. | Mutual Non-Disclosure Agreement Dated 3/10/2009 |
| EMERSON PROCESS MANAGEMENT 12001 TECHNOLOGY DRIVE EDEN PRAIRIE, MN 55344 | Non-Disclosure Agreement Dated 3/9/2011 |
| ENERGY & POWER TECHNOLOGY LIMITED 40 LEAVYGREAVE ROAD SHEFFIELD, S3 7RD UNITED KINGDOM | Non-Disclosure Agreement Dated 6/14/2012 |
| ENERGY & POWER TECHNOLOGY LIMITED 40 LEAVYGREAVE ROAD SHEFFIELD, S3 7RD UNITED KINGDOM | Proposed testing of KiOR product blended with Jet A AgreementDated 6/20/2012 |
| ENERGY INFRASTRUCTURE ADVOCATES, LLC 92 MERRIVALE ROAD GREAT NECK, NY 11020 | Confidentiality Agreement Dated 1/3/2013 |
| ENGINEERS & CONSTRUCTORS INTERNATIONAL PO BOX 86030 BATON ROUGE LA, LA 70879 | Engineering Services Agreement Dated 2/20/2014 |
| ENTEC SERVICES, INC. 30 MONROE DRIVE PELHAM, AL 35124 | Service Agreement Dated 3/27/2012 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                          ,          Case No.   **14-12514 (CSS)**
                      Debtor                                                                          (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ENTRIX, INC DBA CARDNO ENTRIX<br>5252 WESTCHESTER<br>HOUSTON, TX 77005 | Mutual Non-Disclosure Agreement Dated 5/21/2009 |
| ENVIROLAT, LLC<br>ATTN: RAFAEL A. GARCIA<br>7941 KATY FREEWAY<br>-209<br>HOUSTON, TX 77024 | Non-Disclosure Agreement Dated 7/14/2011 |
| ESI<br>4976 PROVIDENT DR.<br>CINCINNATI, OH 45246 | Non-Disclosure Agreement Dated 3/29/2011 |
| ETH BIO ENERGIA SA<br>AV. NACOES UNIADAS 8.501<br>SAO PAULO, BRAZIL | Mutual Non-Disclosure Agreement Dated 4/26/2011 |
| EVANS ANALYTICAL GROUP<br>810 KIFER ROAD<br>SUNNYVALE, CA 94086 | Testing Services Agreement Dated 8/24/2012 |
| EVODOS BV<br>ATTN: MARCO BROCKEN<br>WEEGBREE 21<br>4941 VT<br>RAAMSDONKSVEER, NETHERLANDS | Non-Disclosure Agreement Dated 1/3/2011 |
| EXPERIEN HEALTH SCIENCES, INC.<br>6322 WATER POINT COURT<br>KINGWOOD, TX 77346 | Non-Disclosure Agreement Dated 5/26/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                              ,                    Case No.   **14-12514 (CSS)**
                          Debtor                                                                            (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| EXPERTECH CONSULTING INC.<br>12 LYRA<br>IRVINE, CA 92603-5712 | Non-Disclosure Agreement Dated 8/1/2008 |
| EXPRESS PRO<br>9701 BOARDWALK BOULEVARD<br>OKLAHOMA CITY, OK 73162 | Contract Position - Warehouse Agreement Dated 5/21/2012 |
| EXXON MOBIL RESEARCH<br>ATTN: PAUL E. PURWIN<br>1545 ROUTE 22 EAST<br>ANNANDALE, NJ 08801-0900 | Letter Agreement for Sample Testing Dated 9/20/2011 |
| EXXON MOBIL RESEARCH<br>1545 ROUTE 22 EAST<br>ANNANDALE, NJ 8801 | Confidentiality Agreement Dated 6/19/2008 |
| FEDERAL INSURANCE COMPANY (CHUBB)<br>15 MOUNTAIN VIEW ROAD<br>WARREN, NJ 07059 | Insurance Policy - Independent Directors Liability (""IDL"") Excess Side A and Difference In Conditions |
| FEDERAL SOLUTIONS LLC<br>828 W BRIAR LAKE DR<br>STARKVILLE, MS 39759 | Service Agreement Dated 6/1/2012 |
| FEDERAL SOLUTIONS LLC<br>828 W BRIAR LAKE DR<br>STARKVILLE, MS 39759 | Non-Disclosure Agreement Dated 12/6/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                          ,          Case No.   **14-12514 (CSS)**
                            Debtor                                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FEDEX<br>PO BOX 660481<br>DALLAS, TX 75266-0481 | Master Ground Fuel Supply Agreement Dated 3/4/2011 |
| FIBER OPTIC<br>ONE TEK PARK<br>SUITE 220<br>9999 HAMILTON BLVD<br>BREINIGSVILLE, PA 18031 | Equipment Rental Agreement Dated 2/2/2012 |
| FIBRIA<br>ALAMEDA SANTOS 1357<br>6TH FLOOR<br>SAO PAULO, BRAZIL | Non-Disclosure Agreement Dated 8/2/2011 |
| FIRST MERCURY INS CO<br>26600 TELEGRAPH ROAD<br>SOUTHFIELD, MI 48033 | Insurance Policy - Excess Liability - Layer #1 |
| FLATIRON CAPITAL<br>1700 LINCOLN STREET, 12TH FLOOR<br>DENVER, CO 80203 | Premium Finance Agreement Dated 9/30/2011 |
| FLSMIDTH SALT LAKE CITY, INC.<br>ATTN: GENERAL COUNSEL<br>LEGAL DEPARTMENT<br>2040 AVENUE C<br>BETHLEHEM, PA 18017 | Non-Disclosure Agreement Dated 11/11/2013 |
| FLUID ENERGY PROCESSING & EQUIPMENT<br>ATTN: SIMON HOWARD<br>4300 BETHLEHEM PIKE<br>TELFORD, PA 18969 | Non-Disclosure Agreement Dated 11/1/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                           ,                    Case No.   **14-12514 (CSS)**
                    **Debtor**                                                                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FLUID ENERGY PROCESSING & EQUIPMENT ATTN: SIMON HOWARD 4300 BETHLEHEM PIKE TELFORD, PA 18969 | Engineering Service Agreement Dated 2/13/2011 |
| FLUID ENERGY PROCESSING & EQUIPMENT ATTN: SIMON HOWARD 4300 BETHLEHEM PIKE TELFORD, PA 18969 | Mutual Non-Disclosure Agreement Dated 2/6/2009 |
| FLUOR ENTERPRISES ATTN: BUDDY HEMANN ONE FLUOR DANIEL DRIVE SUGLAR LAND, TX 77478-3838 | Engineering Service Agreement Dated 2/23/2011 |
| FLUOR ENTERPRISES ATTN: BUDDY HEMANN ONE FLUOR DANIEL DRIVE SUGLAR LAND, TX 77478-3838 | Non-Disclosure Agreement Dated 8/11/2010 |
| FORD, BACON & DAVIS, LLC PO BOX 203430 HOUSTON, TX 77087 | Process Definition Package Agreement Dated 3/3/2009 |
| FOREST CONCEPTS, LLC 3320 WEST VALLEY HWY SUITE 110 AUBURN, WA 99001 | Non-Disclosure Agreement Dated 8/15/2013 |
| FOREST2MARKET 14045 BALLANTYNE CORPORATE PLACE CHARLOTTE, NC 28277 | Pulpwood Pricing Index to Support Feedstock Supply Agreement Dated 12/1/2013 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                                    ,          Case No.   **14-12514 (CSS)**
                        **Debtor**                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FORISK CONSULTING, LLC<br>3651 MARS HILL RD<br>WATKINSVILLE, GA 306777 | Non-Disclosure Agreement Dated 7/15/2013 |
| FOSTER, C. DARWIN PHD<br>400 CARD DRIVE<br>LUFKIN, TX 75901 | Mutual Non-Disclosure Agreement Dated 2/12/2009 |
| FOULING AND COKING TECHNOLOGY INC<br>1911 PLEASANT CREEK DR<br>KINGWOOD, TX 77345 | Testing Services Agreement Dated 11/1/2010 |
| FOULING AND COKING TECHNOLOGY INC<br>NORTHPARK BUSINESS CENTER<br>UNIT #30<br>1701 NORTHPARK DRIVE<br>KINGWOOD, TX 07733 | Non-Disclosure Agreement Dated 10/28/2010 |
| FROSCH<br>ONE GREENWAY PLAZA<br>SUITE 800<br>HOUSTON, TX 77046 | Travel Agreement Dated 5/16/2013 |
| FRUITFUL INNOVATIONS<br>HOGEBRINKERWEG 15E<br>3871 KM<br>HOEVELAKEN, NETHERLANDS | Consulting Agreement Dated 11/1/2007 |
| FRUITFUL INNOVATIONS BV<br>HOGEBRINKERWEG 15E<br>HOVELAKEN, 3871 NETHERLANDS | Consulting Agreement Dated 11/1/2007 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                    ,          Case No.   **14-12514 (CSS)**
                    **Debtor**                                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FUELSCIENCE LLC<br>4020 SWEETBERRY DRIVE<br>CANE RIDGE, TN 37013 | Consulting Agreement Dated 5/26/2009 |
| FUELSCIENCE LLC<br>4020 SWEETBERRY DRIVE<br>CANE RIDGE, TN 37013 | Non-Disclosure Agreement Dated 5/26/2009 |
| FUELSCIENCE LLC<br>4020 SWEETBERRY DRIVE<br>NASHVILLE, TN 37211 | Mutual Non-Disclosure Agreement Dated 5/26/2009 |
| FUSIONX<br>1818 LIBRARY STREET<br>SUITE 500<br>RESTON, VA 20190 | Statement of Work for Professional Services Agreement Dated 1/5/2011 |
| FUSIONX<br>1818 LIBRARY STREET<br>SUITE 500<br>RESTON, VA 20190 | Statement of Work for Professional Services Agreement Dated 1/10/2011 |
| G2 RECRUITMENT GLOBAL ENERGY<br>4TH FLOOR<br>BROAD QUAY HOUSE<br>PRINCE ST<br>BRISTOL, BS1 4DJ UNITED KINGDOM | Client Terms of Business for the Introduction of Permanent Staff Agreement Dated 3/27/2014 |
| GARY HANNING EQUIPMENT AND CONSTRUCTION INC.<br>9612 SARACENNIA RD<br>MOSS POINT, MS 39562 | Non-Disclosure Agreement Dated 1/31/2012 |

B6G (Official Form 6G) (12/07) – Cont.

In re __KiOR, Inc._____,        Case No.__14-12514 (CSS)_____
                    Debtor                                           (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GATES VENTURES, LLC<br>ATTN: GENERAL COUNSEL<br>2365 CARILLON POINT<br>KIRKLAND, WA 98033 | Non-Disclosure Agreement Dated 6/14/2012 |
| GATES VENTURES, LLC<br>ATTN: GENERAL COUNSEL<br>2365 CARILLON POINT<br>KIRKLAND, WA 98033 | Non-Disclosure Agreement Dated 3/28/2011 |
| GATES VENTURES, LLC<br>ATTN: GENERAL COUNSEL<br>2365 CARILLON POINT<br>KIRKLAND, WA 98033 | Non-Disclosure Agreement - Addendum Dated 2/8/2013 |
| GCA<br>1075 RICHMOND AVENUE<br>SUITE 300<br>HOUSTON, TX 77042 | Service Agreement Dated 4/1/2010 |
| GE BETZ INC<br>ATTN: CHRISTINE M. FURSTOSS<br>4636 SOMERTON ROAD<br>TREVOSE, PA 19053 | Mutual Non-Disclosure Agreement Dated 9/10/2009 |
| GE GLOBAL RESEARCH<br>ONE RESEARCH CIRCLE<br>NISKAYUNA, NY 12309 | Non-Disclosure Agreement Dated 12/15/2012 |
| GENERA ENERGY INC<br>167 TELLICO PORT ROAD<br>VONORE, TN 37885 | Mutual Non-Disclosure Agreement Dated 5/30/2013 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                    ,        Case No.   **14-12514 (CSS)**
                            **Debtor**                                                            **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GENERAL SEC & INDEMNITY<br>199 WATER ST<br>STE 2100<br>NEW YORK, NY 10038-3526 | Insurance Policy - Commercial Property  Program |
| GEOCYCLE, LLC<br>PO BOX 185<br>ARTESIA, MS 39736 | Material Management Agreement Dated 10/1/2012 |
| GEOCYCLE, LLC<br>PO BOX 185<br>ARTESIA, MS 39736 | Pricing Agreement Dated 9/6/2012 |
| GEOCYCLE, LLC<br>PO BOX 185<br>ARTESIA, MS 39736 | Pricing Agreement Dated 11/19/2013 |
| GEOKLOCK<br>AV. DAS NAÇÕES UNIDAS, 13.797<br>SAO PAULO, 04794-000 BRAZIL | Non-Disclosure Agreement Dated 3/14/2011 |
| GEORGIA PACIFIC, LLC<br>133 PEACH STREET NE<br>ATLANTA, GA 30303 | Confidentiality Agreement Dated 6/6/2014 |
| GIANT RESOURCE RECOVERY<br>1229 VALLEY DRIVE<br>ATTALLA, AL 35954 | Non-Disclosure Agreement Dated 11/25/2013 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**_____,        Case No.__14-12514 (CSS)____
                    Debtor                                                                (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GIANT RESOURCE RECOVERY-ATTALLA INC. PO BOX 8500 ATTALLA, AL 19178-2797 | Commercial Credit Application Agreement Dated 1/8/2014 |
| GLENN MACHINE WORKS 735 HIGHWAY 45 SOUTH COLUMBUS, MS 39701 | Non-Disclosure Agreement Dated 2/22/2012 |
| GLOBAL LOCATION STRATEGIES 100 FLOUR DANIEL DRIVE GREENVILLE, SC 29609 | Non-Disclosure Agreement Dated 10/6/2011 |
| GM GLOBAL PURCHASING AND SUPPLY CHAIN 300 RENAISSANCE CENTER DETROIT, MI 48265 | Evaluation of a Renewable Gasoline and Diesel Fuel Sample Agreement Dated 8/8/2012 |
| GODADDY 14455 NORTH HAYDEN RD. SUITE 219 SCOTTSDALE, AZ 85260 | Domain Name Change of Registrant Agreement Dated 4/18/2011 |
| GODADDY 14455 NORTH HAYDEN RD. SUITE 219 SCOTTSDALE, AZ 85260 | Domain Name Registration Agreement Dated 4/8/2011 |
| GODADDY 14455 NORTH HAYDEN RD. SUITE 219 SCOTTSDALE, AZ 85260 | Terms of Service Agreement Dated 4/1/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                    ,                     Case No.   **14-12514 (CSS)**
                        Debtor                                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GOJOHNSON<br>606 ROLLINGBROOK DRIVE<br>SUITE 2B<br>BAYTOWN, TX 77521 | Vendor Agreement Dated 2/3/2009 |
| GOOGLE<br>ATTN: LEGAL - M&A<br>1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 | Non-Disclosure Agreement Dated 1/30/2013 |
| GRAAL INVESTIMENTOS S.A.<br>ATTN: GENERAL COUNSEL<br>AV. BRIGADEIRO FARIA LIMA 2277<br>SUITE 1501<br>SAO PAULO, BRAZIL | Confidentiality Agreement Dated 10/5/2012 |
| GRAINGER<br>100 GRAINGER PARKWAY<br>LAKE FOREST, IL 60045 | Dispensing/Storage Unit Service Agreement Dated 8/1/2013 |
| GRAY CONTROL AUTOMATION INC<br>515 TWIN PINES DR<br>FRIENDSWOOD, TX 77546 | Mutual Non-Disclosure Agreement Dated 2/10/2010 |
| GREATAMERICA FINANCIAL SERVICES CORPORATION<br>625 FIRST STREET SE<br>CEDAR RAPIDS, IA 52401 | Copier Lease Agreement No. 881134 Dated 6/17/2013 |
| GREEN STAR GROUPE<br>5800 SHELLMOUND WAY, 224<br>EMERYVILLE, CA 94608 | Terms of Agreement Dated 6/24/2014 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                                          ,                    Case No.   **14-12514 (CSS)**
                          Debtor                                                                                (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GRENADA COUNTY BOARD OF SUPERVISORS ATTN: CHAD GRAY, PRESIDENT P.O. BOX 1208 GRENADA, MS 38902 | City of Grenada - Memorandum of Understanding Agreement Dated 3/14/2011 |
| GRENADA EDD BOARD OF DIRECTORS ATTN: COLEY L. BAILEY, CHAIRMAN 81 SOUTH CHURCH STREET GRENADA, MS 38901 | City of Grenada - Memorandum of Understanding Agreement Dated 3/14/2011 |
| GUIDRY, STEVEN ATTN: LIBYA POCKET MAIL P.O. BOX 1228 HOUSTON, TX 77251 | Non-Disclosure Agreement Dated 10/18/2010 |
| GULFSTREAM ATTN: CHARLES ETTER 500 GULFSTREAM ROAD SAVANNAH, GA 31408 | Non-Disclosure Agreement Dated 8/19/2013 |
| H&M MECHANICAL CONSTRUCTORS, INC. 5802 CENTER STREET PASADENA, TX 77505 | Mutual Non-Disclosure Agreement Dated 5/19/2009 |
| HALDOR TOPSOE INC 17629 EL CAMINO REAL, SUITE 300 HOUSTON, TX 77058 | Letter Agreement to Perform Engineering Study and Pilot Plant Testing Dated 10/12/2012 |
| HALDOR TOPSOE INC NYMOLLEVEJ 55 2800 KGS. LYNGBY DENMARK | Catalyst Testing Agreement Dated 11/11/2013 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.** _____ ,          Case No.   **14-12514 (CSS)** _____
                  **Debtor**                                                                                  **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HALDOR TOPSOE INC<br>NYMOLLEVEJ 55<br>2800 KGS. LYNGBY DENMARK | Catalyst Testing Agreement HT Dated 9/20/2012 |
| HALDOR TOPSOE INC<br>NYMOLLEVEJ 55<br>2800 KGS. LYNGBY DENMARK | Catalyst Testing Agreement TK Dated 9/20/2012 |
| HALDOR TOPSOE INC<br>NYMOLLEVEJ 55<br>2800 KGS. LYNGBY DENMARK | Non-Disclosure Agreement Dated 11/17/2010 |
| HALDOR TOPSOE INC<br>NYMOLLEVEJ 55<br>2800 KGS. LYNGBY DENMARK | Catalyst Testing Agreement Dated 10/3/2013 |
| HALDOR TOPSOE INC<br>NYMOLLEVEJ 55<br>2800 KGS. LYNGBY DENMARK | Mutual Non-Disclosure Agreement Dated 11/17/2010 |
| HALL, ROBERT<br>75 ELLIS PETERS DRIVE<br>SHROPSHIRE<br>SHROPSHIRE<br>TELFORD, TF3 1AW UNITED KINGDOM | Non-Disclosure Agreement Dated 4/23/2011 |
| HANOVER INS CO<br>440 LINCOLN ST<br>WORCESTER, MA 01653-6040 | Insurance Policy - Equipment Policy |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                            ,                                   Case No.   **14-12514 (CSS)**
                      Debtor                                                                                                  (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HAWAII BIO ENERGY LLC<br>1100 ALAKEA STREET<br>30TH FLOOR ALAKEA CORPORATE TOWER<br>HONOLULU, HI 96813 | Confidentiality Agreement Dated 11/9/2011 |
| HAY GROUP INC<br>PO BOX 828352<br>PHILADELPHIA, PA 19107 | Letter Agreement Dated 4/25/2011 |
| HAY GROUP INC<br>PO BOX 828352<br>PHILADELPHIA, PA 19107 | Letter Agreement Dated 4/9/2014 |
| HEINKEL FILTERING SYSTEMS, INC.<br>520 SHARPTOWN ROAD<br>SWEDESBORO, NJ 08085 | Non-Disclosure Agreement Dated 5/24/2012 |
| HFBE, INC.<br>815 WALKER, SUITE 1140<br>HOUSTON, TX 77002 | Letter Agreement Dated 3/24/2011 |
| HFBE, INC.<br>815 WALKER, SUITE 1140<br>HOUSTON, TX 77002 | Valuation Services Letter Agreement Dated 7/29/2011 |
| HIRERIGHT, INC.<br>5151 CALIFORNIA AVENUE<br>IRVINE, CA 92617-3059 | Service Agreement - Addendum Dated 11/21/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                          ,        Case No.   **14-12514 (CSS)**
                            **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HOBBS & TOWNE, INC.<br>PO BOX 987<br>VALLEY FORGE, PA 19482 | Terms of Agreement Dated 11/5/2009 |
| HOBBS & TOWNE, INC.<br>ATTN: ANDY TOWNE<br>ATTN: RACHEL TAYLOR<br>330 TOWNSEND STREET<br>SUITE 104<br>SAN FRANCISCO, CA 94107 | Non-Disclosure Agreement Dated 11/5/2009 |
| HODGE ENGINEERING, LLC<br>104 SHAFFER COURT<br>MADISON, MS 39110-7526 | Letter Agreement Dated 2/17/2014 |
| HONEYWELL<br>ATTN: RANDY WILLIAMS<br>111 S. 34TH STREET<br>PHOENIX, AZ 85034 | Non-Disclosure Agreement Dated 7/15/2013 |
| HOWARD HUGHES MEDICAL INSTITUTE<br>ATTN: INVESTMENTS DEPARTMENT<br>4000 JONES BRIDGE ROAD<br>CHEVY CHASE, MD 20815 | Non-Disclosure Agreement Dated 1/20/2011 |
| HR TRANSFORM, INC<br>2402 ROYAL PALM, SUITE 200<br>LEAGUE CITY, TX 77573 | Customer Service Direct Hire Agreement Dated 10/1/2010 |
| HUNT REFINING COMPANY<br>2200 JACK WARNER PARKWAY, SUITE 400<br>TUSCALOOSA, AL 35401 | Blendstock Supply Agreement Dated 2/18/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                                                ,          Case No.   **14-12514 (CSS)**
               Debtor                                                                                        (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HUNT REFINING COMPANY<br>2200 JACK WARNER PARKWAY, SUITE 400<br>TUSCALOOSA, AL 35401 | Mutual Confidentiality Agreement Dated 6/28/2010 |
| HYDROVAC INDUSTRIAL SERVICES, INC<br>66 NEW HOPE ROAD<br>COLUMBUS, MS 39702 | Non-Disclosure Agreement Dated 1/10/2012 |
| IAN MURRAY & COMPANY<br>ATTN: IAN MURRAY, PRESIDENT<br>1400. 10025 - 106 ST.<br>EDMONTON, AB T5J 1G4 CANADA | Non-Disclosure Agreement Dated 9/28/2011 |
| IHSA CERA<br>55 CAMBRIDGE PARKWAYS<br>CAMBRIDGE, MA 02142 | Mutual Non-Disclosure Agreement Dated 8/28/2012 |
| ILLINOIS NATIONAL INSURANCE COMPANY (AIG)<br>175 WATER STREET<br>NEW YORK, NY 10038-4969 | Insurance Policy - 2nd Excess Directors & Officers Liability |
| INDIAN HARBOR INS CO<br>SEAVIEW HOUSE<br>70 SEAVIEW AVE<br>STAMFORD, CT 06902-6040 | Insurance Policy - Excess Liability - Layer #3 |
| INDUSTRIAL EMERGENCY SERVICES, LLC<br>6210 HOLLYFIELD DRIVE<br>BATON ROUGE, LA 70809 | Non-Disclosure Agreement Dated 12/9/2013 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                            ,          Case No.  **14-12514 (CSS)**
                          **Debtor**                                                                        **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| INDUSTRIAL EMERGENCY SERVICES, LLC<br>6210 HOLLYFIELD DRIVE<br>BATON ROUGE, LA 70809 | Service Agreement Dated 11/13/2013 |
| INDUSTRIAL PERFORMANCE SERVICES<br>1238 CENTER STREET<br>DEER PARK, TX 77536 | Letter Agreement Dated 4/6/2009 |
| INDUSTRIAL PERFORMANCE SERVICES<br>1238 CENTER ST<br>DEER PARK, TX 77536 | Non-Disclosure Agreement Dated 4/6/2009 |
| INDUSTRIAL SONOMECHANICS<br>479 WEST 146TH STREET<br>GROUND FLOOR<br>NEW YORK, NY 10031 | Non-Disclosure Agreement Dated 1/20/2014 |
| INDUSTRIAL SYSTEMS AND PROCESS CO<br>ATTN: KISWARDY<br>1058 LARCHDALE DRIVE<br>PITTSBURGH, PA 15243 | Non-Disclosure Agreement Dated 12/7/2012 |
| INK PUBLIC RELATIONS<br>202 S. LOWELL LANE<br>AUSTIN, TX 78733 | Public Relations Agreement Dated 1/29/2013 |
| INLAND INDUSTRIAL SERVICES GROUP<br>1102 HOWARD DRIVE<br>DEER PARK, TX 77571 | Non-Disclosure Agreement Dated 11/26/2012 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                    ,          Case No.   **14-12514 (CSS)**
                        Debtor                                                        (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| INNOSPEC FUEL SPECIALTIES<br>8310 SOUTH VALLEY HIGHWAY SUITE 350<br>ENGLEWOOD, CO 80112 | Non-Disclosure Agreement Dated 7/15/2013 |
| INSPECTORATE AMERICA CORPORATION<br>12000 AEROSPACE #200<br>HOUSTON, TX 77034 | Mutual Non-Disclosure Agreement Dated 5/13/2011 |
| INTERCAT SAVANNAH INC.<br>25195 NETWORK PLACE<br>CHICAGO, IL 60673-1251 | Non-Disclosure Agreement Dated 6/3/2011 |
| INTERLINK CAPITAL STRATEGIES<br>1600 WILSON BLVD<br>SUITE 1210<br>ARLINGTON, VA 22209 | Confidentiality Agreement Dated 7/19/2011 |
| INTERNATIONAL PAPER<br>ATTN: ANDREW JONES<br>6285 TRI-RIDGE BLVD<br>LOVELAND, OH 45140 | Non-Disclosure Agreement Dated 1/27/2014 |
| INTERTEK UNITED STATES, INC. D/B/A<br>INTERTEK PARC<br>100 WILLIAM PITT WAY<br>PITTSBURGH, PA 15238-1327 | Cost Estimate Agreement Dated 6/21/2013 |
| INTERTEK UNITED STATES, INC. D/B/A<br>INTERTEK PARC<br>100 WILLIAM PITT WAY<br>PITTSBURGH, PA 15238-1327 | Mutual Non-Disclosure Agreement and all supporting Amendments, Project Scope and Cost Estimates, Exhibits and related Documents Dated 2/9/2009. |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                       ,          Case No. __**14-12514 (CSS)**__
                **Debtor**                                                                         **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| INTERTEK UNITED STATES, INC. D/B/A INTERTEK PARC 100 WILLIAM PITT WAY PITTSBURGH, PA 15238-1327 | Confidential Discount Agreement and Dated 4/24/2012 including 3/25/2014 Renewal |
| INTERTEK UNITED STATES, INC. D/B/A INTERTEK PARC 3933 US ROUTE 11 CORTLAND, NY 13045 | Non-Disclosure Agreement Dated 7/30/2012 |
| INVENSYS SYSTEMS, INC. 26561 RANCHO PARKWAY SOUTH LAKE FOREST, CA 92630 | Invensys License Agreement Dated 6/24/2013 |
| IOWA STATE UNIVERSITY 310 LAB OF MECHANICS AMES, IA 50011-2131 | Mutual Non-Disclosure Agreement Dated 10/1/2013 |
| ITELLIGENCE, INC. 10856Q REED HARTMAN HIGHWAY CINCINNATI, OH 45242 | Licensing Agreement - Appendix 1 Dated 5/23/2011 |
| ITELLIGENCE, INC. 10856Q REED HARTMAN HIGHWAY CINCINNATI, OH 45242 | Licensing Agreement - Appendix 2 Dated 11/27/2012 |
| ITELLIGENCE, INC. 10856Q REED HARTMAN HIGHWAY CINCINNATI, OH 45242 | Managed Hosting Services Statement of Work Agreement Dated 5/10/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                          ,                    Case No.   **14-12514 (CSS)**
                          **Debtor**                                                                        **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ITELLIGENCE, INC.<br>7870 EAST KEMPER ROAD<br>SUITE 300<br>CINCINNATI, OH 45249 | Master Service Agreement Dated 5/24/2011 |
| ITELLIGENCE, INC.<br>7870 EAST KEMPER ROAD<br>SUITE 300<br>CINCINNATI, OH 45249 | Statement of Work Agreement for Consulting Services Dated 5/31/2011 |
| ITELLIGENCE, INC.<br>10856Q REED HARTMAN HIGHWAY<br>CINCINNATI, OH 45242 | Statement of Work Agreement for Time and Material Dated 3/28/2014 |
| IVANHOE ENERGY<br>1111 BAGBY STREET<br>SUITE 2000<br>HOUSTON, TX 77002 | Mutual Non-Disclosure Agreement Dated 2/13/2009 |
| IWS GAS AND SUPPLY OF TEXAS, LTD.<br>125 THRUWAY PARK<br>BROUSSARD, LA 70518 | Cylinder Service Agreement Dated 9/7/2012 |
| J.B. METALLOGRAPHY<br>ATTN: JOHN W. BARR, PRESIDENT<br>10227 OLYMPIA DRIVE<br>HOUSTON, TX 77042 | Non-Disclosure Agreement Dated 8/18/2011 |
| J.P. MORGAN SECURITIES LLC<br>ATTN: ROBERT G. JEFFRIES, MANAGING DIRECTOR<br>383 MADISON AVENUE<br>30TH FLOOR<br>NEW YORK, NY 10179 | Non-Disclosure Agreement Dated 1/19/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                        ,          Case No.   **14-12514 (CSS)**
                        Debtor                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| J.P. MORGAN VENTURES ENERGY ATTN: MICHAEL BERTUCCIO 1111 FANNIN STREET 11TH FLOOR HOUSTON, TX 77002 | Non-Disclosure Agreement Dated 11/2/2012 |
| J.P. MORGAN VENTURES ENERGY ATTN: MICHAEL BERTUCCIO 700 LOUISIANA ST 10TH FLOOR HOUSTON, TX 77002 | Non-Disclosure Agreement Dated 6/30/2011 |
| JENIKE & JOHANSON, INC. 400 BUSINESS PARK DR. TYNGSBORO, MA 01879 | Feed System Quote Agreement Dated 6/27/2012 |
| JENIKE & JOHANSON, INC. 400 BUSINESS PARK DR. TYNGSBORO, MA 01879 | Testing Services Agreement Dated 12/18/2008 |
| JENIKE & JOHANSON, INC. 400 BUSINESS PARK DR. TYNGSBORO, MA 01879 | Mutual Non-Disclosure Agreement Dated 2/16/2009 |
| JOHNSON MATTHEY 25 FARRINGDON STREET 5TH FLOOR LONDON, EC4A 4AB UNITED KINGDOM | Non-Disclosure Agreement Dated 10/3/2013 |
| JOHNSON MATTHEY INC., DBA TRACERCO 4106 NEW WEST RD PASADENA, TX 77507 | Secrecy Agreement Dated 11/13/2013 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                        ,          Case No.   **14-12514 (CSS)**
                    **Debtor**                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| K & H SERVICES, INC.<br>142 OAKLAND ST<br>BAYTOWN, TX 77520 | Non-Disclosure Agreement Dated 1/8/2013 |
| KARNES, JOHN<br>ADDRESS ON FILE | Indemnification Agreement |
| KASBAUM, JOHN<br>ADDRESS ON FILE | Indemnification Agreement |
| KAUL, SAMIR<br>C/O KHOSLA VENTURES<br>3000 SAND HILL RD<br>MENLO PARK, CA 94025 | Indemnification Agreement |
| KAVLICO CORPORATION<br>14401 PRINCETON AVE<br>MOORPARK, CA 93021 | Statement of Assurance Agreement Dated 2/12/2013 |
| KELLOGG BROWN & ROOT, LLC<br>601 JEFFERSON<br>HOUSTON, TX 77002 | Loan Agreement Dated 1/17/2011 |
| KELLOGG BROWN & ROOT, LLC<br>601 JEFFERSON<br>HOUSTON, TX 77002 | Non-Disclosure Agreement Dated 9/5/2008 |

B6G (Official Form 6G) (12/07) – Cont.

In re __KiOR, Inc._____,        Case No.__14-12514 (CSS)____
                          Debtor                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| KELLOGG BROWN & ROOT, LLC<br>601 JEFFERSON<br>HOUSTON, TX 77002 | Engineering Service Agreement Dated 9/10/2010 |
| KELLOGG BROWN & ROOT, LLC<br>601 JEFFERSON<br>HOUSTON, TX 77002 | Natchez Engineering Services Agreement Dated 9/6/2012 |
| KELLOGG BROWN & ROOT, LLC<br>ATTN: JEREMY FORD<br>CITIBANK N.A.<br>NEW YORK, NY 10043 | Non-Disclosure Agreement Dated 10/3/2013 |
| KELLOGG BROWN & ROOT, LLC<br>ATTN: JEREMY FORD<br>CITIBANK N.A.<br>NEW YORK, NY 10043 | Secrecy Agreement Dated 11/13/2013 |
| KELLY SERVICES INC.<br>999 WEST BIG BEAVER ROAD<br>TROY, MI 48084 | Contract Employee Service Agreement Dated 4/4/2012 |
| KEYSTONE ENGINEERING, INC.<br>1267 WEST CAUSEWAY APPROACH<br>MANDEVILLE, LA 70471 | Consulting Agreement Dated 4/17/2012 |
| KFT TRUST, VINOD KHOSLA, TRUSTEE<br>C/O KHOSLA VENTURES, ATTN VINOD KHOSLA<br>3000 SAND HILL RD, BLDG 3, STE 190<br>MENLO PARK, CA 94025 | Letter Agreement Dated 2/1/2012 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                      ,           Case No.   **14-12514 (CSS)**
                    **Debtor**                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| KHOSLA VENTURES<br>3000 SAND HILL RD, BLDG 3, SUITE 190<br>MENLO PARK, CA 94025 | Mutual Release Agreement Dated 12/31/2010 |
| KIMBERLY CLARK<br>351 PHELPS DR<br>IRVING, TX 75038 | Non-Disclosure Agreement Dated 2/4/2014 |
| KOCH EQUITY DEVELOPMENT LLC<br>ATTN: SCOTT CRANE, MANAGING DIRECTOR<br>4111  EAST 37TH STREET NORTH<br>WICHITA, KS 67220 | Non-Disclosure Agreement Dated 3/9/2010 |
| KURZ, KARL F.<br>19631 DESERT IVY<br>HOUSTON, TX 77094 | Non-Disclosure Agreement Dated 10/10/2010 |
| L-CON CONSTRUCTORS COMPANY<br>PO BOX 192865<br>LITTLE ROCK, AR 72219-2865 | Master Service Agreement Dated 12/8/2009 |
| L.T. HAWTHORNE<br>ATTN: TOM HAWTHORNE<br>2496 CO RD 413<br>KIRBYVILLE, TX 75956 | Letter of Intent Agreement Dated 11/5/2010 |
| LANZATECH<br>385 WEST ARMY TRAIL ROAD<br>#140388<br>BLOOMINGDALE, IL 60108 | Non-Disclosure Agreement Dated 10/14/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                            ,        Case No.   **14-12514 (CSS)**
                        **Debtor**                                                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LANZATECH<br>ATTN: WILL BARKER<br>725-C  E. IRVING PARK ROAD<br>ROSELLE, IL 60172 | Mutual Non-Disclosure Agreement Dated 8/18/2011 |
| LARSON & MCGOWIN<br>PO BOX 2143<br>MOBILE, AL 36607 | Landsat Data for Natchez Agreement Dated 11/14/2012 |
| LARSON & MCGOWIN<br>10 N FLORIDA ST.<br>MOBILE, AL 36607 | Confidentiality Agreement Dated 11/16/2012 |
| LECO CORPORATION<br>3000 LAKEVIEW AVE<br>ST. JOSEPH, MI 49085 | Non-Disclosure Agreement Dated 11/26/2012 |
| LEGGETT TECHNICAL CONSULTING<br>8235 SUNNYSEA DRIVE<br>PLAYA DEL REY, CA 90293 | Consulting Agreement Dated 10/23/2013 |
| LELAND, D. MARK<br>ADDRESS ON FILE | Indemnification Agreement |
| LIBERTY MUTUAL INS CO<br>1818 MARKET STE<br>STE 1730<br>PHILADELPHIA, PA 19103 | Insurance Policy - Commercial Property  Program |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                        ,          Case No.   **14-12514 (CSS)**
                              **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LIFE CYCLE ASSOCIATES, LLC<br>985 PORTOLA ROAD<br>PORTOLA VALLEY, CA 94028 | Mutual Non-Disclosure Agreement Dated 6/2/2009 |
| LIGHTHOUSE CAPITAL PARTNERS<br>3555 ALAMEDA DE LAS PULGAS<br>MENLO PARK, CA 94025 | Non-Disclosure Agreement Dated 10/22/2009 |
| LOSS CONTROL SERVICES<br>ATTN: JORGE L. LOPEZ-PARES<br>541 PLAIN STREET<br>MARSHFIELD, MA 2050 | Non-Disclosure Agreement Dated 5/25/2010 |
| LOWNDES COUNTY BOARD OF SUPERVISORS<br>ATTN: PRESIDENT<br>P.O. BOX 1384<br>COLUMBUS, MS 39703-1384 | City of Columbus - Memorandum of Understanding Agreement Dated 1/31/2011 |
| LOWNDES COUNTY BOARD OF SUPERVISORS<br>ATTN: PRESIDENT<br>P.O. BOX 1384<br>COLUMBUS, MS 39703-1384 | PILOT Agreement - Ad Valorem Taxes Dated 9/16/2010 |
| LOWNDES COUNTY PORT AUTHORITY<br>1102 MAIN STREET<br>COLUMBUS, MS 39701 | City of Columbus - Memorandum of Understanding Agreement Dated 1/31/2011 |
| LOWNDES COUNTY PORT AUTHORITY<br>PO BOX 1406<br>COLUMBUS, MS 39703 | Memorandum of Understanding Agreement Dated 4/14/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   <u>KiOR, Inc.</u>                                    ,          Case No.   <u>14-12514 (CSS)</u>
                     **Debtor**                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LOWNDES COUNTY PORT AUTHORITY PO BOX 1406 COLUMBUS, MS 39703 | Lease Agreement Dated 3/11/2011 |
| LOWNDES COUNTY PORT AUTHORITY PO BOX 1406 COLUMBUS, MS 39703 | Special Warranty Deed Agreement Dated 12/8/2011 |
| LOWNDES COUNTY PORT AUTHORITY PO BOX 1406 COLUMBUS, MS 39703 | Temporary Construction Easement Agreement Dated 1/31/2011 |
| LOWNDES COUNTY TAX ASSESSOR P.O. BOX 1077 COLUMBUS, MS 39703 | PILOT Agreement - Ad Valorem Taxes Dated 9/16/2010 |
| LYLE, WALLACE ADDRESS ON FILE | Indemnification Agreement |
| MALCERA, LLC 4804 AVRON BLVD. METAIRIE, LA 70006 | Non-Disclosure Agreement Dated 9/28/2011 |
| MALVERN INSTRUMENTS, INC. 21543 NETWORK PLACE CHICAGO, IL 60673-1215 | Non-Disclosure Agreement Dated 8/12/2013 |

B6G (Official Form 6G) (12/07) – Cont.

In re   KiOR, Inc.                                             ,          Case No.   14-12514 (CSS)
                          Debtor                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MANSFIELD OIL<br>ATTN: LYNN FINK, LEGAL<br>1025 AIRPORT PARKWAY<br>GAINESVILLE, GA 30501 | Non-Disclosure Agreement Dated 6/8/2012 |
| MATHESON TRI GAS - DALLAS<br>PO BOX 845502<br>DALLAS, TX 75284-5502 | Hydrogen On-Site Supply Agreement for Columbus Dated 12/10/2010 |
| MATHESON TRI GAS - DALLAS<br>PO BOX 845502<br>DALLAS, TX 75284-5502 | Nitrogen Product Supply Agreement Dated 5/24/2010 |
| MATHESON TRI GAS - DALLAS<br>PO BOX 845502<br>DALLAS, TX 75284-5502 | Bulk Nitrogen Supply Agreement for Pasadena Dated 11/14/2008 |
| MAY, LESLIE J<br>ADDRESS ON FILE | Consulting Agreement Dated 5/8/2014 |
| MCDONOUGH ELEVATORS<br>8411 VILLA DRIVE<br>HOUSTON, TX 77061 | Elevator Maintenance Quote Agreement Dated 3/15/2014 |
| MCGRIFF, SEIBELS & WILLIAMS INC<br>ATTN: BAIN HEAD<br>318 TOWN COUNTRY BLVD<br>STE 500<br>HOUSTON, TX 77024 | Non-Disclosure Agreement Dated 3/31/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                                    ,                    Case No.   **14-12514 (CSS)**
                          Debtor                                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MCMILLAN, MICHAEL<br>ADDRESS ON FILE | Consulting Agreement Dated 1/17/2011 |
| MCSWEENEY'S INC.<br>3840 SOUTH COUNTY ROAD 15<br>SOUTH POINT, OH 45680 | Non-Disclosure Agreement Dated 2/25/2010 |
| MECS, INC.<br>14522 SOUTH OUTER 40<br>CHESTERFIELD, MO 63017 | Engineering and License Agreement Dated 1/21/2011 |
| MELO, JOHN<br>ADDRESS ON FILE | Indemnification Agreement |
| MENDEL BIOTECHNOLOGY, INC.<br>3935 POINT EDEN WAY<br>HAYWARD, CA 94545 | Non-Disclosure Agreement Dated 10/6/2011 |
| MERIPLEX COMMUNICATIONS<br>500 10111 RICHMOND AVENUE<br>HOUSTON, TX 77042 | Sales Order Agreement Dated 8/21/2012 |
| MERRICK INDUSTRIES, INC.<br>10 ARTHUR DRIVE<br>LYNN HAVEN, FL 32444 | Non-Disclosure Agreement Dated 8/22/2012 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                         ,          Case No.   **14-12514 (CSS)**
                    Debtor                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MEYER HOSKING<br>HIGHVIEW HOUSE<br>TATTENHAM CRESCENT<br>EPSOM DOWNS<br>SURREY, KT18 5QJ UNITED KINGDOM | General Terms of Business Agreement Dated 3/23/2009 |
| MICROFLUIDICS<br>90 GLACIER DR<br>SUITE 1000<br>WESTWOOD, MA 2090 | Mutual Non-Disclosure Agreement Dated 3/1/2014 |
| MICROMERITICS INSTRUMENT CORP<br>4536 COMMUNICATIONS DR<br>NORCROSS, GA 30093 | Non-Disclosure Agreement Dated 3/22/2011 |
| MICROSOFT LICENSING, GP<br>1950 N. STEMMONS FWY, STE 5010<br>DALLAS, TX 75207 | Licensing Sales Tax Terms & Agreement Dated 12/3/2012 |
| MICROSOFT LICENSING, GP<br>1950 N. STEMMONS FWY, STE 5010<br>DALLAS, TX 75207 | Program Signature Form Agreement Dated 12/3/2012 |
| MICROSOFT LICENSING, GP<br>1950 N. STEMMONS FWY, STE 5010<br>DALLAS, TX 75207 | Software Finance Agreement Dated 11/29/2012 |
| MICROTRAC<br>ATTN: TONI WEIGEL<br>12501-A 62ND STREET NORTH<br>LARGO, FL 33773 | Mutual Non-Disclosure Agreement Dated 4/29/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re   KiOR, Inc.                                        ,          Case No.   14-12514 (CSS)
                    **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MISSISSIPPI DEVELOPMENT AUTHORITY 501 NORTH WEST STREET JACKSON, MS 39201 | Grant Agreement - Characterization of KiOR Recued Dated 7/1/2011 |
| MISSISSIPPI DEVELOPMENT AUTHORITY 501 NORTH WEST STREET JACKSON, MS 39201 | Memorandum of Understanding Agreement Dated 11/10/2010 |
| MISSISSIPPI DEVELOPMENT AUTHORITY 501 NORTH WEST STREET JACKSON, MS 39201 | Grant Agreement - Alcorn State University Dated 10/13/2011 |
| MISSISSIPPI DEVELOPMENT AUTHORITY 501 NORTH WEST STREET JACKSON, MS 39201 | Grant Agreement - Mississippi State University Dated 10/13/2011 |
| MISSISSIPPI DEVELOPMENT AUTHORITY 501 NORTH WEST STREET JACKSON, MS 39201 | PILOT Agreement - Ad Valorem Taxes Dated 9/16/2010 |
| MISSISSIPPI STATE UNIVERSITY PO BOX 5247 MISSISSIPPI STATE, MS 39762 | Mississippi State University - Mutual Memorandum of Understanding Agreement Dated 3/9/2011 |
| MISSISSIPPI STATE UNIVERSITY 175  PRESIDENT CIRCLE MISSISSIPPI STATE, MS 39762 | Non-Disclosure Agreement Dated 2/3/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                         ,          Case No.   **14-12514 (CSS)**
                        Debtor                                                                  (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MISSISSIPPI STATE UNIVERSITY CHEMISTRY LAB<br>1145 HAND LAB<br>310 PRESIDENT'S CR<br>MISSISSIPPI STATE, MS 39762-5622 | Non-Disclosure Agreement Dated 3/13/2012 |
| MISTRAS GROUP<br>195 CLARKSVILLE ROAD<br>PRINCETON, NJ 08550 | Service Agreement Dated 3/12/2013 |
| MOBILE MODULAR<br>4445 EAST SAM HOUSTON PKWY SO.<br>PASADENA, TX 77505-3912 | Equipment Lease Agreement Dated 5/7/2009 |
| MOBILE MODULAR<br>4445 EAST SAM HOUSTON PKWY SO.<br>PASADENA, TX 77505-3912 | Equipment Lease Agreement Dated 12/1/2009 |
| MOBILE MODULAR<br>4445 EAST SAM HOUSTON PKWY SO.<br>PASADENA, TX 77505-3912 | Equipment Lease Agreement Dated 12/7/2008 |
| MOBILE MODULAR<br>4445 EAST SAM HOUSTON PKWY SO.<br>PASADENA, TX 77505-3912 | Lease Agreement Dated 2/14/2011 |
| MOBILE MODULAR<br>4445 EAST SAM HOUSTON PKWY SO.<br>PASADENA, TX 77505-3912 | Lease Agreement Dated 8/30/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                    ,          Case No.  **14-12514 (CSS)**
                    Debtor                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MOBILE MODULAR 4445 EAST SAM HOUSTON PKWY SO. PASADENA, TX 77505-3912 | Lease Agreement Dated 8/22/2011 |
| MOBILE MODULAR 4445 EAST SAM HOUSTON PKWY SO. PASADENA, TX 77505-3912 | Lease Agreement Dated 3/14/2013 |
| MOBIUS RISK GROUP, LLC ATTN: CASEY RAGSDALE 3 RIVERYWAY SUITE 1700 HOUSTON, TX 77056 | Mutual Non-Disclosure Agreement Dated 6/7/2012 |
| MODULAR SPACE CORPORATION 1200 SWEDESFORD ROAD BERWYN, PA 19312 | Vendor Terms and Conditions Agreement Dated 1/5/2012 |
| MOELIS 399 PARK AVENUE 5TH FLOOR NEW YORK, NY 10022 | Non-Disclosure Agreement Dated 4/30/2014 |
| MOORE ANALYTICAL 17300 MERCURY DRIVE SUITE 200 HOUSTON, TX 77058 | Non-Disclosure Agreement Dated 5/22/2014 |
| MORGAN MATERIALS ATTN: DONALD SADKIN 380 VULCAN STREET BUFFALO, NY 14207 | Non-Disclosure Agreement Dated 8/27/2012 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                                      ,                    Case No.   **14-12514 (CSS)**
                          **Debtor**                                                                                 **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MOSES, CLIFFORD<br>211 HIDDEN POINTE<br>NEW BRAUNFELS, TX 78132 | Non-Disclosure Agreement Dated 6/30/2011 |
| MOSTRA ENERGY DEVELOPMENT<br>ATTN: JONATHAN L. PHILLIPS<br>1415 LOUISIANA ST<br>HOUSTON, TX 77002 | Non-Disclosure Agreement Dated 1/11/2011 |
| MOTT CORPORATION<br>84 SPRING LANE<br>FARMINGTON, CT 06032 | Mutual Non-Disclosure Agreement Dated 10/29/2010 |
| MTEC PHOTOACOUSTICS, INC<br>3507 OAKLAND<br>AMES, IA 50014 | Mutual Non-Disclosure Agreement Dated 10/1/2013 |
| MUSE, STANCIL & CO.<br>15455 DALLAS PARKWAY<br>ADDISON, TX 75001-4690 | Consulting Agreement Dated 8/20/2010 |
| NALCO COMPANY<br>1601 W. DIEHL ROAD<br>NAPERVILLE, IL 60563 | Non-Disclosure Agreement Dated 2/24/2011 |
| NALCO COMPANY<br>1601 W. DIEHL ROAD<br>NAPERVILLE, IL 60563 | Mutual Non-Disclosure Agreement Dated 10/5/2012 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                         ,                    Case No.   **14-12514 (CSS)**
                              Debtor                                                                            (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NASDAQ<br>401 MARKET STREET<br>PHILADELPHIA, PA 19106 | Service Order Agreement Dated 6/24/2014 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA (AIG)<br>175 WATER STREET<br>NEW YORK, NY 10038-4969 | Insurance Policy - Commercial Crime |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA (AIG)<br>175 WATER STREET<br>NEW YORK, NY 10038-4969 | Insurance Policy - Employment Practices Liability |
| NESCOM INC.<br>11 WASHINGTON STREET<br>HAWTHORNE, NJ 07506 | Consulting Agreement Dated 11/12/2012 |
| NESCOM INC.<br>11 WASHINGTON STREET<br>HAWTHORNE, NJ 07506 | Purchase Order & Terms Agreement Dated 11/12/2012 |
| NESTLE WATERS NORTH AMERICA<br>PO BOX 856680<br>LOUISVILLE, KY 40285-6680 | Service Agreement Dated 1/26/2012 |
| NESTLE WATERS NORTH AMERICA<br>PO BOX 856680<br>LOUISVILLE, KY 40285-6680 | Service Agreement Dated 3/13/2014 |

B6G (Official Form 6G) (12/07) – Cont.

In re __KiOR, Inc._____,          Case No.__14-12514 (CSS)____
                    Debtor                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NESTLE WATERS NORTH AMERICA<br>PO BOX 856680<br>LOUISVILLE, KY 40285-6680 | Service Agreement Dated 1/7/2013 |
| NIMBLE STORAGE<br>211 RIVER OAKS PARKWAY<br>SAN JOSE, CA 95134 | Product Trial Agreement Dated 4/19/2013 |
| NORFOLK SOUTHERN RAILWAY<br>3 COMMERCIAL PL<br>#100<br>NORFOLK, VA 23510 | Non-Disclosure Agreement Dated 5/24/2013 |
| NORTH AMERICAN PROCUREMENT CO.<br>2301 US HIGHWAY 69 SOUTH<br>WOODVILLE, TX 75979 | Feedstock Supply Agreement Dated 9/28/2012 |
| NORTH CAROLINA STATE UNIVERSITY<br>ATTN: COMPLIANCE OFFICER<br>OFFICE OF TECHNOLOGY TRANSFER<br>CAMPUS BOX 8210<br>NORTH CAROLINA STATE UNIVERSITY<br>RALEIGH, NC 27695-8210 | Non-Disclosure Agreement Dated 8/22/2013 |
| NOVA MOLECULAR TECHNOLOGIES<br>10200 BAY AREA BLVD<br>PASADENA, TX 77507 | Non-Disclosure Agreement Dated 10/30/2013 |
| O'CONNOR, PAUL<br>ADDRESS ON FILE | Consulting Agreement Dated 11/1/2007 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                                    ,          Case No.   **14-12514 (CSS)**
                          Debtor                                                                          (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| O'CONNOR, PAUL<br>ADDRESS ON FILE | Indemnification Agreement |
| ODL<br>ATTN: MARGARET WOOD<br>17000 KATY FREEWAY<br>SUITE 150<br>HOUSTON, TX 77094 | Mutual Non-Disclosure Agreement Dated 2/3/2014 |
| OIL PRICE INFORMATION SERVICE LLC<br>9737 WASHINGTON BLVD., SUITE 200<br>GAITHERSBURG, MD 20878 | Oil Price Information Service Agreement Dated 10/18/2012 |
| ON ASSIGNMENT LAB SUPPORT<br>26651 WEST AGOURA ROAD<br>CALABASAS, CA 91302 | Lab Support Staffing Agreement Dated 5/18/2010 |
| OSO NEGRO, LLC<br>727 BUNKER HILL ROAD / SUITE NO.41<br>HOUSTON, TX 77024 | Consulting Agreement Dated 9/12/2011 |
| PACIFIC INDUSTRIAL DEVELOPMENT<br>ATTN: DR. JOHN W. NOVAK JR<br>4788 RUNWAY BLVD<br>ANN ARBOR, MI 48108 | Non-Disclosure Agreement Dated 6/6/2013 |
| PALMETTO WATER SOLUTIONS<br>175-B RICH LEX DRIVE<br>LEXINGTON, SC 29072 | Non-Disclosure Agreement Dated 10/27/2013 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**_____ ,        Case No.__**14-12514 (CSS)**___
                        **Debtor**                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PARKWOOD INTERNATIONAL<br>3550 PARKWOOD<br>SUITE 500<br>FRISCO, TX 75034 | Service Fee Letter Agreement Dated 11/9/2011 |
| PARTICULATE SOLID RESEARCH, INC.<br>4201 W. 36TH STREET<br>CHICAGO, IL 60632 | Non-Disclosure Agreement Dated 7/17/2008 |
| PASSMORE GROUP<br>ATTN: JEFF PASSMORE, CEO<br>7064 SHADOW RIDGE DR<br>OTTAWA, ON K4P 1B8 CANADA | Non-Disclosure Agreement Dated 6/1/2012 |
| PATERSON, DAVID J.<br>C/O VERSO PAPER CORP.<br>6775 LENOX CENTER COURT<br>SUITE 400<br>MEMPHIS, TN 38115 | Indemnification Agreement |
| PAYCHEX - WC AUDIT PREM<br>PO BOX 911931<br>DALLAS, TX 75391-1931 | Client Service Agreement Dated 1/1/2009 |
| PAYLOCITY<br>3850 N WILKE ROAD<br>ARLINGTON HEIGHTS, IL 60004 | Texas Workforce Commission Representation Agreement Dated 2/14/2014 |
| PEARCE, JOHN | Consulting Agreement Dated 5/22/2008 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                            ,                              Case No.   **14-12514 (CSS)**
                              Debtor                                                                         (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PEARSON, GREGORY<br>ADDRESS ON FILE | Consulting Agreement Dated 5/1/2014 |
| PECCATIELLO ENGINEERING, CATALYTIC CRACKING SOLUTIONS, LLC<br>1410 LOWE AVE.<br>BELLINGHAM, WA 98229 | Non-Disclosure Agreement Dated 10/13/2010 |
| PERMANENTE<br>ATTN: MARC A. SEIDNER, PRESIDENT<br>10250 CONSTELLATION BLVD<br>SUITE 2810<br>LOS ANGELES, CA 90067 | Non-Disclosure Agreement Dated 3/8/2014 |
| PETROLAB COMPANY, LLC<br>2001 N. INDIANWOOD AVENUE<br>BROKEN ARROW, OK 74012 | Non-Disclosure Agreement Dated 3/15/2013 |
| PETROTECH CONSULTANTS, LLC<br>3 BEDFORD TERRACE<br>MANTUA, NJ 08051 | Consulting Agreement Dated 8/10/2009 |
| PETROTECH CONSULTANTS, LLC<br>3 BEDFORD TERRACE<br>MANTUA, NJ 08051 | Mutual Non-Disclosure Agreement Dated 11/17/2010 |
| PIPER JAFFRAY COMPANIES<br>ATTN: J. THOMAS HALVERSON<br>800 NICOLLET MALL J10N01<br>MINNEAPOLIS, MN 55402 | Non-Disclosure Agreement Dated 1/3/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re __KiOR, Inc._____,        Case No.__14-12514 (CSS)_____
                    Debtor                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PLATTS<br>PO BOX 848093<br>DALLAS, TX 75284-8093 | Order Form Agreement Dated 6/30/2011 |
| POLICY NAVIGATION GROUP<br>8603 VIRGINIA AVENUE<br>ANNADALE, VA 22003 | Service Agreement Dated 6/1/2012 |
| POPE SCIENTIFIC<br>351 NORTH DEKORA WOODS BLVD<br>SAUKVILLE, WI 53080 | Non-Disclosure Agreement Dated 3/12/2011 |
| PORT ROYAL RESEARCH, LLC<br>61 S. PORT ROYAL DRIVE<br>HILTON HEAD ISLAND, SC 29928 | Non-Disclosure Agreement Dated 3/12/2013 |
| PORTELA, MR. MARIO<br>15 ENGLISH HEATHER PLACE<br>THE WOODLANDS, TX 77382 | Non-Disclosure Agreement Dated 4/26/2012 |
| POWDER PROCESSING AND TECHNOLOGY<br>ATTN: ALAN SUKOVICH<br>5103 EVANS AVE<br>VALPARAISO, IN 46383 | Non-Disclosure Agreement Dated 5/21/2013 |
| PREEM AB<br>ATTN: PETER ABRAHAMSSON<br>WARFVINGES VAG 45<br>STOCKHOLM, 112 51 SWEDEN | Non-Disclosure Agreement Dated 9/21/2012 |

B6G (Official Form 6G) (12/07) – Cont.

In re  **KiOR, Inc.**_____,          Case No.__**14-12514 (CSS)**___
                    Debtor                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PREMIER LABORATORY<br>1238 E. BEAMER ST.<br>STE. A<br>WOODLAND, CA 95776 | Non-Disclosure Agreement Dated 3/26/2011 |
| PRESIDO<br>INX, LLC, A PRESIDO COMPANY<br>1157 KATY FREEWAY<br>SUITE 1150<br>HOUSTON, TX 77079 | Data Domain Service Agreement Dated 8/29/2012 |
| PRICEWATERHOUSECOOPERS LLP<br>1201 LOUISIANA<br>HOUSTON, TX 77002-5678 | Statement of Work Agreement Dated 2/1/2014 |
| PRICEWATERHOUSECOOPERS LLP<br>1201 LOUISIANA<br>HOUSTON, TX 77002-5678 | Non-Disclosure Agreement - Berg, Charles - Dated 9/21/2009 |
| PRICEWATERHOUSECOOPERS LLP<br>1201 LOUISIANA<br>HOUSTON, TX 77002-5678 | Non-Disclosure Agreement - Baumgarter, Tiffany - Dated 9/21/2009 |
| PRICEWATERHOUSECOOPERS LLP<br>1201 LOUISIANA<br>HOUSTON, TX 77002-5678 | Non-Disclosure Agreement Dated 7/16/2009 |
| PRIORITY POWER MANAGEMENT, LLC<br>ATTN: PADRAIG ENNIS<br>310 W. WALL ST<br>SUITE 500<br>MIDLAND, TX 79701 | Non-Disclosure Agreement Dated 5/9/2013 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                      ,        Case No.   **14-12514 (CSS)**
           Debtor                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PRIORITY POWER MANAGEMENT, LLC<br>ATTN: PADRAIG ENNIS<br>310 W. WALL ST<br>SUITE 500<br>MIDLAND, TX 79701 | Consulting Agreement Dated 5/7/2009 |
| PROCESS AND POWER, INC.<br>3869 NEW GETWELL<br>MEMPHIS, TN 38118 | Credit Terms & Conditions Agreement Dated 3/6/2012 |
| PROCESS NMR ASSOCIATES<br>ATTN: JOHN EDWARDS<br>87A SAND PIT RD<br>DANBURY, CT 06810 | Non-Disclosure Agreement Dated 1/17/2013 |
| PSC INDUSTRIAL OUTSOURCING<br>5151 SAN FELIPE<br>HOUSTON, TX 77056 | Mutual Non-Disclosure Agreement Dated 11/8/2013 |
| PT PLATINUM CONSULTING LLC<br>2300 VALLEY VIEW LN #635<br>IRVING, TX 75062 | Consulting Agreement Dated 2/24/2011 |
| QUANTACHROME CORP<br>DBA LABQMC<br>1900 CORPORATE DRIVE<br>BOYTON BEACH, FL 33426 | Non-Disclosure Agreement Dated 4/14/2011 |
| RANGE FUELS, INC.<br>6529 WASHINGTON ST<br>DENVER, CO 80229 | Non-Disclosure Agreement Dated 11/2/2009 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                      ,          Case No.  **14-12514 (CSS)**
                    **Debtor**                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RANGE FUELS, INC.<br>6529 WASHINGTON ST<br>DENVER, CO 80229 | Mutual Non-Disclosure Agreement Dated 3/31/2010 |
| RAYONIER FOREST RESOURCES<br>1901 ISLAND WALKWAY<br>FERNANDINA BEACH, FL 32034 | Non-Disclosure Agreement Dated 11/7/2012 |
| REFINERY TECHNOLOGY INC<br>14550 TORREY CHASE BLVD.<br>SUITE 650<br>HOUSTON, TX 77014 | Non-Disclosure Agreement Dated 4/8/2013 |
| REFINING SCIENCES, LLC<br>14037 S. KINGSTON AVE<br>BIXBY, OK 74008 | Consulting Agreement Dated 10/22/2012 |
| REGIONS INSURANCE, INC.<br>DEPT. 1964, PO BOX 2153<br>BIRMINGHAM, AL 35287-1964 | Non-Disclosure Agreement Dated 1/17/2011 |
| RENEWABLE ENERGY SOLUTIONS<br>ATTN: WILLEM MALHERBE<br>22 PLATAAN CRESCENT<br>VREDEKLOOF<br>CAPE TOWN, 7560 SOUTH AFRICA | Non-Disclosure Agreement Dated 6/30/2011 |
| RESCENTRIS<br>4100 REGENT ST<br>SUITE M1<br>COLUMBUS, OH 43219 | Non-Disclosure Agreement Dated 2/15/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                              ,                    Case No.   **14-12514 (CSS)**
                          Debtor                                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RESCENTRIS<br>4100 REGENT ST<br>SUITE M1<br>COLUMBUS, OH 43219 | Rescentris Software License Agreement Dated 3/24/2011 |
| RESEARCH DATA GROUP AKA RDG FILINGS<br>3450 3RD ST. #3-F<br>SAN FRANCISCO, CA 94124 | XBRL Tagging and Service Agreement Dated 4/29/2013 |
| RESEARCH DATA GROUP AKA RDG FILINGS<br>3450 3RD ST. #3-F<br>SAN FRANCISCO, CA 94124 | XBRL Tagging and Service Agreement Dated 5/19/2014 |
| RICE UNIVERSITY/SEA<br>(BRC) ROOM 210C<br>6500 MAIN STREET<br>HOUSTON, TX 77005 | Shared Equipment Use Agreement Dated 1/7/2013 |
| RICE, CONDOLEEZZA<br>C/O STANFORD UNIVERSITY<br>434 GALVEZ MALL<br>STANFORD, CA 94305-6010 | Indemnification Agreement |
| RICHTON TIE AND TIMBER, LLC<br>PO BOX 606<br>PETAL, MS 39465 | Letter of Intent - Research Agreement Dated 3/9/2011 |
| RIVE TECHNOLOGIES<br>ATTN: THOMAS R THOMAS<br>1 DEER PARK DRIVE<br>STE A<br>MONMOUTH JUNCTION, NJ 8852 | Mutual Non-Disclosure Agreement Dated 1/18/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re  **KiOR, Inc.**_____,        Case No.__14-12514 (CSS)___
            Debtor                                                           (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ROACH, WILLIAM<br>ADDRESS ON FILE | Indemnification Agreement |
| ROBERT HALF<br>PO BOX 743295<br>SAN RAMON, CA 94583 | Master Service Agreement - E-Discovery Dated 1/8/2014 |
| ROBERT HALF<br>PO BOX 743295<br>SAN RAMON, CA 94583 | Statement of Work - E-Discovery Agreement Dated 1/8/2014 |
| RUDOLPH RESEARCH ANALYTICAL CORP.<br>55 NEWBURGH ROAD<br>HACKETTSTOWN, NJ 07840 | Commercial Credit Application Agreement Dated 11/7/2012 |
| S & B ENGINEERS<br>ATTN: J.D. SLAUGHTER<br>7825 PARK PLACE BLVD<br>HOUSTON, TX 77087 | Mutual Non-Disclosure Agreement Dated 2/11/2009 |
| S.G. FRANTZ COMPANY<br>ATTN: JENS DAHL, PRESIDENT<br>1507 BRANAGAN DRIVE<br>TULLYTOWN, PA 19007 | Non-Disclosure Agreement Dated 8/5/2011 |
| SAFESITE INC.<br>9505 JOHNNY MORRIS ROAD<br>AUSTIN, TX 78724 | Safekeeping Agreement Dated 8/16/2013 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                         ,        Case No.   **14-12514 (CSS)**
                        Debtor                                                           (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SAFWAY SERVICES, LLC<br>655 HURON AVE.<br>MEMPHIS, TN 38107 | Non-Disclosure Agreement Dated 5/29/2013 |
| SAMSUNG FIRE & MARINE INS CO<br>EULJIRO 1-GA<br>JUNG-GU<br>SEOUL, KOREA, DEMOCRATIC PEOPLE'S<br>REPUBLIC OF | Insurance Policy - Commercial Property  Program |
| SCA FOREST PRODUCTS AB<br>ATTN: ANDERS HULTGREN, SCA ENERGY<br>SKEPPARPLATSEN 1<br>SUNDSVALL, SE-851 88 SWEDEN | Mutual Non-Disclosure Agreement Dated 9/18/2012 |
| SHARP, ROBERT<br>ADDRESS ON FILE | Consulting Agreement Dated 7/15/2014 |
| SHAW ENERGY & CHEMICALS<br>4171 ESSEN LANE<br>BATON ROUGE, LA 70809 | Non-Disclosure Agreement Dated 9/10/2009 |
| SHAW ENERGY & CHEMICALS<br>4171 ESSEN LANE<br>BATON ROUGE, LA 70809 | Non-Disclosure Agreement Dated 7/20/2010 |
| SILVER LAKE KRAFTWERK<br>2020 PIONEER COURT<br>SAN MATEO, CA 94403 | Non-Disclosure Agreement Dated 3/20/2013 |

B6G (Official Form 6G) (12/07) – Cont.

In re __KiOR, Inc._____,  Case No.__14-12514 (CSS)____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SILVERSON MACHINES INC.<br>355 CHESTNUT STREET<br>EAST LONGMEADOW, MA 01028 | Equipment Lease Trial Agreement Dated 10/10/2011 |
| SMD PRODUCTS<br>8515 HERRINGTON CT<br>PEVELY, MO 63070 | Non-Disclosure Agreement Dated 11/8/2013 |
| SMITH ENGINEERING SERVICES<br>9207 STINGRAY COURT<br>TEXAS CITY, TX 77591 | Non-Disclosure Agreement Dated 6/8/2009 |
| SMITH, DONALD<br>907 NEWBERRY SHORES DRIVE<br>PROSPERITY, SC 29127 | Consulting Agreement Dated 2/13/2012 |
| SOFTCHOICE<br>55 WAUGH, STE 220<br>HOUSTON, TX 77007 | Assessment Services Agreement Dated 11/15/2012 |
| SOFTCHOICE<br>ATTN: SOFTCHOICE CORPORATION<br>1175 NORTH SERVICE ROAD, WEST<br>SUITE 105<br>OAKVILLE, ON L6M 2W1 CANADA | Statement of Work Agreement Dated 10/3/2013 |
| SOFTCHOICE<br>ATTN: SOFTCHOICE CORPORATION<br>1175 NORTH SERVICE ROAD, WEST<br>SUITE 105<br>OAKVILLE, ON L6M 2W1 CANADA | Cisco UCS Data Deployment Agreement Dated 5/24/2013 |

B6G (Official Form 6G) (12/07) – Cont.

In re   KiOR, Inc.                                                   ,            Case No.  14-12514 (CSS)
                          Debtor                                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SOLVAY UNITED STATES INC.<br>8 CEDARBROOK DR.<br>CRANBURY, NJ 08512 | Master Service Agreement Dated 11/20/2013 |
| SOLVAY UNITED STATES INC.<br>8 CEDARBROOK DR.<br>CRANBURY, NJ 08512 | Non-Disclosure Agreement Dated 11/18/2013 |
| SOLVEX PROCESSING<br>ATTN: G. JASON HENSLEY, VICE PRESIDENT<br>731 FM 1127 ROAD<br>SHEPHERD, TX 77371 | Non-Disclosure Agreement Dated 8/1/2012 |
| SOUTH MISSISSIPPI ELECTRIC<br>ATTN: ROGER SMITH<br>P.O. BOX 15849<br>HATTIESBURG, MS 39404-5849 | Letter of Intent Agreement Dated 5/31/2011 |
| SOUTHERN IONICS<br>201 COMMERCE ST<br>WEST POINT, MS 39773 | Lease Agreement Dated 8/22/2014 |
| SOUTHERN IONICS<br>12901 BAY PARK ROAD<br>PASADENA, TX 77507 | Non-Disclosure Agreement Dated 9/7/2010 |
| SOUTHWEST RESEARCH INSTITUTE<br>6220 CULEBRA ROAD<br>P.O. DRAWER 28510<br>SAN ANTONIO, TX 78228-0510 | Light-Duty Fuel Registration Testing Agreement Dated 5/7/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                    ,          Case No.  **14-12514 (CSS)**
                    **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
**(Continuation Sheet)**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SOUTHWEST RESEARCH INSTITUTE 6220 CULEBRA ROAD P.O. DRAWER 28510 SAN ANTONIO, TX 78228-0510 | Fuel Screening Agreement Dated 10/29/2010 |
| SOUTHWEST RESEARCH INSTITUTE 6220 CULEBRA ROAD P.O. DRAWER 28510 SAN ANTONIO, TX 78228-0510 | Light-Duty Fuel Registration Testing Agreement Dated 12/9/2010 |
| SOUTHWEST RESEARCH INSTITUTE 6220 CULEBRA ROAD P.O. DRAWER 28510 SAN ANTONIO, TX 78228-0510 | Fuel Screening Agreement Dated 2/1/2011 |
| SOUTHWEST RESEARCH INSTITUTE 6220 CULEBRA ROAD P.O. DRAWER 28510 SAN ANTONIO, TX 78228-0510 | Light-Duty Fuel Registration Testing Agreement Dated 3/31/2014 |
| SOUTHWEST RESEARCH INSTITUTE 6220 CULEBRA ROAD P.O. DRAWER 28510 SAN ANTONIO, TX 78228-0510 | Fuel Registration Testing Agreement for KiOR Inc. Dated 10/29/2010 |
| SOUTHWEST RESEARCH INSTITUTE 6220 CULEBRA ROAD P.O. DRAWER 28510 SAN ANTONIO, TX 78228-0510 | Testing Services Agreement Dated 8/1/2011 |
| SOUTHWEST RESEARCH INSTITUTE 6220 CULEBRA ROAD P.O. DRAWER 28510 SAN ANTONIO, TX 78228-0510 | Work Order Agreement Dated 12/1/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                              ,          Case No.  **14-12514 (CSS)**
                    Debtor                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SOUTHWEST RESEARCH INSTITUTE<br>6220 CULEBRA ROAD<br>P.O. DRAWER 28510<br>SAN ANTONIO, TX 78228-0510 | Work Order Agreement Dated 12/21/2010 |
| SOUTHWEST RESEARCH INSTITUTE<br>6220 CULEBRA ROAD<br>P.O. DRAWER 28510<br>SAN ANTONIO, TX 78228-0510 | Work Order Agreement Dated 8/1/2011 |
| SOUTHWEST RESEARCH INSTITUTE<br>6220 CULEBRA ROAD<br>P.O. DRAWER 28510<br>SAN ANTONIO, TX 78228-0510 | Project Variation Request Form Agreement Dated 11/5/2012 |
| SOUTHWEST RESEARCH INSTITUTE<br>6220 CULEBRA ROAD<br>P.O. DRAWER 28510<br>SAN ANTONIO, TX 78228-0510 | Project Variation Request Form Agreement Dated 7/2/2012 |
| SPL<br>8820 INTERCHANGE<br>HOUSTON, TX 77054 | Mutual Non-Disclosure Agreement Dated 4/25/2011 |
| SPX FLOW TECHNOLOGY - LIGHTNIN<br>C/O HASTIK-BAYMONT, INC.<br>2525 WEST BELLFORT,STE. 200<br>HOUSTON, TX 77207-6657 | Non-Disclosure Agreement Dated 8/13/2013 |
| ST1 REFINERY AB<br>ATTN: BO-ERIK SVENSSON, MANAGING DIRECTOR<br>BENSINVAGEN 10<br>418 34<br>GOTEBORG, SE-402 72 SWEDEN | Non-Disclosure Agreement Dated 4/9/2013 |

B6G (Official Form 6G) (12/07) – Cont.

In re  **KiOR, Inc.**                                    ,          Case No.  **14-12514 (CSS)**
                   **Debtor**                                                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| STAMIRES, DENNIS PO BOX 8309 NEWPORT BEACH, CA 92658 | Consulting Agreement Dated 11/1/2007 |
| STANDARD & POORS 2542 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | Analytical Services Agreement Dated 6/1/2010 |
| STANFORD BUSINESS SCHOOL 655 KNIGHT WAY STANFORD, CA 94305 | Company Case Study Release Agreement Dated 8/16/2013 |
| STARBASE AVIATION 11210 BLUME AVE HOUSTON, TX 77034 | Starbase Jet Open Charter Service Agreement Dated 2/24/2012 |
| STARCON INTERNATIONAL ATTN: DANIELLE BORTKA CONTRACTS ADMINISTRATOR 10610 FAIRMONT PARKWAY LA PORTE, TX 77571 | Non-Disclosure Agreement Dated 2/22/2012 |
| STATKRAFT LILLEAKERVEIEN 6 OSLO, 0216 NORWAY | Non-Disclosure Agreement Dated 6/2/2014 |
| STEADFAST INSURANCE COMPANY 1400 AMERICAN LANE SCHAUMBURG, IL 60196-1056 | Insurance Policy - Pollution Liability |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                              ,          Case No.   **14-12514 (CSS)**
                        Debtor                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| STERI TECHNOLOGIES, INC.<br>857 LINCOLN AVENUE<br>BOHEMIA, NY 11716 | Non-Disclosure Agreement Dated 6/10/2014 |
| STILLMEADOW, INC.<br>12852 PARK ONE DRIVE<br>SUGAR LAND, TX 77478 | Testing Services Agreement Dated 8/27/2011 |
| STRATEGIC SOLUTIONS TECHNOLOGY DEVELOPMENT<br>ATTN: SUBBARAMAN VISWANTHAN, PH.D.<br>5610 BALLINA CANYON LN.<br>HOUSTON, TX 77041 | Consulting Agreement Dated 4/15/2012 |
| STRESS ENGINEERING SERVICES INC<br>13800 WESTFAIR EAST DR<br>HOUSTON, TX 77041-1101 | Confidentiality Agreement Dated 2/1/2014 |
| STRONGHOLD<br>225 SOUTH 16TH STREET<br>LAPORTE, TX 77571 | Non-Disclosure Agreement Dated 1/31/2012 |
| SVEASKOG FORVALTNINGS AB<br>ATTN: ANN-BRITT EDFAST, VICE PRESIDENT R&D<br>TORSGATAN 4<br>STOCKHOLM, 105 22 SWEDEN | Non-Disclosure Agreement Dated 9/12/2012 |
| SYNTROLEUM<br>5416 SOUTH YALE<br>SUITE 400<br>TULSA, OK 74135 | Mutual Non-Disclosure Agreement Dated 6/18/2009 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                          ,          Case No.   **14-12514 (CSS)**
                        **Debtor**                                                          **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SYSTECH ENVIRONMENTAL<br>ATTN: THOMAS E. MOORE<br>3085 WOODMAN DRIVE<br>SUITE 300<br>DAYTON, OH 45420 | Non-Disclosure Agreement Dated 8/1/2012 |
| T.B. JONES LLC<br>1025 ASHLAND BLVD<br>CHANNELVIEW, TX 77530 | Non-Disclosure Agreement Dated 1/24/2013 |
| TECH-QUIP, INC.<br>11711 PLAYA COURT<br>HOUSTON, TX 77034 | Non-Disclosure Agreement Dated 2/6/2012 |
| TECHNIP<br>ATTN: TY WEBB, COMMERCIAL DIRECTOR<br>11700 KATY FREEWAY<br>HOUSTON, TX 77079 | Non-Disclosure Agreement Dated 4/23/2012 |
| TECHNIQUE RECRUITING<br>8060 ORCHARD COMMONS<br>LONG GROVE, IL 60047 | Recruiting Agreement Dated 4/15/2010 |
| TEMBEC<br>ATTN: DENNIS ROUNSVILLE<br>800 BOUL RENE-LEVESQUE QUEST<br>BUREAU 1050<br>MONTREAL, QC H3B 1X9 CANADA | Non-Disclosure Agreement Dated 9/6/2011 |
| TETRA TECH<br>3475 EAST FOOTHILL BOULEVARD<br>PASADENA, CA 91107-6024 | Contract Assignment Agreement Dated 4/1/2013 |

B6G (Official Form 6G) (12/07) – Cont.

In re **KiOR, Inc.**                                              ,                    Case No. **14-12514 (CSS)**
               Debtor                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TEXAS A&M ENGINEERING<br>200 TECHNOLOGY WAY<br>COLLEGE STATION, TX 77845-3424 | Letter of Agreement Dated 2/5/2014 |
| TEXAS A&M ENGINEERING<br>200 TECHNOLOGY WAY<br>COLLEGE STATION, TX 77845-3424 | Letter of Intent Agreement Dated 2/20/2013 |
| TEXAS A&M UNIVERSITY<br>6000 TAMU MS<br>COLLEGE STATION, TX 77843 | Letter of Intent Agreement Dated 10/28/2009 |
| THE ALTSCHULER COMPANY<br>ATTN: HARRY ALTSCHULER<br>P.O. BOX 75304<br>LOS ANGELES, CA 90075 | Engineering Search Consultants Agreement Dated 3/25/2009 |
| THE PRICE COMPANIES<br>218 MIDWAY RT.<br>MONTICELLO, AR 71655 | Mutual Non-Disclosure Agreement Dated 12/15/2009 |
| THOMAS & MULLER SYSTEMS LTD<br>80 GRAVEL PIKE<br>RED HILL, PA 18076 | Non-Disclosure Agreement Dated 8/25/2008 |
| TIAX LLC<br>35 HARTWELL AVE<br>LEXINGTON, MA 02421-3102 | Contract Assignment Agreement Dated 4/1/2013 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                          ,                    Case No.   **14-12514 (CSS)**
                          Debtor                                                                            (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TICKFORD POWERTRAIN TEST LTD<br>8 TANNERS DRIVE<br>MILTON KEYNES, 14 5BN UNITED KINGDOM | Work Order Agreement Dated 3/28/2012 |
| TM CHEMICALS<br>ATTN: CASEY BOROWSKI, PRESIDENT<br>2525 INDEPENDECE PARKWAY SOUTH<br>DEER PARK, TX 77536 | Mutual Non-Disclosure Agreement Dated 6/15/2011 |
| TPG GLOBAL<br>ATTN: GENERAL COUNSEL<br>301 COMMERCE STREET<br>SUITE 3300<br>FORT WORTH, TX 76102 | Non-Disclosure Agreement Dated 10/5/2012 |
| TRANS IONICS CORPORATION<br>ATTN: DR ROBERT C. SCHUCKER<br>2408 TIMBERLOCH PL<br>STE D-5<br>THE WOODLANDS, TX 77380-1020 | Mutual Non-Disclosure Agreement Dated 1/17/2013 |
| TRANSAMERICA RELIANCE TRUST<br>1150 SOUTH OLIVE STREET<br>LOS ANGELES, CA 90015 | 401K Custodial Agreement Dated 2/13/2014 |
| TRANSAMERICA RELIANCE TRUST<br>1150 SOUTH OLIVE STREET<br>LOS ANGELES, CA 90015 | Terms & Conditions Agreement Dated 8/22/2014 |
| TRANSMONTAIGNE<br>1670 BROADWAY<br>SUITE 3100<br>DENVER, CO 80202 | Terms & Conditions Agreement Dated 10/1/2015 |

B6G (Official Form 6G) (12/07) – Cont.

In re   KiOR, Inc.                                              ,          Case No.   14-12514 (CSS)
                              Debtor                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TRANSMONTAIGNE PRODUCT SERVICES<br>ATTN: RICK EATON<br>1670 BROADWAY<br>SUITE 3100<br>DENVER, CO 80202 | Mutual Non-Disclosure Agreement Dated 8/30/2012 |
| TRIPLEPOINT CAPITAL<br>ATTN: LEGAL DEPARTMENT<br>2755 SAND HILL RD<br>MENLO PARK, CA 94025 | Non-Disclosure Agreement Dated 10/17/2011 |
| TYCO GLOBAL FINANCIAL SOLUTIONS<br>40950 WOODWARD AVENUE, SUITE 201<br>BLOOMFIELD HILLS, MI 48304-5127 | Equipment Lease Agreement Dated 12/29/2011 |
| TYCO INTEGRATED SECURITY<br>ATTN: CHRISTOPHER HART<br>9310 KIRBY DR<br>HOUSTON, TX 77054-2515 | Commercial Sales Agreement Dated 9/11/2012 |
| TYCO INTEGRATED SECURITY<br>ATTN: CHRISTOPHER HART<br>9310 KIRBY DR<br>HOUSTON, TX 77054-2515 | Additional Equipment and/or Services Agreement Dated 10/24/2012 |
| TYCO INTEGRATED SECURITY<br>ATTN: CHRISTOPHER HART<br>9310 KIRBY DR<br>HOUSTON, TX 77054-2515 | Badge Access Control Agreement Dated 4/9/2013 |
| U.S. SPECIALTY INSURANCE COMPANY (HCC)<br>13403 NORTHWEST FREEWAY<br>HOUSTON, TX 77040 | Insurance Policy - Excess Side A Excess and Difference In Conditions Directros & Officers Liability |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                                    ,          Case No.   **14-12514 (CSS)**
                          **Debtor**                                                                         **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| UNIV. OF DAYTON RESEARCH INSTITUTE<br>300 COLLEGE PARK<br>DAYTON, OH 45469 | Testing Services Agreement Dated 11/21/2011 |
| UNIVERSITY OF NEVADA TESTING<br>1664 N. VIRGINIA STREET<br>BOR, NSHE OBO UNIVERSITY OF NEVADA, RENO<br>SPONSORED PROJECTS/MS 0325<br>RENO, NV 89557 | Testing Services Agreement Dated 6/12/2012 |
| UNIVERSITY OF OKLAHOMA<br>THE OFFICE OF TECHNOLOGY DEVELOPMENT<br>THREE PARTNERS PLACE<br>SUITE 120<br>201 DAVID L. BOREN BOULEVARD<br>NORMAN, OK 73019 | Non-Disclosure Agreement Dated 7/2/2010 |
| UNIVERSITY OF TENNESSEE<br>719 ANDY HOLT TOWER<br>KNOXVILLE, TN 37996-0170 | Non-Disclosure Agreement Dated 6/19/2014 |
| UT-BATTELLE<br>ONE BETHEL VALLEY ROAD<br>OAK RIDGE, TN 37830 | Non-Disclosure Agreement Dated 11/5/2013 |
| UTILITY MANAGEMENT CORPORATION<br>2508 LAKELAND DRIVE, SUITE 100<br>FLOWOOD, MS 39232 | Non-Disclosure Agreement Dated 4/13/2012 |
| VAINIERI CONSULTING<br>4097 FOUNDERS CLUB DRIVE<br>SARASOTA, FL 34240 | Non-Disclosure Agreement Dated 1/28/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re  KiOR, Inc.                                    ,          Case No.  14-12514 (CSS)
                    Debtor                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VALE S.A.<br>AVENIDA GRACA ARANHA N. 26<br>RIO DE JANEIRO, BRAZIL | Non-Disclosure Agreement Dated 3/27/2013 |
| VALICOR ENVIRONMENTAL SERVICES<br>107 VON BRAUN DR NW<br>HUNTSVILLE, AL 35806 | Non-Disclosure Agreement Dated 12/23/2013 |
| VASALOS, IACOVOS<br>DIMOKRATIAS 87<br>PANORAMA, GREECE | Collaboration Agreement Dated 2/1/2010 |
| VELIDI, RAM | Non-Disclosure Agreement Dated 3/19/2010 |
| VENTECH ENGINEERS, INC.<br>1149 ELLSWORTH<br>PASADENA, TX 77506 | Service Agreement Dated 1/31/2011 |
| VENTECH ENGINEERS, INC.<br>1149 ELLSWORTH<br>PASADENA, TX 77506 | Service Agreement Dated 12/31/2009 |
| VENTECH ENGINEERS, INC.<br>1149 ELLSWORTH<br>PASADENA, TX 77506 | Non-Disclosure Agreement Dated 1/27/2009 |

B6G (Official Form 6G) (12/07) – Cont.

In re  KiOR, Inc.                                                    ,          Case No.  14-12514 (CSS)
                        Debtor                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Abbott, Justin - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Badgett, Amanda - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Bright, Les - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Brower, Marquita - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Carrion, Joseph - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Chiu, Alfred - Dated 12/8/2009 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Durant, Sybrina - Dated 4/1/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                                              ,          Case No.   **14-12514 (CSS)**
                            **Debtor**                                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VENTECH ENGINEERS, INC.<br>1149 ELLSWORTH<br>PASADENA, TX 77506 | Non-Disclosure Agreement - Farber, Joel - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC.<br>1149 ELLSWORTH<br>PASADENA, TX 77506 | Non-Disclosure Agreement - Gibson, Neil - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC.<br>1149 ELLSWORTH<br>PASADENA, TX 77506 | Non-Disclosure Agreement - Griggs, George - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC.<br>1149 ELLSWORTH<br>PASADENA, TX 77506 | Non-Disclosure Agreement - Higoas, Hanna Lissa - Dated 12/8/2009 |
| VENTECH ENGINEERS, INC.<br>1149 ELLSWORTH<br>PASADENA, TX 77506 | Non-Disclosure Agreement - Hill, Kasey - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC.<br>1149 ELLSWORTH<br>PASADENA, TX 77506 | Non-Disclosure Agreement - House, Tim - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC.<br>1149 ELLSWORTH<br>PASADENA, TX 77506 | Non-Disclosure Agreement - Jones, Keith - Dated 4/1/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re  **KiOR, Inc.** _____,      Case No.  **14-12514 (CSS)** _____
                     **Debtor**                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Kwan, Stanley - Dated 12/8/2009 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Lobrid, Maria - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - May, S R - Dated 12/8/2009 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Mussbach, Andres - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Nainan, George - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Nall, Robert - Dated 12/8/2009 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement Pitchford, A J - Dated 12/8/2009 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                                    ,                      Case No.   **14-12514 (CSS)**
                          Debtor                                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Rogard, Debbie - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Schultz, James W - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Spain, Lonnie - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Stanley, Scott - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Stauter, Matthew - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Taylor, Brian Hank - Dated 4/1/2010 |
| VENTECH ENGINEERS, INC. 1149 ELLSWORTH PASADENA, TX 77506 | Non-Disclosure Agreement - Vaughn, Brad - Dated 4/1/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                    ,          Case No.   **14-12514 (CSS)**
                    **Debtor**                                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VENTECH ENGINEERS, INC.<br>1149 ELLSWORTH<br>PASADENA, TX 77506 | Non-Disclosure Agreement Dated 12/17/2009 |
| VEOLIA ES TECHNICAL SOLUTIONS<br>ATTN: GENERAL COUNSEL OR CONTRACT NEGOTIATOR<br>700 EAST BUTTERFIELD ROAD<br>LOMBARD, IL 60148 | Non-Disclosure Agreement Dated 11/8/2013 |
| VEOLIA WATER SOLUTIONS & TECHNOLOGIES<br>ATTN: LEGAL DEPARTMENT<br>250 AIRSIDE DRIVE<br>MOON TOWNSHIP, PA 15108 | Non-Disclosure Agreement Dated 2/12/2013 |
| VESTA PARTNERS, LLC<br>300 FIRST STAMFORD PLACE<br>STAMFORD, CT 06902 | Consulting Agreement Dated 3/15/2013 |
| VP RACING FUELS<br>ATTN: ALAN B. CERWICK, PRESIDENT<br>7124 RICHTER ROAD<br>ELMENDORF, TX 78112 | Non-Disclosure Agreement Dated 7/24/2013 |
| W. R. GRACE & CO.-CONN.<br>7500 GRACE DRIVE<br>COLUMBIA, MD 21044 | License Agreement Dated 8/18/2008 |
| W. R. GRACE & CO.-CONN.<br>7500 GRACE DRIVE<br>COLUMBIA, MD 21044 | Non-Disclosure Agreement Dated 7/23/2012 |

B6G (Official Form 6G) (12/07) – Cont.

In re   KiOR, Inc.                                                     ,          Case No.   14-12514 (CSS)
                        **Debtor**                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| W.G. YATES & SONS<br>115 MAIN STREET<br>BILOXI, MS 39530 | Non-Disclosure Agreement Dated 11/6/2012 |
| WARBURG PINCUS<br>450 LEXINGTON AVE<br>NEW YORK, NY 10017 | Non-Disclosure Agreement Dated 3/5/2010 |
| WARREN RECRUITING<br>PO BOX 66388<br>HOUSTON, TX 77266 | Placement Services Agreement Dated 1/18/2011 |
| WASTE PRO OF MS<br>1600 12TH AVENUE SOUTH<br>COLUMBUS, MS 39701 | Service Agreement Dated 5/10/2012 |
| WEST FRASER MILLS<br>ATTN: ROD, ALBERS<br>1250 BROWNMILLER ROAD<br>QUESNEL, BC V2J 6P5 CANADA | Mutual Non-Disclosure Agreement Dated 5/8/2012 |
| WEST SALEM MACHINERY<br>655 MURLARK AVE NW<br>SALEM, OR 97304 | Non-Disclosure Agreement Dated 5/10/2013 |
| WESTAR TRADE RESOURCES<br>301 S. SHERMAN ST.<br>RICHARDSON, TX 75081 | USDA 9003 Guaranteed Loan Application Agreement Dated 6/1/2010 |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                                    ,          Case No.   **14-12514 (CSS)**
                            Debtor                                                                                      (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WESTERN RESEARCH INSTITUTE ATTN: DONALD W. COLLINS, CEO 365 NORTH 9TH STREET LARAMIE, WY 82072 | Non-Disclosure Agreement Dated 7/6/2011 |
| WESTNEY CONSULTING GROUP, INC. 220 WEST LOOP SOUTH SUITE 500 HOUSTON, TX 77027 | Consulting Agreement Dated 1/12/2011 |
| WESTNEY CONSULTING GROUP, INC. 220 WEST LOOP SOUTH SUITE 500 HOUSTON, TX 77027 | Mutual Non-Disclosure Agreement Dated 2/2/2009 |
| WESTNEY CONSULTING GROUP, INC. 220 WEST LOOP SOUTH SUITE 500 HOUSTON, TX 77027 | Consulting Agreement Dated 6/14/2013 |
| WESTPORT INS CO PO BOX 2991 OVERLAND PARK, KS 66201-1391 | Insurance Policy - Commercial Property  Program |
| WEYERHAEUSER NR COMPANY 33663 WEYERHAEUSER WAY SOUTH FEDERAL WAY, WA 98003 | Non-Disclosure Agreement Dated 12/14/2009 |
| WHITLOCK, GARY ADDRESS ON FILE | Indemnification Agreement |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                          ,          Case No.   **14-12514 (CSS)**
                        Debtor                                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WILCOX, JACK R.<br>1900 CALLE ALEGRIA<br>FULLERTON, CA 92833 | Consulting Agreement Dated 2/12/2014 |
| WILCOX, JACK R.<br>1900 CALLE ALEGRIA<br>FULLERTON, CA 92833 | Non-Disclosure Agreement Dated 2/5/2014 |
| WILLIAMS, REBECCA<br>403 BELLVIEW DRIVE<br>ABERDEEN, MS 39703 | Non-Disclosure Agreement Dated 2/20/2013 |
| WILMERHALE<br>1875 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20004 | Statement of Work - E-Discovery Agreement Dated 1/8/2014 |
| WILMERHALE<br>1875 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20004 | Master Service Agreement - E-Discovery Dated 1/8/2014 |
| WILMERHALE<br>1875 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20004 | Power-of-Attorney Agreement Dated 6/21/2010 |
| WINTHROP<br>11100 WAYZATA BOULEVARD<br>SUITE 800<br>MINNETONKA, MN 55305 | Non-Disclosure Agreement Dated 4/5/2011 |

B6G (Official Form 6G) (12/07) – Cont.

In re  KiOR, Inc.                                             ,          Case No.   14-12514 (CSS)
                    **Debtor**                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WOOD GROUP MUSTANG, INC<br>16001 PARK TEN PLACE<br>HOUSTON, TX 77084 | Non-Disclosure Agreement Dated 1/27/2014 |
| WOOD WASTE RECOVERY<br>ATTN: DEAN JENSON<br>8957 CO. RD. P 35<br>BLAIR, NE 68008 | Feedstock Supply Agreement Dated 12/11/2012 |
| XL SPECIALTY INSURANCE COMPANY (XL GROUP)<br>14643 DALLAS PARKWAY, STE 770<br>DALLAS, TX 75254 | Insurance Policy - Cornerstone A-Side Management Liability |
| YUNG, K.Y.<br>STIJN STREUVELSHOF 12<br>1321 AA ALMERE, NETHERLANDS | Non-Disclosure Agreement Dated 4/14/2014 |
| Z ENERGY<br>ATTN: DANUSIA WYPYCH<br>3 QUEENS WHARF<br>WELLINGTON, 6011 NEW ZEALAND | Confidentiality Agreement Dated 4/25/2013 |
| ZURICH AMERICAN INSURANCE COMPANY<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196-1056 | Insurance Policy - Workers' Compensation |
| ZURICH AMERICAN INSURANCE COMPANY<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196-1056 | Insurance Policy - General Liability |

B6G (Official Form 6G) (12/07) – Cont.

In re   **KiOR, Inc.**                                        ,                    Case No.  **14-12514 (CSS)**
                    **Debtor**                                                                          **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY 1400 AMERICAN LANE SCHAUMBURG, IL 60196-1056 | Insurance Policy - Hired & Nonowned Auto |
| ZURICH AMERICAN INSURANCE COMPANY 1400 AMERICAN LANE SCHAUMBURG, IL 60196-1056 | Insurance Policy - Commercial Property  Program |
| ZURICH AMERICAN INSURANCE COMPANY 1400 AMERICAN LANE SCHAUMBURG, IL 60196-1056 | Insurance Policy - 3rd Excess Directors & Officers Liability |
| ZURICH ENGINEERING 1400 AMERICAN LANE SCHAUMBURG, IL 60196-1056 | Service Agreement Dated 4/15/2013 |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re    **KiOR, Inc.**                                                                                          ,          Case No.    **14-12514 (CSS)**
                                    **Debtor**                                                                                                           **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| See attached rider | |

**In re: KiOR, Inc.**                                                  **Case No. 14-12514 (CSS)**

### Schedule H - Codebtors

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| KiOR Columbus, LLC<br>13001 Bay Park Road<br>Pasadena, TX 77507 | 1538731 Alberta Ltd., as Agent and as a Lender<br>c/o Alberta Investment Management Corporation<br>1100-10830 Jasper Avenue<br>Edmonton, AB T5J 2B3, Canada |
| KiOR Columbus, LLC<br>13001 Bay Park Road<br>Pasadena, TX 77507 | KFT Trust, Vinod Khosla, Trustee, as 2014 First-Lien Agent and Control Agent<br>c/o Khosla Ventures<br>3000 Sand Hill Rd, Bldg 3, Ste 190<br>Menlo Park, CA 94025 |
| KiOR Columbus, LLC<br>13001 Bay Park Road<br>Pasadena, TX 77507 | KFT Trust, Vinod Khosla, Trustee, as Administrative Agent<br>c/o Khosla Ventures<br>3000 Sand Hill Rd, Bldg 3, Ste 190<br>Menlo Park, CA 94025 |
| KiOR Columbus, LLC<br>13001 Bay Park Road<br>Pasadena, TX 77507 | Khosla Ventures III, LP as 2013 First-Lien Agent and Control Agent<br>2128 Sand Hill Road<br>Menlo Park, CA 94025 |
| KiOR Columbus, LLC<br>13001 Bay Park Road<br>Pasadena, TX 77507 | Matheson Tri Gas - Dallas<br>2040 California Crossing Road<br>Dallas, TX  75220 |
| KiOR Columbus, LLC<br>13001 Bay Park Road<br>Pasadena, TX 77507 | Mississippi Development Authority<br>501 North West Street<br>PO Box 849<br>Jackson, MS 39201 |
| KiOR Columbus, LLC<br>13001 Bay Park Road<br>Pasadena, TX 77507 | Silicon Valley Bank<br>7000 N Mopac, Ste 360<br>Austin, TX 78731 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In Re : KiOR, Inc.                                                                      Case No. 14-12514 (CSS)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                                  Debtor


Date _____          Signature: _____
                                                                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

........................................................................................................................................

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.


_____          _____
Printed or Typed Name and Title, if any,                      Social Security No.
of Bankruptcy Petition Preparer                               ( Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address


X _____          _____
Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
........................................................................................................................................

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the <u>President, General Counsel and Interim Chief Financial Officer</u> [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the <u>Corporation</u> [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 182 sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date____12/2/2014_____          Signature : _____

                                                                  <u>Christopher A. Artzer</u>
                                                                  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
........................................................................................................................................

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*