**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:

            Chapter 11

KIOR, INC.,
    Debtor                               Case No. 14-12514 (CSS)

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  )  Debtors petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

(  )  No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( X )  Insufficient response to the United States Trustee communication/contact for service on the committee.

(  )  No unsecured creditor interest

(  )  Non-operating debtor-in-possession - - No creditor interest.

(  )  Application to convert to Chapter 7 or to dismiss pending.

(  )  Converted or dismissed.

(  )  Other:

                                        **ROBERTA A. DeANGELIS**
                                        **UNITED STATES TRUSTEE**

                                        /s/ Jane Leamy, for
                                        T. PATRICK TINKER
                                        Assistant United States Trustee

DATED: December 9, 2014