IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| KiOR, INC., | : | Case No. 14-12514 (CSS) |
| | : | |
| Debtors. | : | |
| | : | Docket No.: 224 |

## ORDER

Upon consideration of the Mississippi Development Authority's Motion for Expedited Consideration of its Motion for Order Granting Leave, Standing and Authority to Commence and Prosecute Derivative Claims on Behalf of the Debtor's Estate [Docket No. 224] filed on January 14, 2015; the Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction over the Motion to Shorten under 28 U.S.C. § 1334; and (b) the Motion to Shorten is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having determined that the movant has not established sufficient cause to justify the relief requested in the Motion to Shorten.

IT IS HEREBY ORDERED THAT, the Motion is DENIED.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: January 20, 2015