**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| KIOR, INC.,[1] | § | |
| | § | Case No. 14-12514 (CSS) |
| | § | |
| | § | |
| Debtor. | § | |

-----------------------------------------------------------

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**<u>FOR HEARING ON JANUARY 23, 2015 AT 11:00 A.M. (EST)</u>[2]**

***AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT***

## I. CONTINUED / RESOLVED MATTERS:

1. Debtor's Motion to Reject Executory Contract with Intralinks, Inc. *Nunc Pro Tunc* to December 2, 2014 [Docket No. 89 - filed December 2, 2014]

   Objection / Response Deadline: December 16, 2014 at 4:00 p.m. (EST)

   Objections / Responses Received: None.

   Related Documents:

   i. Certification of No Objection Regarding Debtor's Motion to Reject Executory Contract with Intralinks, Inc. *Nunc Pro Tunc* to December 2, 2014 [Docket No. 159 - filed December 18, 2014]

   ii. Order Granting Debtor's Motion for Authority to Reject Executory Contract With Intralinks, Inc. Nunc Pro Tunc to December 2, 2014 [Docket No. 165 - entered December 19, 2014]

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is KiOR, Inc. (2233). The above-captioned Debtor's mailing address is 13011 Bay Park Road, Pasadena, Texas 77507.

[2] The hearing will be held before The Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the January 23, 2015 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EST) on Thursday, January 22, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Status: On December 19, 2014, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2. Debtor's Motion for Order Authorizing the Debtor to Terminate Employee Stock Purchase Plan and Distribute Non-Estate Funds Currently Held by the Debtor [Docket No. 91 - filed December 3, 2014]

Objection / Response Deadline: December 17, 2014 at 4:00 p.m. (EST)

Objections / Responses Received: None.

Related Documents:

i. Certificate of No Objection Regarding Debtor's Motion for Order Authorizing the Debtor to Terminate Employee Stock Purchase Plan and Distribute Non-Estate Funds Currently Held by the Debtor [Docket No. 166 - filed December 19, 2014]

ii. Order Authorizing the Debtor to Terminate Employee Stock Purchase Plan And Distribute Non-Estate Funds [Docket No. 167 - entered December 22, 2014]

Status: On December 22, 2014, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3. Debtor's Motion Pursuant to 11 U.S.C. §§ 501, 502, 503 and 1111(a), Fed. R. Bankr. P. 2002 and 3003(c)(3) and Del. Bankr. L.R. 2002-1(e) for Order Establishing Bar Dates for Filing Claims and Approving Form and Manner of Notice Thereof [Docket No. 148 - filed December 15, 2014]

Objection / Response Deadline: December 29, 2014 at 4:00 p.m. (EST)

Objections / Responses Received: None.

Related Documents:

i. Certification of Counsel Regarding Order Pursuant to 11 U.S.C. Sections 501, 502, 503 and 1111(a), Fed. R. Bankr. P. 2002 and 3003(c)(3) and Del. Bankr. L.R. 2002-1(e) Establishing Bar Dates for Filing Claims and Approving Form and Manner of Notice Thereof [Docket No. 185 - filed December 31, 2014]

ii. Order Pursuant to 11 U.S.C. §§ 501, 502, 503 and 1111(a), Fed. R. Bankr. P. 2002 and 3003(c)(3) and Del. Bankr. L.R. 2002-1(e) Establishing Bar Dates for Filing Claims and Approving Form and Manner of Notice Thereof [Docket No. 187 - entered January 5, 2015]

Status: On January 5, 2015 the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

4. Debtor's Motion for an Order (I) Approving Disclosure Statement; (II) Approving Solicitation Package; (III) Establishing Voting Record Date for Entitlement to Solicitation Package and to Vote on Plan of Reorganization; (IV) Approving Procedures for Distribution of Solicitation Package; (V) Approving Form of Ballots; (VI) Establishing Last Date for Receipt of Ballots; (VII) Approving Procedures for Vote Tabulation; (VIII) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan of Reorganization; and (IX) Approving Form and Manner of Notice of Confirmation Hearing and of Related Issues [Docket No. 154 - filed December 16, 2014]

Objection / Response Deadline: January 16, 2015 at 4:00 p.m. (EST)

Objections / Responses Received: Informal response from Environmental Protection Agency

A. Objection to Motion to Approve Disclosure Statement (filed by Leidos Engineering, LLC, c/o Leidos, Inc.) [Docket No. 244 - filed January 16, 2015]

B. Objection of the Mississippi Development Authority to Debtor's Motion to Approve Disclosure Statement [Docket No. 246 - filed January 16, 2015]

Related Documents:

i. KiOR Inc.'s Chapter 11 Plan of Reorganization [Docket No. 149 - filed December 15, 2014]

ii. Disclosure Statement for KiOR Inc.'s Chapter 11 Plan of Reorganization Dated December 15, 2014 [Docket No. 150 - filed December 15, 2014]

iii. Notice of Filing of Amended Exhibit E (Liquidation Analysis) to the Disclosure Statement for KiOR Inc.'s Chapter 11 Plan of Reorganization Dated December 15, 2014 [Docket No. 151 - filed December 15, 2014]

iv. Notice of Hearing to Consider Approval of Disclosure Statement for KiOR Inc.'s Chapter 11 Plan of Reorganization [Docket No. 164 - filed December 19, 2014]

v. KiOR Inc.'s First Amended Chapter 11 Plan of Reorganization [Docket No. 219 - filed January 14, 2015]

vi. Notice of Filing of Blackline of KiOR Inc.'s First Amended Chapter 11 Plan of Reorganization [Docket No. 220 - filed January 14, 2015]

Status: The hearing on this matter has been continued to February 12, 2015 at 2:00 p.m. (EST).

5. Motion by the Mississippi Development Authority to Convert This Chapter 11 Cases to Chapter 7, or in the Alternative, to Dismiss [Docket No. 168 - filed December 23, 2014]

Objection / Response Deadline: January 8, 2015 at 4:00 p.m. (EST)

Objections / Responses Received:

A. Debtor's Objection and Response to the Motion by the Mississippi Development Authority to Covert this Chapter 11 Case to Chapter 7, or in the Alternative, to Dismiss [Docket No. 194 - filed January 8, 2015]

B. Opposition and Joinder of the Khosla Parties to the Debtor's Opposition to the Motion by the Mississippi Development Authority to Convert This Chapter 11 Cases to Chapter 7, or in the Alternative, to Dismiss [Docket No. 195 - filed January 8, 2015]

Related Documents: None.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for February 19, 2015 at 10:00 a.m. (EST).

Date: January 21, 2015
Wilmington, Delaware

*<u>/s/ Amanda R. Steele</u>*
John H. Knight (No. 3848)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: knight@rlf.com
merchant@rlf.com
steele@rlf.com

-and-

Mark W. Wege (Texas Bar No. 21074225)
Edward L. Ripley (Texas Bar No. 16935950)
Eric M. English (Texas Bar No. 24062714)
KING & SPALDING, LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: 713-751-3200
Facsimile: 713-751-3290
Email: MWege@kslaw.com
ERipley@kslaw.com
EEnglish@kslaw.com

Attorneys for Debtor and Debtor in Possession