305        **EXHIBIT A**

310

315

320

325

330



Robert Dalton <rca.dalton@gmail.com>

## KiOR

**Weissglass, Joseph** <Joseph.Weissglass@guggenheimpartners.com>  Fri, Dec 12, 2014 at 12:47 PM
To: Robert Dalton <rca.dalton@gmail.com>
Cc: "Nickens, Clyde" <Kenny.Nickens@guggenheimpartners.com>

Bob -- In order to comply with one of the Court orders in the KiOR case, I need to mail you the Sale Motion (which you already received electronically). Silly, I know, but could you send me your mailing address?

Best Regards,

Joseph Weissglass

Investment Banking

Guggenheim Securities, LLC

(404) 585-2204 office

(917) 648-8152 mobile

joseph.weissglass@guggenheimpartners.com

**From:** Weissglass, Joseph
**Sent:** Thursday, December 11, 2014 10:51 AM
**To:** Weissglass, Joseph; 'Robert Dalton'

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]