IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------
                                              :
In re:                                        :    Chapter 11
                                              :
                                              :    Case No. 14-12514 (CSS)
KIOR, INC.[1]                                 :
                                              :    **Re: Docket No. 395**
                                              :
           Debtor.                            :
----------------------------------------------------------------

### NOTICE OF FILING OF PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that on March 16, 2015, the above-captioned debtor and debtor in possession (the "Debtor") filed *KiOR Inc.'s Second Amended Chapter 11 Plan of Reorganization* [Docket No. 395] (the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Capitalized terms used, but not defined, herein have the meanings set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan contains certain exhibits and schedules (in each case, as may be amended, modified, or supplemented from time to time) to be included in this Plan Supplement as follows:

   Exhibit A:    Exit Financing Letter

   Exhibit B:    Class 7 - Continuing Trade Claims

**PLEASE TAKE FURTHER NOTICE** that Debtor reserves all rights to amend, modify, or supplement the Plan Supplement and any of the documents contained therein in accordance with the terms of the Plan. To the extent material amendments or modifications are made to any of these documents, the Debtor will file a blackline version with the Bankruptcy Court marked to reflect such amendments or modifications.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement is integral to, part of, and incorporated by reference into the Plan. Please note, however, these documents have not yet been approved by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the adequacy and approval of the *First Amended Disclosure Statement of KiOR Inc.'s Second Amended Chapter 11 Plan of Reorganization Dated March 16, 2015* [Docket No. 396] (the "Disclosure Statement Hearing") is scheduled for April 8, 2015 at 12:00 p.m. (Eastern Daylight Time), before The

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is KiOR, Inc. (2233). The above-captioned Debtor's mailing address is 13011 Bay Park Road, Pasadena, Texas 77507

Honorable Christopher S. Sontchi, Judge for the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.  **The Disclosure Statement Hearing may be continued by the Court or by the Debtor without further notice other than by announcement of same in open court and/or by filing a service and a notice of adjournment.**

   **PLEASE TAKE FURTHER NOTICE** that the copies of the documents included in the Plan Supplement, the Plan, or any other document filed in the Debtor's chapter 11 case are available at http://dm.epiq11.com/KiOR.

| | |
|---|---|
| Date: March 17, 2015<br>Wilmington, Delaware | */s/ Amanda R. Steele*<br>John H. Knight (No. 3848)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-651-7700<br>Facsimile:  302-651-7701<br>Email: knight@rlf.com<br>   merchant@rlf.com<br>   steele@rlf.com<br><br>     -and-<br><br>Mark W. Wege (Texas Bar No. 21074225)<br>Edward L. Ripley (Texas Bar No. 16935950)<br>Eric M. English (Texas Bar No. 24062714)<br>KING & SPALDING, LLP<br>1100 Louisiana, Suite 4000<br>Houston, Texas  77002<br>Telephone:  713-751-3200<br>Facsimile:  713-751-3290<br>Email: MWege@kslaw.com<br>   ERipley@kslaw.com<br>   EEnglish@kslaw.com<br><br>Attorneys for Debtor and Debtor in Possession |