# **EXHIBIT A**

**Revised Proposed Complaint**
**[submitted under seal]**

*ATL 20534088*