**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KiOR, Inc.,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No. 14-12514 (CSS)<br><br>Hearing Date: April 8, 2015 at 12:00 p.m.<br><br>Re: Docket Nos. 154, 246, 396 & 399 |

**SUPPLEMENT TO OBJECTION OF THE MISSISSIPPI
DEVELOPMENT AUTHORITY TO THE DEBTOR'S
MOTION TO APPROVE DISCLOSURE STATEMENT**

The Mississippi Development Authority (the "MDA"), the largest unsecured creditor of KiOR, Inc. (the "Debtor") in this Chapter 11 case, files this supplement (the "Supplement") to *Objection of the Mississippi Development Authority to the Debtor's Motion to Approve Disclosure Statement* filed with the Court on January 16, 2015 as Docket No. 246 (the "Objection"). MDA hereby supplements the Objection, which is fully incorporated herein by reference, as follows:

1. In the Objection, MDA expressly reserved its right to supplement or amend the Objection as necessary or appropriate should the Debtor file an amended disclosure statement to reflect the provisions in any amended proposed chapter 11 plan.

2. On March 16, 2015, the Debtor filed its *Second Amended Chapter 11 Plan of Reorganization* [Docket No. 395] (the "Second Amended Plan") and *First Amended Disclosure Statement for KiOR Inc.'s Second Amended Chapter 11 Plan of Reorganization Dated March 16, 2015* [Docket No. 396] (the "First Amended Disclosure Statement").

3. While the First Amended Disclosure Statement addresses some, but not all, of MDA's concerns raised in the Objection, MDA believes additional disclosures are required so

---

[1] The Debtor and the last four digits of its taxpayer identification number are: KiOR, Inc. (2233). The Debtor's mailing address is 13001 Bay Park Road, Pasadena, Texas 77507.

1

that creditors can make a fully informed decision when voting to accept or reject the Second Amended Plan.  Attached to this Supplement as **Exhibit A** is a redline (the "Redline") of the First Amended Disclosure Statement, which reflects the additional disclosures that MDA believes must be made in order to satisfy the requirements of 11 U.S.C. §1125.

4. Unless the First Amended Disclosure Statement is revised to incorporate all additional disclosures set forth in the Redline, MDA asserts that the First Amended Disclosure Statement, as filed, does not contain "adequate information" that would enable a hypothetical investor typical of holders of claims and interest in each relevant class to make an informed judgment about the Second Amended Plan, and therefore, should not be approved by the Court. *See* 11 U.S.C. §1125.

5. The MDA reserves its right to further supplement or amend the Objection at or prior to any hearing on approval of the First Amended Disclosure Statement.  MDA also reserves and preserves all rights to object to confirmation of the Second Amended Plan on any grounds, notwithstanding any proposed disclosures to the contrary set forth in the Redline.

6. For the reasons set forth herein and in the Objection, the MDA respectfully requests that, unless all additional disclosures proposed by MDA in the Redline are not fully incorporated in the First Amended Disclosure Statement (or any further amendment thereto), the Court deny approval of the First Amended Disclosure Statement (or any further amendment thereto).

[*Remainder of Page Intentionally Left Blank*]

Respectfully submitted, this 1st day of April, 2015.

        **GREENBERG TRAURIG, LLP**

        */s/ Dennis A. Meloro*
        Dennis A. Meloro (Bar No. 4435)
        The Nemours Building
        1007 North Orange Street, Suite 1200
        Wilmington, DE 19801
        Telephone: (302) 661-7000
        Facsimile: (302) 661-7360
        Email: MeloroD@gtlaw.com

 - and -

        David B. Kurzweil (Admitted *Pro Hac Vice*)
        R. Kyle Woods (Admitted *Pro Hac Vice*)
        Terminus 200
        3333 Piedmont Road, NE, Suite 2500
        Atlanta, Georgia 30305
        Telephone: (678) 553-2680
        Facsimile: (678) 553-2681
        Email: KurzweilD@gtlaw.com
        Email: WoodsK@gtlaw.com

- and -

        Shari L. Heyen (Admitted *Pro Hac Vice*)
        1000 Louisiana, Suite 1700
        Houston, Texas 77002
        Telephone: (713) 374-3564
        Facsimile: (713) 818-3795
        Email: HeyenS@gtlaw.com

- and -

        **MCCRANEY MONTAGNET QUIN & NOBLE, PLLC**

        Douglas C. Noble (Admitted *Pro Hac Vice*)
        William M. Quin II (*Pro Hac Vice Pending*)
        602 Steed Road, Suite 200
        Ridgeland, MS 39157
        Telephone: (601) 707-5725
        Facsimile: (601) 510-2939
        Dnoble@mmqnlaw.com
        Wquin@mmqnlaw.com

        ***ATTORNEYS FOR MISSISSIPPI DEVELOPMENT AUTHORITY***