**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| KiOR, Inc.,[1] | Case No. 14-12514 (CSS) |
| Debtor. | **Ref. Docket Nos. 7, 66, 130, 275, 397, 461 & 468** |

**THE DIP AGENT'S MOTION FOR ORDER, PURSUANT TO LOCAL RULE 9006-1(d), GRANTING LEAVE AND PERMISSION TO FILE ITS REPLY AND JOINDER OF THE DIP AGENT TO THE DEBTOR'S REPLY TO THE OBJECTION OF THE MISSISSIPPI DEVELOPMENT AUTHORITY TO THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING FIRST AMENDMENT TO SENIOR SECURED AND SUPERPRIORITY FINANCING AGREEMENT**

Pasadena Investments, LLC ("Pasadena"), in its capacity as administrative agent under the DIP Credit Agreement,[2] hereby requests by this motion (the "Motion") entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), granting Pasadena leave and permission to file its *Reply and Joinder of the DIP Agent to the Debtor's Reply to the Objection of the Mississippi Development Authority to the Debtor's Motion for Entry of an Order Approving First Amendment to Senior Secured and Superpriority Financing Agreement* (the "Reply"), a copy of which is attached hereto as **Exhibit B**. In support of the Motion, Pasadena respectfully represents as follows:

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is KiOR, Inc. (2233). The above-captioned Debtor's mailing address is 13011 Bay Park Road, Pasadena, Texas 77507.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Reply.

1. On March 16, 2015, the Debtor filed its *Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105, 363 and 364 to Approve First Amendment to Senior Secured and Superpriority Financing Agreement* [Docket No. 397] (the "DIP Amendment Motion").

2. A hearing to consider the DIP Amendment Motion is scheduled for April 8, 2015 (the "Hearing"). Parties in interest were required to file objections, if any, to the DIP Amendment Motion by Tuesday, March 31, 2015 (the "Objection Deadline").

3. Prior to the Objection Deadline, the Mississippi Development Authority requested a 2-day extension of the Objection Deadline. The Debtor, in consultation with Pasadena and other parties in interest, agreed to extend the Objection Deadline as requested by the Mississippi Development Authority, as is customary in Delaware practice and consistent with the Local Rules, to Thursday, April 2, 2015 at 4:00 p.m. (ET) (the "Extended Objection Deadline").

4. Pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." Here, because the Hearing is scheduled for Wednesday, April 8, 2015, Local Rule 9029-3(a)(i) requires that the agenda for the Hearing be filed on Monday, April 6, 2015 prior to 12:00 p.m. (ET). As a result, the deadline for filing replies (the "Reply Deadline") would otherwise fall at 4:00 p.m. on Friday, April 3, 2015 – ***only 24-hours*** after the Extended Objection Deadline for the DIP Amendment Motion and the same day as ***two*** major religious holidays.[3]

---

[3] Friday, April 3, 2015 is both Passover and Good Friday and has been declared a state holiday in Delaware. As a result, this Court closed in observance of the state-declared holiday. While Pasadena believes that these circumstances may result in the extension of the Reply Deadline to Monday, April 6, 2015, Pasadena files this Motion out of an abundance of caution. Fed. R. Bankr. P. 9006(a)(3)(A), 9006(a)(6).

5.  In order to permit time to evaluate the MDA's lengthy but delayed objection carefully and to evaluate the Debtor's reply to which Pasadena joins, Pasadena seeks entry of an order permitting Pasadena to file its Reply subsequent to the Reply Deadline set forth in the Local Rules. Pasadena believes that the Reply, which addresses the arguments posited by the MDA, will assist the Court in the consideration of the DIP Amendment Motion, and the objections thereto.

## CONCLUSION

WHEREFORE, Pasadena respectfully requests entry of the Proposed Order and such other relief that the Court finds just and proper.

Dated: April 7, 2015
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*
Michael R. Nestor (No. 3526)
Margaret Whiteman Greecher (No. 4652)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253

    -and-

KLEE, TUCHIN, BOGDANOFF & STERN LLP
David M. Stern (admitted *pro hac vice*)
Thomas E. Patterson (admitted *pro hac vice*)
Whitman L. Holt (admitted *pro hac vice*)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090

*Counsel for DIP Agent Pasadena Investments, LLC*