**Exhibit B**

**(Debtor's Statement of Financial Affairs Response to Question 3b)**

In re: KiOR, Inc.                                                                                    Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|---|---|---|---|---|
| 1 | A & L IND SVC INCORPORATED 1728 HIGHWAY 146 N LA PORTE, TX 77571 | | | |
| | | 2000010729 | 08/14/2014 | $9,394.97 |
| | | 2000010758 | 08/21/2014 | $505.71 |
| | | 2000010780 | 08/27/2014 | $4,240.86 |
| | | 2000010851 | 09/04/2014 | $7,845.34 |
| | | 2000010894 | 09/11/2014 | $8,829.47 |
| | | 2000010946 | 09/18/2014 | $2,023.60 |
| | | 2000010990 | 10/03/2014 | $9,039.39 |
| | | 2000011057 | 10/28/2014 | $8,366.08 |
| | | | **SUBTOTAL** | **$50,245.42** |
| 2 | ACCU-TECH PLUS PO BOX 1030 LEAGUE CITY, TX 77565 | | | |
| | | 2000010781 | 08/27/2014 | $1,155.53 |
| | | 2000010895 | 09/11/2014 | $463.23 |
| | | 2000011058 | 10/28/2014 | $374.44 |
| | | | **SUBTOTAL** | **$1,993.20** |
| 3 | ACCUDATA SYSTEMS INC 7906 N SAM HOUSTON PKWY WEST SUITE 300 HOUSTON, TX 77064 | | | |
| | | 2000011086 | 11/06/2014 | $2,939.31 |
| | | | **SUBTOTAL** | **$2,939.31** |
| 4 | ADAMS AND REESE LLP PO BOX 2153 BIRMINGHAM, AL 35287 | | | |
| | | 2000010818 | 08/27/2014 | $207.00 |
| | | | **SUBTOTAL** | **$207.00** |
| 5 | ADOBE EQUIPMENT HOUSTON, LLC 607 WALLISVILLE ROAD HOUSTON, TX 77020 | | | |
| | | 2000010984 | 10/03/2014 | $296.39 |
| | | | **SUBTOTAL** | **$296.39** |
| 6 | ADT SECURITY SERVICES, INC. AKA TYCO INTEGRATED SECURITY 9310 KIRBY DRIVE - SUITE 900 HOUSTON, TX 77054 | | | |
| | | 2000010812 | 08/27/2014 | $1,876.81 |
| | | | **SUBTOTAL** | **$1,876.81** |

In re: KiOR, Inc.                                                              Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|----------------------|--------------|-------------------|
| 7 | AETNA<br>151 FARMINGTON AVE, F265<br>HARTFORD, CT 06156 | | | |
| | | 1500000317 | 08/14/2014 | $142,069.73 |
| | | 2000010816 | 08/27/2014 | $89,600.40 |
| | | 2000010966 | 09/25/2014 | $69,878.00 |
| | | 2000011079 | 10/28/2014 | $75,814.84 |
| | | | SUBTOTAL | $377,362.97 |
| 8 | AETNA LIFE INSURANCE<br>151 FARMINGTON AVE, F265<br>HARTFORD, CT 06156 | | | |
| | | 2000010747 | 08/14/2014 | $2,349.95 |
| | | 2000010819 | 08/27/2014 | $2,279.45 |
| | | 2000010968 | 09/25/2014 | $2,037.23 |
| | | 2000011082 | 10/28/2014 | $1,743.75 |
| | | | SUBTOTAL | $8,410.38 |
| 9 | AIR LIQUIDE AMERICA<br>PO BOX 301046<br>DALLAS, TX 75303-1046 | | | |
| | | 2000011044 | 10/17/2014 | $1,801.58 |
| | | | SUBTOTAL | $1,801.58 |
| 10 | AIR PRODUCTS & CHEMICALS INC<br>PO BOX 935430<br>ATLANTA, GA 31193 | | | |
| | | 1500000323 | 08/29/2014 | $15,105.54 |
| | | 1500000330 | 09/27/2014 | $13,772.41 |
| | | 1500000331 | 10/10/2014 | $14,563.64 |
| | | 2000011059 | 10/28/2014 | $3,955.01 |
| | | 1500000334 | 10/31/2014 | $4,113.50 |
| | | | SUBTOTAL | $51,510.10 |
| 11 | ALABAMA DEPARTMENT OF REVENUE<br>SALES, USE & BUSINESS TAX DIVISION<br>PO BOX 327560<br>MONTGOMERY, AL 36132 | | | |
| | | 1500000322 | 08/31/2014 | $181.20 |
| | | | SUBTOTAL | $181.20 |
| 12 | ALLSTATE BENEFITS<br>1776 AMERICAN HERITAGE LIFE DRIVE<br>JACKSONVILLE, FL 32224 | | | |
| | | 2000010826 | 08/27/2014 | $1,747.38 |
| | | 2000010969 | 09/25/2014 | $1,591.00 |
| | | 2000011092 | 11/06/2014 | $1,513.91 |
| | | | SUBTOTAL | $4,852.29 |

In re: KiOR, Inc.                                                                                                    Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|----------------------|--------------|-------------------|
| 13 | ALTAMIRA INSTRUMENTS, INC. 149 DELTA DRIVE, SUITE 200 PITTSBURGH, PA 15238 | | | |
| | | 2000011015 | 10/03/2014 | $4,582.85 |
| | | | **SUBTOTAL** | **$4,582.85** |
| 14 | AMERAFLEX SEALING PRODUCTS CO., INC 317 GEORGIA AVENUE DEER PARK, TX 77536 | | | |
| | | 2000010852 | 09/04/2014 | $884.41 |
| | | | **SUBTOTAL** | **$884.41** |
| 15 | AMERICAN PROPERTY TAX SERVICE, INC. 12702 CENTURY DRIVE STAFFORD, TX 77459 | | | |
| | | 2000010782 | 08/27/2014 | $3,250.00 |
| | | | **SUBTOTAL** | **$3,250.00** |
| 16 | ATLAS COPCO COMPTEC, LLC 46 SCHOOL ROAD VOORHEESVILLE, NY 12186-9698 | | | |
| | | 2000010945 | 09/18/2014 | $946.23 |
| | | | **SUBTOTAL** | **$946.23** |
| 17 | AWC INCORPORATED 4747 SOUTH PINEMONT HOUSTON, TX 77041 | | | |
| | | 2000010843 | 09/04/2014 | $1,170.12 |
| | | 2000010985 | 10/03/2014 | $2,542.53 |
| | | | **SUBTOTAL** | **$3,712.65** |
| 18 | BAKER BOTTS LLP PO BOX 201626 HOUSTON, TX 77216-1626 | | | |
| | | 2000010783 | 08/27/2014 | $13,293.48 |
| | | | **SUBTOTAL** | **$13,293.48** |
| 19 | BARRETT VENDING 11305 TODD STREET HOUSTON, TX 77055 | | | |
| | | 2000011021 | 10/03/2014 | $374.44 |
| | | | **SUBTOTAL** | **$374.44** |

**In re: KiOR, Inc.**                                                                            **Case No. 14-12514 (CSS)**

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|---|---|---|---|---|
| 20 | BAY INSULATION OF TEXAS INC.<br>4411B DARIEN ST.<br>HOUSTON, TX 77028 | | | |
| | | 2000010779 | 08/27/2014 | $386.60 |
| | | 2000010893 | 09/11/2014 | $993.63 |
| | | | **SUBTOTAL** | **$1,380.23** |
| 21 | BAYTOWN VALVE & FITTING CO.<br>PO BOX 4346<br>BAYTOWN, TX 77521 | | | |
| | | 2000010730 | 08/14/2014 | $2,211.63 |
| | | 2000010759 | 08/21/2014 | $1,143.33 |
| | | 2000010853 | 09/04/2014 | $556.06 |
| | | 2000010896 | 09/11/2014 | $1,745.25 |
| | | 2000010991 | 10/03/2014 | $3,873.63 |
| | | | **SUBTOTAL** | **$9,529.90** |
| 22 | BENEFLEX, INC<br>77 BRANT AVENUE, SUITE 206<br>CLARK, NJ 07066 | | | |
| | | ACH_3625 | 08/18/2014 | $228.75 |
| | | ACH_4457 | 10/01/2014 | $225.00 |
| | | 1500000351 | 10/26/2014 | $225.00 |
| | | | **SUBTOTAL** | **$678.75** |
| 23 | BLISS INDUSTRIES LLC<br>1415 W. SUMMIT AVE.<br>PONCA CITY, OK 74601 | | | |
| | | 2000010724 | 08/14/2014 | $122.45 |
| | | | **SUBTOTAL** | **$122.45** |
| 24 | BOWEN, MICLETTE & BRITT<br>INURANCE AGENCY, LLC<br>1111 NORTH LOOP WEST, STE 400<br>HOUSTON, TX 77008 | | | |
| | | 2000010871 | 09/04/2014 | $4,099.00 |
| | | 2000010921 | 09/11/2014 | $370.00 |
| | | | **SUBTOTAL** | **$4,469.00** |
| 25 | BROOKFIELD ENGINEERING<br>LABORAT, INC<br>11 COMMERCE BLVD.<br>MIDDLEBORO, MA 02346 | | | |
| | | 2000010728 | 08/14/2014 | $850.18 |
| | | | **SUBTOTAL** | **$850.18** |

In re: KiOR, Inc.                                                                                          Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|----------------------|--------------|-------------------|
| 26 | BVA SCIENTIFIC, INC.<br>231 E. NAKOMA DR, #300<br>SAN ANTONIO, TX 78216 | | | |
| | | 2000011020 | 10/03/2014 | $308.88 |
| | | 2000011048 | 10/17/2014 | $4,165.11 |
| | | 2000011085 | 10/28/2014 | $1,427.06 |
| | | | **SUBTOTAL** | **$5,901.05** |
| 27 | CARIBOU INTERNATIONAL INCORPORATED<br>22820 INTERSTATE 45 NORTH, STE 3-K<br>SPRING, TX 77373 | | | |
| | | 2000010947 | 09/18/2014 | $1,473.84 |
| | | | **SUBTOTAL** | **$1,473.84** |
| 28 | CE ELANTECH, INC.<br>170 OBERLIN AVENUE NORTH<br>LAKEWOOD, NJ 08701 | | | |
| | | 2000010785 | 08/27/2014 | $745.15 |
| | | 2000010897 | 09/11/2014 | $2,033.24 |
| | | | **SUBTOTAL** | **$2,778.39** |
| 29 | CHANGSHA LANGFENG METALLIC MATERIAL LTD.<br>NO. 506, KAIYUAN XINYUAN, XINGSHA<br>CHANGSHA COUNTY, CHANGSHA<br>HUNAN, CHINA | | | |
| | | WIRE_8167 | 08/18/2014 | $51.00 |
| | | | **SUBTOTAL** | **$51.00** |
| 30 | CHARLES SCHWAB & CO., INC.<br>STOCK PLAN SERVICES<br>9601 PANORAMA CIRCLE<br>ENGLEWOOD, CO 80112 | | | |
| | | 1500000324 | 09/23/2014 | $11,225.00 |
| | | | **SUBTOTAL** | **$11,225.00** |
| 31 | CHEMTRAN SERVICES UNITED STATES, INC.<br>PO BOX 62456<br>HOUSTON, TX 77205 | | | |
| | | 2000010919 | 09/11/2014 | $2,490.00 |
| | | | **SUBTOTAL** | **$2,490.00** |
| 32 | CINTAS CORPORATION<br>PO BOX 15126<br>HOUSTON, TX 77020 | | | |
| | | 2000010731 | 08/14/2014 | $667.17 |
| | | 2000010760 | 08/21/2014 | $1,064.85 |
| | | 2000010786 | 08/27/2014 | $1,038.19 |
| | | 2000010898 | 09/11/2014 | $2,663.05 |

**In re: KiOR, Inc.**                                                                     **Case No. 14-12514 (CSS)**

## Statement Question 3b
### Payments to Creditors Made Within 90 Days Prior to Filing

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|---|---|---|---|---|
| | | 2000010948 | 09/18/2014 | $1,015.65 |
| | | 2000010993 | 10/03/2014 | $1,897.66 |
| | | 2000011060 | 10/28/2014 | $4,769.29 |
| | | 2000011087 | 11/06/2014 | $782.57 |
| | | | **SUBTOTAL** | **$13,898.43** |
| 33 | CINTAS FIRST AID & SAFETY<br>PO BOX 636525<br>CINCINNATI, OH 45246 | | | |
| | | 2000010899 | 09/11/2014 | $871.23 |
| | | 2000011061 | 10/28/2014 | $1,777.37 |
| | | | **SUBTOTAL** | **$2,648.60** |
| 34 | CISCO SYSTEMS CAPITAL<br>170 WEST TASMAN DRIVE<br>SAN JOSE, CA 95134 | | | |
| | | 2000010815 | 08/27/2014 | $2,561.24 |
| | | 2000010925 | 09/11/2014 | $2,561.24 |
| | | | **SUBTOTAL** | **$5,122.48** |
| 35 | CISCO SYSTEMS CAPITAL<br>CORPORATION<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | | | |
| | | 2000010827 | 08/27/2014 | $1,156.33 |
| | | 2000010932 | 09/11/2014 | $3,959.84 |
| | | 2000011019 | 10/03/2014 | $1,404.59 |
| | | 2000011083 | 10/28/2014 | $4,034.16 |
| | | | **SUBTOTAL** | **$10,554.92** |
| 36 | CISCO WEBEX LLC<br>3979 FREEDOM CIRCLE<br>SANTA CLARA., CA 95054 | | | |
| | | 2000010732 | 08/14/2014 | $596.96 |
| | | 2000010787 | 08/27/2014 | $325.76 |
| | | 2000010949 | 09/18/2014 | $150.00 |
| | | 2000011062 | 10/28/2014 | $586.23 |
| | | | **SUBTOTAL** | **$1,658.95** |
| 37 | CITI BANK<br>111 WALL STEET<br>NEW YORK, NY 10005 | | | |
| | | 2000010788 | 08/27/2014 | $360.00 |
| | | 2000010854 | 09/04/2014 | $180.00 |
| | | 2000010900 | 09/11/2014 | $180.00 |
| | | 2000010950 | 09/18/2014 | $240.00 |
| | | | **SUBTOTAL** | **$960.00** |

In re: KiOR, Inc.                                                                                              Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|----------------------|--------------|-------------------|
| 38 | CLEAN HARBORS<br>42 LONGWATER DRIVE<br>NORWELL, MA 02061 | | | |
| | | 2000010726 | 08/14/2014 | $26,489.68 |
| | | 2000010889 | 09/11/2014 | $26,739.04 |
| | | | SUBTOTAL | $53,228.72 |
| 39 | COLE-PARMER<br>13927 COLLECTIONS CENTER DR.<br>CHICAGO, IL 60693 | | | |
| | | 2000010994 | 10/03/2014 | $496.22 |
| | | | SUBTOTAL | $496.22 |
| 40 | COMPUTER PACKAGES INC.<br>414 HUNGERFORD DRIVE<br>ROCKVILLE, MD 20850 | | | |
| | | 2000010855 | 09/04/2014 | $23,950.00 |
| | | 2000011023 | 10/10/2014 | $1,877.00 |
| | | | SUBTOTAL | $25,827.00 |
| 41 | COMPUTERSHARE INC.<br>19228 DEPT CH<br>PALATINE, IL 60055-9228 | | | |
| | | 2000010811 | 08/27/2014 | $1,575.00 |
| | | 2000010960 | 09/18/2014 | $4,688.85 |
| | | | SUBTOTAL | $6,263.85 |
| 42 | CONAX TECHNOLOGIES<br>2300 WALDEN AVENUE<br>BUFFALO, NY 14225 | | | |
| | | 2000010842 | 09/04/2014 | $913.71 |
| | | | SUBTOTAL | $913.71 |
| 43 | COURIER CONNECTION<br>PO BOX 906<br>DEER PARK, TX 77536 | | | |
| | | 2000010789 | 08/27/2014 | $65.00 |
| | | 2000010995 | 10/03/2014 | $25.00 |
| | | | SUBTOTAL | $90.00 |
| 44 | DEBUSK SERVICES GROUP, LLC<br>10901 SPENCER HIGHWAY<br>LAPORTE, TX 77571 | | | |
| | | 2000010822 | 08/27/2014 | $1,967.00 |
| | | 2000011014 | 10/03/2014 | $4,266.88 |
| | | | SUBTOTAL | $6,233.88 |

**In re: KiOR, Inc.**                                                                    **Case No. 14-12514 (CSS)**

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|----------------------|--------------|-------------------|
| 45 | DELAWARE SECRETARY OF STATE<br>PO BOX 11728<br>NEWARK, NJ 07101 | | | |
| | | 2000010790 | 08/27/2014 | $36,000.00 |
| | | | **SUBTOTAL** | **$36,000.00** |
| 46 | DELL MARKETING L.P.<br>PO BOX 676021<br>ROUND ROCK, TX 78682 | | | |
| | | 2000010733 | 08/14/2014 | $2,575.48 |
| | | 2000010791 | 08/27/2014 | $2,575.48 |
| | | 2000010996 | 10/03/2014 | $5,011.27 |
| | | 2000011063 | 10/28/2014 | $2,826.60 |
| | | | **SUBTOTAL** | **$12,988.83** |
| 47 | DEPENDABLE SPRING COMPANY, INC<br>414 BEAVERCREEK RD #702<br>OREGON CITY, OR 97045 | | | |
| | | 2000010750 | 08/14/2014 | $306.00 |
| | | | **SUBTOTAL** | **$306.00** |
| 48 | DUNLAP CODDING, P.C.<br>1601 N.W. EXPRESSWAY #1000<br>OKLAHOMA CITY, OK 73118 | | | |
| | | 2000010878 | 09/04/2014 | $6,737.50 |
| | | 1500000337 | 10/31/2014 | $5,238.61 |
| | | 1500000348 | 11/04/2014 | $38,925.75 |
| | | | **SUBTOTAL** | **$50,901.86** |
| 49 | DXP ENTERPRISE INC.<br>1024 DELESANDRI DRIVE<br>KEMAH, TX 77565 | | | |
| | | 2000010734 | 08/14/2014 | $331.87 |
| | | | **SUBTOTAL** | **$331.87** |
| 50 | ELSEVIER B.V.<br>360 PARK AVE. S FL 7<br>NEW YORK, NY 10010 | | | |
| | | 2000010901 | 09/11/2014 | $5,543.20 |
| | | | **SUBTOTAL** | **$5,543.20** |
| 51 | EPSCO INTERNATIONAL<br>717 GEORGIA AVENUE<br>DEER PARK, TX 77536 | | | |
| | | 2000010924 | 09/11/2014 | $574.92 |
| | | | **SUBTOTAL** | **$574.92** |

In re: KiOR, Inc.                                                                                    Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|----------------------|--------------|-------------------|
| 52 | FEDERAL SOLUTIONS LLC<br>828 W BRIAR LAKE DR<br>STARKVILLE, MS 39759 | | | |
| | | 2000010902 | 09/11/2014 | $25,000.00 |
| | | | **SUBTOTAL** | **$25,000.00** |
| 53 | FIDELITY SECURITY LIFE INSURANCE<br>EYEMED<br>PO BOX 632530<br>CINCINNATI, OH 45263-2530 | | | |
| | | 2000010817 | 08/27/2014 | $1,276.99 |
| | | 2000010877 | 09/04/2014 | $873.13 |
| | | 2000010967 | 09/25/2014 | $824.55 |
| | | 1500000342 | 11/04/2014 | $628.82 |
| | | | **SUBTOTAL** | **$3,603.49** |
| 54 | FILTERS UNLIMITED<br>5336 EAST ROAD<br>BAYTOWN, TX 77521 | | | |
| | | 2000010832 | 08/27/2014 | $154.42 |
| | | | **SUBTOTAL** | **$154.42** |
| 55 | FINNEGAN<br>1300 I STREET NW, 300W<br>WASHINGTON, DC 20005 | | | |
| | | 1500000338 | 10/31/2014 | $562.67 |
| | | 1500000347 | 11/04/2014 | $9,917.50 |
| | | | **SUBTOTAL** | **$10,480.17** |
| 56 | FOSTERQUAN LLP<br>600 TRAVIS STREET, SUITE 2000<br>HOUSTON, TX 77002 | | | |
| | | 2000010928 | 09/11/2014 | $5,050.00 |
| | | | **SUBTOTAL** | **$5,050.00** |
| 57 | GCA SERVICES GROUP<br>16111 BROADWATER DRIVE<br>CROSBY, TX 77532 | | | |
| | | 2000010735 | 08/14/2014 | $5,359.64 |
| | | 2000010792 | 08/27/2014 | $2,671.29 |
| | | 2000010903 | 09/11/2014 | $8,168.26 |
| | | 2000011045 | 10/17/2014 | $7,585.20 |
| | | 1500000341 | 11/04/2014 | $5,359.64 |
| | | | **SUBTOTAL** | **$29,144.03** |

In re: KiOR, Inc.                                                          Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|----------------------|--------------|-------------------|
| 58 | GENERAL LABORATORY SUPPLY<br>PO BOX 7120<br>PASADENA, TX 77503 | | | |
| | | 2000010761 | 08/21/2014 | $1,828.19 |
| | | 2000010856 | 09/04/2014 | $83.50 |
| | | 2000010904 | 09/11/2014 | $578.70 |
| | | 2000010951 | 09/18/2014 | $2,009.64 |
| | | | **SUBTOTAL** | **$4,500.03** |
| 59 | GLEN MILLS, INC.<br>220 DELAWANNA AVE.<br>CLIFTON, NJ 07014 | | | |
| | | 2000010879 | 09/04/2014 | $825.55 |
| | | | **SUBTOTAL** | **$825.55** |
| 60 | GRAINGER<br>PO BOX 419267<br>KANSAS CITY, MO 64116 | | | |
| | | 2000010857 | 09/04/2014 | $1,480.03 |
| | | 2000010905 | 09/11/2014 | $211.19 |
| | | 2000010952 | 09/18/2014 | $633.04 |
| | | 2000010997 | 10/03/2014 | $294.29 |
| | | | **SUBTOTAL** | **$2,618.55** |
| 61 | GRAY CONTROL AUTOMATION INC<br>PO BOX 1132<br>FRIENDSWOOD, TX 77546 | | | |
| | | 2000010762 | 08/21/2014 | $1,200.00 |
| | | 2000011064 | 10/28/2014 | $1,320.00 |
| | | | **SUBTOTAL** | **$2,520.00** |
| 62 | GREAT AMERICAN LEASING<br>CORPORATION<br>PO BOX 660831<br>DALLAS, TX 75266-0831 | | | |
| | | 1500000319 | 08/31/2014 | $1,038.70 |
| | | 1500000327 | 09/28/2014 | $1,038.70 |
| | | 1500000352 | 10/26/2014 | $1,038.70 |
| | | | **SUBTOTAL** | **$3,116.10** |
| 63 | GREENBERG TRAURIG, LLP<br>ONE INTERNATIONAL PLACE, FL 20<br>BOSTON, MA 02110 | | | |
| | | 2000010858 | 09/04/2014 | $3,108.95 |
| | | 1500000336 | 10/31/2014 | $605.00 |
| | | | **SUBTOTAL** | **$3,713.95** |

In re: KiOR, Inc.                                                                                    Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|---------------------|--------------|-------------------|
| 64 | HAGEMEYER NORTH AMERICA HOLDINGS, INC.<br>11680 GREAT OAKS WAY<br>ALPHARETTA, GA 30022 | 2000010989 | 10/03/2014 | $1,234.05 |
| | | | SUBTOTAL | $1,234.05 |
| 65 | HATFIELD & COMPANY,INC<br>11922 CUTTEN RD<br>HOUSTON, TX 77066-3099 | 2000010847 | 09/04/2014 | $461.85 |
| | | | SUBTOTAL | $461.85 |
| 66 | HIRERIGHT, INC.<br>24521 NETWORK PL<br>CHICAGO, IL 60673 | 2000010814 | 08/27/2014 | $163.23 |
| | | | SUBTOTAL | $163.23 |
| 67 | HOGENTOGLER & CO., INC.<br>9515 GERWIG LANE<br>COLUMBIA, MD 21046 | 2000010850 | 09/04/2014 | $1,004.23 |
| | | | SUBTOTAL | $1,004.23 |
| 68 | HOVEY WILLIAMS LLP<br>10801 MASTIN BLVD, STE. 1000<br>OVERLAND PARK, KS 66210 | 2000010793<br>2000010978<br>2000011088 | 08/27/2014<br>10/02/2014<br>11/06/2014 | $79,780.28<br>$15,000.00<br>$15,000.00 |
| | | | SUBTOTAL | $109,780.28 |
| 69 | HUDSON MECHANICAL, INC.<br>PO BOX 2366<br>CROSBY, TX 77532 | 2000010727<br>2000010778<br>2000010848<br>2000010892<br>2000010988 | 08/14/2014<br>08/27/2014<br>09/04/2014<br>09/11/2014<br>10/03/2014 | $231.11<br>$675.13<br>$1,602.10<br>$5,540.70<br>$1,294.97 |
| | | | SUBTOTAL | $9,344.01 |
| 70 | INDUSTRIAL CONTAINER SERVICES, LLC.<br>PO BOX 278<br>GALENA PARK, TX 77547 | 2000010784<br>2000010992 | 08/27/2014<br>10/03/2014 | $1,021.64<br>$2,102.72 |
| | | | SUBTOTAL | $3,124.36 |

**In re: KiOR, Inc.**                                                                          **Case No. 14-12514 (CSS)**

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|----------------------|--------------|-------------------|
| 71 | INK PUBLIC RELATIONS<br>202 S. LOWELL LANE<br>AUSTIN, TX 78733 | | | |
| | | 2000010748 | 08/14/2014 | $7,962.50 |
| | | 2000010823 | 08/27/2014 | $7,225.00 |
| | | | SUBTOTAL | $15,187.50 |
| 72 | INTERTEK UNITED STATES, INC.<br>D/B/A INTERTEK PARC<br>100 WILLIAM PITT WAY<br>PITTSBURGH, PA 15238-1327 | | | |
| | | 2000010841 | 09/04/2014 | $1,587.30 |
| | | 2000010890 | 09/11/2014 | $529.10 |
| | | 2000010944 | 09/18/2014 | $2,867.60 |
| | | | SUBTOTAL | $4,984.00 |
| 73 | INTRALINKS<br>PO BOX 10259<br>NEW YORK, NY 10259 | | | |
| | | 2000010859 | 09/04/2014 | $8,993.58 |
| | | 2000010998 | 10/03/2014 | $16,275.55 |
| | | | SUBTOTAL | $25,269.13 |
| 74 | IRON MOUNTAIN<br>PO BOX 27128<br>ROYERSFORD, PA 19468 | | | |
| | | 2000010794 | 08/27/2014 | $105.86 |
| | | 2000010906 | 09/11/2014 | $105.86 |
| | | 2000011065 | 10/28/2014 | $212.78 |
| | | | SUBTOTAL | $424.50 |
| 75 | ITELLIGENCE, INC.<br>10856Q REED HARTMAN HIGHWAY<br>CINCINNATI, OH 45242 | | | |
| | | 2000010860 | 09/04/2014 | $82.50 |
| | | 2000010953 | 09/18/2014 | $7,000.00 |
| | | 2000011024 | 10/10/2014 | $2,227.50 |
| | | 2000011066 | 10/28/2014 | $7,082.50 |
| | | | SUBTOTAL | $16,392.50 |
| 76 | IWS GAS AND SUPPLY OF TEXAS, LTD.<br>125 THRUWAY PARK<br>BROUSSARD, LA 70518 | | | |
| | | 2000010763 | 08/21/2014 | $3,665.74 |
| | | 2000010795 | 08/27/2014 | $2,488.41 |
| | | 2000010861 | 09/04/2014 | $2,298.27 |
| | | 2000010954 | 09/18/2014 | $2,563.81 |
| | | 2000010999 | 10/03/2014 | $4,290.68 |
| | | 2000011046 | 10/17/2014 | $2,935.69 |
| | | 2000011067 | 10/28/2014 | $1,951.73 |
| | | 2000011089 | 11/06/2014 | $983.43 |
| | | | SUBTOTAL | $21,177.76 |

In re: KiOR, Inc.                                                                                    Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|----------------------|--------------|-------------------|
| 77 | JACKSON HOLE ADVISORS, INC.<br>PO BOX 38<br>GROVER, WY 83122 | | | |
| | | 2000010825 | 08/27/2014 | $2,950.00 |
| | | | **SUBTOTAL** | **$2,950.00** |
| 78 | JJ LANDSCOPE SERVICES<br>2711 HUCKLEBERRY LANE<br>PASADENA, TX 77502 | | | |
| | | 2000011016 | 10/03/2014 | $300.00 |
| | | | **SUBTOTAL** | **$300.00** |
| 79 | JONES & SMITH LLP<br>2777 ALLEN PARKWAY, SUITE 1000<br>HOUSTON, TX 77019 | | | |
| | | 2000010821 | 08/27/2014 | $1,260.00 |
| | | 2000010929 | 09/11/2014 | $736.25 |
| | | 1500000346 | 11/04/2014 | $4,948.80 |
| | | | **SUBTOTAL** | **$6,945.05** |
| 80 | K & H SERVICES, INC.<br>142 OAKLAND ST<br>BAYTOWN, TX 77520 | | | |
| | | 2000010757 | 08/21/2014 | $42,205.83 |
| | | 2000010986 | 10/03/2014 | $76,988.87 |
| | | 2000011056 | 10/28/2014 | $89,691.94 |
| | | | **SUBTOTAL** | **$208,886.64** |
| 81 | KANSANDRA CONSULTING<br>6206A TAGGART STREET<br>HOUSTON, TX 77007 | | | |
| | | 2000010829 | 08/27/2014 | $1,385.60 |
| | | 2000011030 | 10/10/2014 | $433.00 |
| | | | **SUBTOTAL** | **$1,818.60** |
| 82 | KELLY SERVICES INC.<br>PO BOX 530437<br>ATLANTA, GA 30353-0437 | | | |
| | | 2000011000 | 10/03/2014 | $1,023.93 |
| | | 2000011068 | 10/28/2014 | $8,183.24 |
| | | | **SUBTOTAL** | **$9,207.17** |
| 83 | LAB SUPPORT<br>10777 WESTHEIMER RD<br>HOUSTON, TX 77042 | | | |
| | | 2000010744 | 08/14/2014 | $12,981.40 |
| | | 2000010764 | 08/21/2014 | $7,646.52 |
| | | 2000010874 | 09/04/2014 | $1,646.50 |
| | | 2000010923 | 09/11/2014 | $16,901.32 |
| | | 2000010961 | 09/18/2014 | $7,246.84 |

In re: KiOR, Inc.                                                                          Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|----------------------|--------------|-------------------|
| | | 2000011013 | 10/03/2014 | $4,952.60 |
| | | 2000011078 | 10/28/2014 | $22,157.56 |
| | | | **SUBTOTAL** | **$73,532.74** |
| 84 | LABRADOR PROPERTIES, LLC<br>3724 KENTAN DRIVE<br>MOBILE, AL 36608 | | | |
| | | 2000010765 | 08/21/2014 | $408.30 |
| | | 2000011033 | 10/10/2014 | $1,225.18 |
| | | | **SUBTOTAL** | **$1,633.48** |
| 85 | LECO CORPORATION<br>3000 LAKEVIEW AVE<br>ST. JOSEPH, MI 49085 | | | |
| | | 2000010725 | 08/14/2014 | $3,029.01 |
| | | 2000010776 | 08/27/2014 | $2,692.84 |
| | | 2000010840 | 09/04/2014 | $192.86 |
| | | | **SUBTOTAL** | **$5,914.71** |
| 86 | LIEBOVICH, MITCHELL<br>DBA / ELTON DESIGNS, INC.<br>2800 N. LAKE SHORE DRIVE, #1817<br>CHICAGO, IL 60657 | | | |
| | | 2000010931 | 09/11/2014 | $2,400.00 |
| | | | **SUBTOTAL** | **$2,400.00** |
| 87 | LJ MOSBY, P.C.<br>11511 KATY FREEWAY, SUITE 590<br>HOUSTON, TX 77079 | | | |
| | | 2000010933 | 09/11/2014 | $8,800.00 |
| | | | **SUBTOTAL** | **$8,800.00** |
| 88 | LOCKE LORD LLP<br>2200 ROSS AVENUE, SUITE 2200<br>DALLAS, TX 75201 | | | |
| | | 2000010934 | 09/11/2014 | $106,078.66 |
| | | 2000011029 | 10/10/2014 | $200,000.00 |
| | | | **SUBTOTAL** | **$306,078.66** |
| 89 | MAGNATEX PUMPS, INC.<br>PO BOX 975426<br>DALLAS, TX 75397-5426 | | | |
| | | 2000010955 | 09/18/2014 | $3,033.01 |
| | | | **SUBTOTAL** | **$3,033.01** |
| 90 | MASTER PUMPS AND POWER<br>41286 PARK 290 DRIVE US 290<br>WALLER, TX 77484 | | | |
| | | 2000010869 | 09/04/2014 | $858.86 |
| | | 2000010920 | 09/11/2014 | $308.15 |
| | | | **SUBTOTAL** | **$1,167.01** |

In re: KiOR, Inc.                                                                    Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|---|---|---|---|---|
| 91 | MATHESON TRI GAS - DALLAS<br>PO BOX 845502<br>DALLAS, TX 75284-5502 | | | |
| | | 1500000318 | 08/30/2014 | $57,619.29 |
| | | 1500000332 | 09/27/2014 | $129,832.00 |
| | | 1500000335 | 10/31/2014 | $47,778.57 |
| | | | SUBTOTAL | $235,229.86 |
| 92 | MCGRIFF, SEIBELS & WILLIAMS INC<br>DRAWER 456<br>BIRMINGHAM, AL 35426 | | | |
| | | 2000010769 | 08/22/2014 | $34,385.00 |
| | | 2000011081 | 10/28/2014 | $50,000.00 |
| | | | SUBTOTAL | $84,385.00 |
| 93 | MEADOR STAFFING SERVICES<br>PO BOX 2001<br>PASADENA, TX 77501-2001 | | | |
| | | 2000011001 | 10/03/2014 | $6,192.87 |
| | | 2000011069 | 10/28/2014 | $22,942.54 |
| | | | SUBTOTAL | $29,135.41 |
| 94 | MEADOWS MILLS INC.<br>PO BOX 1288<br>NORTH WILKESBORO, NC 28659 | | | |
| | | 2000010862 | 09/04/2014 | $868.16 |
| | | | SUBTOTAL | $868.16 |
| 95 | MECHANICAL REPAIR &<br>ENGINEERING, LP<br>202 N. 18TH STREET<br>LA PORTE, TX 77571 | | | |
| | | 2000011018 | 10/03/2014 | $1,470.00 |
| | | | SUBTOTAL | $1,470.00 |
| 96 | MEDSAFE<br>4101 W. PINECREST DRIVE<br>MARSHALL, TX 75670 | | | |
| | | 2000010796 | 08/27/2014 | $366.31 |
| | | 2000010907 | 09/11/2014 | $122.23 |
| | | 2000010956 | 09/18/2014 | $290.10 |
| | | | SUBTOTAL | $778.64 |
| 97 | MERIPLEX COMMUNICATIONS<br>500 10111 RICHMOND AVENUE<br>HOUSTON, TX 77042 | | | |
| | | 2000010810 | 08/27/2014 | $6,398.71 |
| | | 2000010959 | 09/18/2014 | $6,372.27 |
| | | 2000011076 | 10/28/2014 | $6,372.27 |
| | | | SUBTOTAL | $19,143.25 |

In re: KiOR, Inc.

Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|---------------------|--------------|-------------------|
| 98 | MERRILL COMMUNICATIONS LLC<br>ONE MERRILL CIRCLE<br>ST. PAUL, MN 55108 | | | |
| | | 1500000359 | 11/07/2014 | $24,518.00 |
| | | | **SUBTOTAL** | **$24,518.00** |
| 99 | MEYER CONSULTING GROUP<br>2010 LARIMER POINT COURT<br>SUGARLAND, TX 77479 | | | |
| | | 2000010886 | 09/04/2014 | $100.00 |
| | | | **SUBTOTAL** | **$100.00** |
| 100 | MIKE'S PEST CONTROL, INC<br>735 W. LEAGUE CITY PARKWAY<br>LEAGUE CITY, TX 77573 | | | |
| | | 2000010777 | 08/27/2014 | $878.04 |
| | | 2000010888 | 09/11/2014 | $878.04 |
| | | | **SUBTOTAL** | **$1,756.08** |
| 101 | MOBILE MODULAR<br>PO BOX 45043<br>SAN FRANCISCO, CA 94145-0043 | | | |
| | | 2000010736 | 08/14/2014 | $15,316.33 |
| | | 2000010797 | 08/27/2014 | $3,714.06 |
| | | 2000010908 | 09/11/2014 | $19,342.17 |
| | | 2000011002 | 10/03/2014 | $10,360.64 |
| | | 2000011070 | 10/28/2014 | $26,222.55 |
| | | | **SUBTOTAL** | **$74,955.75** |
| 102 | NESTLE WATERS NORTH AMERICA<br>PO BOX 856680<br>LOUISVILLE, KY 40285-6680 | | | |
| | | 2000010909 | 09/11/2014 | $1,604.21 |
| | | 2000011071 | 10/28/2014 | $2,208.66 |
| | | | **SUBTOTAL** | **$3,812.87** |
| 103 | NETZSCH PREMIER TECHNOLOGIES, LLC<br>125 PICKERING WAY<br>EXTON, PA 19341 | | | |
| | | 2000010891 | 09/11/2014 | $888.29 |
| | | | **SUBTOTAL** | **$888.29** |
| 104 | NORMAN SMITH EQUIPMENT CO.<br>PO BOX 1297<br>HOUSTON, TX 77015 | | | |
| | | 2000010863 | 09/04/2014 | $3,977.10 |
| | | 2000011003 | 10/03/2014 | $3,977.10 |
| | | | **SUBTOTAL** | **$7,954.20** |

In re: KiOR, Inc.                                                                                    Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|---|---|---|---|---|
| 105 | NORTH AMERICAN CHIP RESOURCES, INC. PO BOX 2279 WOODVILLE, TX 75979 | | | |
| | | 2000010772 | 08/27/2014 | $6,380.16 |
| | | 2000010887 | 09/11/2014 | $8,383.68 |
| | | | SUBTOTAL | $14,763.84 |
| 106 | NOVA-TECH INTERNATIONAL 800 ROCKMEAD DR. STE 102 KINGWOOD, TX 77339-2496 | | | |
| | | 2000010820 | 08/27/2014 | $348.86 |
| | | | SUBTOTAL | $348.86 |
| 107 | OCCUPATIONAL MEDICAL CARE PO BOX 5665 PASADENA, TX 77505 | | | |
| | | 2000010876 | 09/04/2014 | $165.00 |
| | | 2000010926 | 09/11/2014 | $295.98 |
| | | 2000011080 | 10/28/2014 | $168.98 |
| | | | SUBTOTAL | $629.96 |
| 108 | PAYLOCITY 3850 N WILKE ROAD ARLINGTON HEIGHTS, IL 60004 | | | |
| | | ACH_2771 | 08/13/2014 | $29,398.98 |
| | | ACH_4534 | 08/14/2014 | $75,525.11 |
| | | ACH_4290 | 08/28/2014 | $80,368.30 |
| | | ACH_4318 | 08/28/2014 | $29,684.00 |
| | | ACH_1932 | 09/10/2014 | $28,253.12 |
| | | ACH_5834 | 09/12/2014 | $68,900.17 |
| | | ACH_7822 | 09/24/2014 | $28,595.88 |
| | | ACH_16831 | 09/29/2014 | $73,233.53 |
| | | ACH_2026 | 10/08/2014 | $24,088.63 |
| | | ACH_5276 | 10/10/2014 | $224.01 |
| | | ACH_9177 | 10/10/2014 | $65,113.74 |
| | | ACH_10895 | 10/20/2014 | $19,573.91 |
| | | ACH_3816 | 10/30/2014 | $62,952.28 |
| | | ACH_2384 | 10/31/2014 | $16,189.01 |
| | | | SUBTOTAL | $602,100.67 |
| 109 | PETROTECH CONSULTANTS, LLC 3 BEDFORD TERRACE MANTUA, NJ 08051 | | | |
| | | 2000010910 | 09/11/2014 | $1,700.00 |
| | | | SUBTOTAL | $1,700.00 |

**In re: KiOR, Inc.**                                                                    **Case No. 14-12514 (CSS)**

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|---------------------|--------------|-------------------|
| 110 | PRICEWATERHOUSECOOPERS LLP 1201 LOUISIANA HOUSTON, TX 77002-5678 | | | |
| | | 2000011022 | 10/10/2014 | $42,060.00 |
| | | 1500000362 | 11/07/2014 | $17,980.00 |
| | | **SUBTOTAL** | | **$60,040.00** |
| 111 | PRIMARY CHEMICALS 14906 FM 529, SUITE 202 HOUSTON, TX 77095 | | | |
| | | 2000010737 | 08/14/2014 | $5,648.93 |
| | | 2000010864 | 09/04/2014 | $4,031.23 |
| | | 2000011004 | 10/03/2014 | $9,751.68 |
| | | 2000011025 | 10/10/2014 | $4,054.27 |
| | | **SUBTOTAL** | | **$23,486.11** |
| 112 | PURE WATER SOLUTIONS, INC. 207-A PARK COURT RIDGELAND, MS 39157 | | | |
| | | 2000010838 | 09/04/2014 | $514.20 |
| | | **SUBTOTAL** | | **$514.20** |
| 113 | RAYMOND JAMES & ASSOCIATES, INC. ATTN: ROBERTA GREEN OR PROXY MGR 880 CARILION PARKWAY TOWER 2, 4TH FLOOR ST. PETERSBURG, FL 33716 | | | |
| | | 2000010938 | 09/11/2014 | $6,715.03 |
| | | 2000011093 | 11/06/2014 | $3,200.55 |
| | | **SUBTOTAL** | | **$9,915.58** |
| 114 | RED'S SAFE AND LOCK SERVICE 220 PASADENA BLVD PASADENA, TX 77506 | | | |
| | | 2000010798 | 08/27/2014 | $17.86 |
| | | **SUBTOTAL** | | **$17.86** |
| 115 | RESTEK CORPORATION 110 BENNER CIRCLE BELLEFONTE, PA 16823 | | | |
| | | 2000010774 | 08/27/2014 | $684.58 |
| | | 2000010839 | 09/04/2014 | $270.36 |
| | | **SUBTOTAL** | | **$954.94** |
| 116 | RIGAKU AMERICAS CORPORATION 9009 NEW TRAILS DRIVE THE WOODLANDS, TX 77381 | | | |
| | | 2000010775 | 08/27/2014 | $57.83 |
| | | **SUBTOTAL** | | **$57.83** |

In re: KiOR, Inc.                                                                               Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|---------------------|--------------|-------------------|
| 117 | ROBERT HALF<br>PO BOX 743295<br>SAN RAMON, CA 94583 | | | |
| | | 2000010749 | 08/14/2014 | $1,590.00 |
| | | 2000010824 | 08/27/2014 | $2,782.50 |
| | | 2000010930 | 09/11/2014 | $2,862.00 |
| | | 1500000326 | 09/29/2014 | $5,932.69 |
| | | 2000011017 | 10/03/2014 | $1,590.00 |
| | | 1500000339 | 11/04/2014 | $6,360.00 |
| | | | **SUBTOTAL** | **$21,117.19** |
| 118 | RR DONNELLEY FINANCIAL<br>PO BOX 951060<br>DALLAS, TX 75395-1060 | | | |
| | | 2000010799 | 08/27/2014 | $2,450.00 |
| | | 2000010911 | 09/11/2014 | $14,761.57 |
| | | | **SUBTOTAL** | **$17,211.57** |
| 119 | S&S INDUSTRIAL SUPPLY, LLC<br>9273 HIGHWAY 84 WEST<br>WINNFIELD, LA 71483 | | | |
| | | 2000010846 | 09/04/2014 | $416.50 |
| | | | **SUBTOTAL** | **$416.50** |
| 120 | SAFESITE INC.<br>9505 JOHNNY MORRIS ROAD<br>AUSTIN, TX 78724 | | | |
| | | 2000010872 | 09/04/2014 | $50.00 |
| | | 2000011011 | 10/03/2014 | $50.00 |
| | | 2000011077 | 10/28/2014 | $50.00 |
| | | 2000011091 | 11/06/2014 | $81.19 |
| | | | **SUBTOTAL** | **$231.19** |
| 121 | SAGE ENVIRONMENTAL<br>CONSULTING<br>PO BOX 671545<br>HOUSTON, TX 77034 | | | |
| | | 2000010912 | 09/11/2014 | $250.69 |
| | | | **SUBTOTAL** | **$250.69** |
| 122 | SASOL NORTH AMERICA<br>900 THREADNEEDLE SUITE 100<br>HOUSTON, TX 77079 | | | |
| | | 2000010830 | 08/27/2014 | $5,423.42 |
| | | | **SUBTOTAL** | **$5,423.42** |
| 123 | SEAL SOLUTIONS OF TEXAS INC.<br>15255 GULF FREEWAY, #120C<br>HOUSTON, TX 77034 | | | |
| | | 2000010745 | 08/14/2014 | $1,153.26 |
| | | | **SUBTOTAL** | **$1,153.26** |

In re: KiOR, Inc.                                                                                           Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|----------------------|--------------|-------------------|
| 124 | SEPARATION SYSTEMS, INC.<br>100 NIGHTINGALE LANE<br>GULF BREEZE, FL 32561 | | | |
| | | 2000010845 | 09/04/2014 | $601.66 |
| | | | SUBTOTAL | $601.66 |
| 125 | SETPOINT INTEGRATED SOLUTIONS<br>19151 HIGHLAND ROAD<br>BATON ROUGE, LA 70809 | | | |
| | | 2000010927 | 09/11/2014 | $1,082.50 |
| | | | SUBTOTAL | $1,082.50 |
| 126 | SIGMA-ALDRICH INC.<br>PO BOX 535182<br>ATLANTA, GA 30353-5182 | | | |
| | | 2000010738 | 08/14/2014 | $4,178.98 |
| | | 2000010800 | 08/27/2014 | $675.98 |
| | | 2000010913 | 09/11/2014 | $519.75 |
| | | 2000010957 | 09/18/2014 | $321.83 |
| | | 2000011005 | 10/03/2014 | $528.65 |
| | | | SUBTOTAL | $6,225.19 |
| 127 | SILICON VALLEY BANK<br>7000 NORTH MOPAC, SUITE 360<br>AUSTIN, TX 78731 | | | |
| | | ACH_3622 | 08/12/2014 | $34,494.98 |
| | | ACH_3505 | 08/26/2014 | $14,245.97 |
| | | SC_15005 | 08/26/2014 | $750.60 |
| | | ACH_1539 | 08/27/2014 | $58,262.80 |
| | | ACH_2025 | 09/08/2014 | $17,367.97 |
| | | ACH_3849 | 09/26/2014 | $16,798.46 |
| | | SC_14707 | 09/26/2014 | $780.91 |
| | | ACH_2334 | 10/07/2014 | $37,000.00 |
| | | ACH_2320 | 10/21/2014 | $33,496.28 |
| | | SC_15181 | 10/27/2014 | $740.59 |
| | | ACH_1600 | 11/06/2014 | $91,574.81 |
| | | | SUBTOTAL | $305,513.37 |
| 128 | SOUTH COAST FIRE & SAFETY<br>6230 BROOKHILL<br>HOUSTON, TX 77087 | | | |
| | | 2000010844 | 09/04/2014 | $494.80 |
| | | | SUBTOTAL | $494.80 |
| 129 | SOUTHERN IONICS<br>PO BOX 934557<br>ATLANTA, GA 31193-4557 | | | |
| | | 2000010801 | 08/27/2014 | $80,937.56 |
| | | 2000011006 | 10/03/2014 | $22,916.66 |
| | | 2000011072 | 10/28/2014 | $61,244.25 |
| | | | SUBTOTAL | $165,098.47 |

In re: KiOR, Inc.                                                                    Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|---------------------|--------------|-------------------|
| 130 | SUN COAST RESOURCES INC<br>PO BOX 202603<br>DALLAS, TX 75320 | | | |
| | | 2000010802 | 08/27/2014 | $1,411.14 |
| | | | SUBTOTAL | $1,411.14 |
| 131 | SWECO, A BUSINESS OF M-I, LLC<br>PO BOX 1509<br>FLORENCE, KY 41022-1509 | | | |
| | | 2000010739 | 08/14/2014 | $1,086.94 |
| | | | SUBTOTAL | $1,086.94 |
| 132 | T.B. JONES LLC<br>PO BOX 239<br>CHANNELVIEW, TX 77530 | | | |
| | | 2000010803 | 08/27/2014 | $18,954.04 |
| | | 2000010865 | 09/04/2014 | $64,952.04 |
| | | 2000010914 | 09/11/2014 | $58,057.04 |
| | | 2000010958 | 09/18/2014 | $18,868.40 |
| | | 2000011007 | 10/03/2014 | $41,071.47 |
| | | 2000011073 | 10/28/2014 | $51,781.46 |
| | | | SUBTOTAL | $253,684.45 |
| 133 | TECH 2000 SERVICES & STAFFING INC.<br>240 WEST END AVE. STE 3B<br>NEW YORK, NY 10023 | | | |
| | | 2000010804 | 08/27/2014 | $5,405.50 |
| | | 2000010915 | 09/11/2014 | $5,471.60 |
| | | 2000011008 | 10/03/2014 | $5,043.00 |
| | | 2000011074 | 10/28/2014 | $7,672.50 |
| | | | SUBTOTAL | $23,592.60 |
| 134 | TELEDYNE ISCO, INC<br>4700 SUPERIOR STREET<br>LINCOLN, NE 68504 | | | |
| | | 2000010987 | 10/03/2014 | $795.90 |
| | | | SUBTOTAL | $795.90 |
| 135 | TEXAS COMMISSION ON<br>ENVIRONMENTAL QUALITY<br>PO BOX 13089<br>AUSTIN, TX 78711-3089 | | | |
| | | 2000011090 | 11/06/2014 | $4,082.31 |
| | | | SUBTOTAL | $4,082.31 |

In re: KiOR, Inc.                                                                          Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|----------------------|--------------|-------------------|
| 136 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS P.O. BOX 13528 AUSTIN, TX 78711-3528 | | | |
| | | ACH_485 | 08/18/2014 | $514.58 |
| | | ACH_6037 | 09/18/2014 | $566.40 |
| | | ACH_9311 | 10/10/2014 | $506.31 |
| | | | **SUBTOTAL** | **$1,587.29** |
| 137 | TEXAS PROCESS EQUIPMENT CO. P.O. BOX 4346, DEPT. 678 HOUSTON, TX 77210-4346 | | | |
| | | 2000010740 | 08/14/2014 | $8,550.00 |
| | | | **SUBTOTAL** | **$8,550.00** |
| 138 | TFI SERVICES 1616 S. VOSS , STE 700 HOUSTON, TX 77057 | | | |
| | | 2000010741 | 08/14/2014 | $5,131.84 |
| | | 2000010805 | 08/27/2014 | $8,538.00 |
| | | 2000011009 | 10/03/2014 | $3,255.84 |
| | | 2000011075 | 10/28/2014 | $5,066.56 |
| | | | **SUBTOTAL** | **$21,992.24** |
| 139 | THE TALANCE GROUP, LP 808 TRAVIS, SUITE 1550 HOUSTON, TX 77002 | | | |
| | | 2000010813 | 08/27/2014 | $8,447.20 |
| | | 2000010873 | 09/04/2014 | $14,458.22 |
| | | 2000010922 | 09/11/2014 | $13,382.80 |
| | | 2000011012 | 10/03/2014 | $8,435.85 |
| | | 1500000340 | 11/04/2014 | $7,611.36 |
| | | | **SUBTOTAL** | **$52,335.43** |
| 140 | THERMAL ENGINEERING OF ARIZONA 2250 W. WETMORE RD. TUCSON, AZ 85705 | | | |
| | | 2000010866 | 09/04/2014 | $962.54 |
| | | | **SUBTOTAL** | **$962.54** |
| 141 | THERMO FISHER SCIENTIFIC ASHEVILLE 28 SCHENCK PARKWAY, STE 400 ASHEVILLE, NC 28803 | | | |
| | | 2000010831 | 08/27/2014 | $109.55 |
| | | | **SUBTOTAL** | **$109.55** |

**In re: KiOR, Inc.**                                                                                    **Case No. 14-12514 (CSS)**

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|----------------------|--------------|-------------------|
| 142 | TRANSAMERICA LIFE INSURANCE COMPANY 1150 OLIVE STREET   T-08-07 LOS ANGELES, CA 90015 | | | |
| | | 2000010828 | 08/27/2014 | $1,718.50 |
| | | 1500000343 | 11/04/2014 | $959.11 |
| | | | SUBTOTAL | $2,677.61 |
| 143 | TRANSAMERICA RELIANCE TRUST 1150 SOUTH OLIVE STREET LOS ANGELES, CA 90015 | | | |
| | | ACH_14390 | 08/18/2014 | $14,269.66 |
| | | ACH_17044 | 08/19/2014 | $35,170.12 |
| | | ACH_20562 | 09/02/2014 | $11,906.31 |
| | | ACH_22032 | 09/03/2014 | $39,148.74 |
| | | ACH_19937 | 09/15/2014 | $11,276.62 |
| | | ACH_7336 | 09/17/2014 | $29,452.61 |
| | | ACH_20297 | 09/29/2014 | $11,197.68 |
| | | ACH_7439 | 10/02/2014 | $28,247.11 |
| | | ACH_20129 | 10/14/2014 | $9,406.33 |
| | | ACH_16804 | 10/15/2014 | $51.14 |
| | | ACH_16805 | 10/15/2014 | $27,775.77 |
| | | ACH_8934 | 10/23/2014 | $8,343.03 |
| | | ACH_4192 | 11/04/2014 | $26,847.52 |
| | | ACH_12730 | 11/05/2014 | $7,463.38 |
| | | | SUBTOTAL | $260,556.02 |
| 144 | ULTRA SCIENTIFIC 250 SMITH STREET NORTH KINGSTON, RI 02852 | | | |
| | | 2000010723 | 08/14/2014 | $917.35 |
| | | 2000010773 | 08/27/2014 | $659.35 |
| | | | SUBTOTAL | $1,576.70 |
| 145 | UNITED RENTALS (NORTH AMERICA) 1718 WEST 13TH STREET DEER PARK, TX 77536 | | | |
| | | 2000010936 | 09/11/2014 | $1,335.63 |
| | | | SUBTOTAL | $1,335.63 |
| 146 | UNIVAR UNITED STATES INC. 17425 NE UNION HILL ROAD REDMOND, WA 98052 | | | |
| | | 2000010849 | 09/04/2014 | $244.25 |
| | | | SUBTOTAL | $244.25 |
| 147 | US PREMIUM FINANCE PO BOX 922022 HOUSTON, TX 77292-2022 | | | |
| | | 2000010770 | 08/22/2014 | $129,341.30 |
| | | 1500000321 | 08/31/2014 | $10,628.60 |
| | | 2000010970 | 09/25/2014 | $142,275.44 |
| | | 1500000329 | 09/28/2014 | $10,628.60 |

In re: KiOR, Inc.                                                                                          Case No. 14-12514 (CSS)

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|----------------------|--------------|-------------------|
| | | 2000011028 | 10/10/2014 | $129,341.28 |
| | | 1500000354 | 10/26/2014 | $10,628.60 |
| | | | **SUBTOTAL** | **$432,843.82** |
| 148 | USPTO PO BOX 1450 ALEXANDRIA, VA 22314-1450 | 1500000316 | 08/14/2014 | $5,000.00 |
| | | | **SUBTOTAL** | **$5,000.00** |
| 149 | VALCO INSTRUMENTS CO, INC. PO BOX 55603 HOUSTON, TX 77255 | 2000010870 | 09/04/2014 | $226.68 |
| | | | **SUBTOTAL** | **$226.68** |
| 150 | VAN LONDON – PHOENIX CO 6103 GLENMOUNT HOUSTON, TX 77081 | 2000010875 | 09/04/2014 | $1,185.52 |
| | | | **SUBTOTAL** | **$1,185.52** |
| 151 | VESCO BUSINESS PRODUCTS PO BOX 1852 LAPORTE, TX 77572-1852 | 2000010742 | 08/14/2014 | $1,723.00 |
| | | 2000010806 | 08/27/2014 | $261.79 |
| | | 2000010867 | 09/04/2014 | $1,212.30 |
| | | 2000010916 | 09/11/2014 | $181.43 |
| | | | **SUBTOTAL** | **$3,378.52** |
| 152 | VHG LABS, INC. 276 ABBY ROAD MANCHESTER, NH 03103 | 2000011010 | 10/03/2014 | $121.00 |
| | | | **SUBTOTAL** | **$121.00** |
| 153 | WASTE MANAGEMENT PO BOX 660345 DALLAS, TX 75266 | 2000010807 | 08/27/2014 | $1,572.08 |
| | | 2000010868 | 09/04/2014 | $1,817.24 |
| | | 2000010917 | 09/11/2014 | $1,785.36 |
| | | 2000011047 | 10/17/2014 | $3,375.93 |
| | | | **SUBTOTAL** | **$8,550.61** |

**In re: KiOR, Inc.**                                                                  **Case No. 14-12514 (CSS)**

**Statement Question 3b**
**Payments to Creditors Made Within 90 Days Prior to Filing**

| ITEM | NAME AND ADDRESS | CHECK OR WIRE NUMBER | PAYMENT DATE | TOTAL PAYMENT AMT |
|------|------------------|----------------------|--------------|-------------------|
| 154 | WEAVER AND TIDWELL, LLC<br>24 GREENWAY PLAZA, SUITE 1800<br>HOUSTON, TX 77046-2404 | | | |
| | | 2000010808 | 08/27/2014 | $645.00 |
| | | 2000010918 | 09/11/2014 | $150.00 |
| | | | **SUBTOTAL** | **$795.00** |
| 155 | WELLS FARGO FINANCIAL LEASING<br>PO BOX 6434<br>DES MONINES, IA 50309 | | | |
| | | 1500000320 | 08/31/2014 | $310.42 |
| | | 1500000328 | 09/28/2014 | $310.42 |
| | | 1500000353 | 10/26/2014 | $310.42 |
| | | | **SUBTOTAL** | **$931.26** |
| 156 | WILMERHALE<br>1875 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20004 | | | |
| | | 2000010743 | 08/14/2014 | $205,757.40 |
| | | 2000010809 | 08/27/2014 | $158,536.63 |
| | | | **SUBTOTAL** | **$364,294.03** |
| | | | **GRAND TOTAL** | **$4,914,406.91** |