**Exhibit C**

**(Debtor's Statement of Financial Affairs Response to Question 3c)**

In re: KiOR, Inc.                                                                                                                Case No. 14-12514 (CSS)

**Statement Question 3c**
**Payments to Insiders Made Within 1 Year Prior to Filing**

| Name and Address | Payment Type | Payment Date | Total Payment Amount | |
|---|---|---|---:|---|
| Artzer, Christopher<br>13001 Bay Park Road<br>Pasadena, TX 77507 | | | | |
| | Salary | 11/9/2013 - 11/9/2014 | $ 308,632 | |
| | Paid Time Off Payout | 11/9/2013 - 11/9/2014 | 14,076 | |
| | Defined Contribution Plan (401K Match) | 11/9/2013 - 11/9/2014 | 8,573 | |
| | Employer Medical Contributions | 11/9/2013 - 11/9/2014 | 8,816 | |
| | Employer Dental Contributions | 11/9/2013 - 11/9/2014 | 705 | |
| | Basic Life Insurance and AD&D | 11/9/2013 - 11/9/2014 | 922 | |
| | Long-Term Disability Insurance | 11/9/2013 - 11/9/2014 | 722 | |
| | Restricted Stock Unit (RSU) Taxable Income | 3/9/2014 & 3/13/2014 | 96,845 | |
| | Restricted Stock Unit (RSU) Tax | 3/9/2014 & 3/13/2014 | 32,424 | (1) |
| | Company Cellular Phone | 11/9/2013 - 11/9/2014 | 840 | |
| | Expense Reimbursements | 11/9/2013 - 11/9/2014 | 42,002 | |
| | | **Subtotal  $** | **514,557** | |
| Cannon, Fred<br>13001 Bay Park Road<br>Pasadena, TX 77507 | | | | |
| | Salary | 11/9/2013 - 11/9/2014 | $ 347,812 | |
| | Defined Contribution Plan (401K Match) | 11/9/2013 - 11/9/2014 | 5,119 | |
| | Employer Medical Contributions | 11/9/2013 - 11/9/2014 | 3,708 | |
| | Employer Dental Contributions | 11/9/2013 - 11/9/2014 | 604 | |
| | Basic Life Insurance and AD&D | 11/9/2013 - 11/9/2014 | 922 | |
| | Long-Term Disability Insurance | 11/9/2013 - 11/9/2014 | 722 | |
| | Restricted Stock Unit (RSU) Taxable Income | 2/28/2014, 3/9/2014 & 3/13/2014 | 422,402 | |
| | Restricted Stock Unit (RSU) Tax | 2/28/2014, 3/9/2014 & 3/13/2014 | 130,769 | (1) |
| | Company Cellular Phone | 11/9/2013 - 11/9/2014 | 840 | |
| | Expense Reimbursements | 11/9/2013 - 11/9/2014 | 26,340 | |
| | | **Subtotal  $** | **939,238** | |
| Karnes, John<br>Address on File | | | | |
| | Salary | 11/9/2013 - 12/31/2013 | $ 22,405 | |
| | Paid Time Off Payout | 11/9/2013 - 12/31/2013 | 75,622 | |
| | Defined Contribution Plan (401K Match) | 11/9/2013 - 12/31/2013 | 3,813 | |
| | Employer Medical Contributions | 11/9/2013 - 12/31/2013 | 2,176 | |
| | Employer Dental Contributions | 11/9/2013 - 12/31/2013 | 147 | |
| | Basic Life Insurance and AD&D | 11/9/2013 - 12/31/2013 | 133 | |
| | Long-Term Disability Insurance | 11/9/2013 - 12/31/2013 | 104 | |
| | Company Cellular Phone | 11/9/2013 - 12/31/2013 | 70 | |
| | Expense Reimbursements | 11/9/2013 - 12/31/2013 | 150 | |
| | | **Subtotal  $** | **104,620** | |

(1) A sale of RSU shares to cover the tax liability related to the RSU compensation (for all employees, not solely for insiders) automatically occurs with each RSU sales transaction.  Debtor pays the RSU tax via the payroll system on behalf of the employee as a pass-through transaction from the broker to the taxing authority.

In re: KiOR, Inc.                                                        Case No. 14-12514 (CSS)

## Statement Question 3c
## Payments to Insiders Made Within 1 Year Prior to Filing

| Name and Address | Payment Type | Payment Date | Total Payment Amount | |
|---|---|---|---:|---|
| Kasbaum, John<br>13001 Bay Park Road<br>Pasadena, TX 77507 | | | | |
| | Salary | 11/9/2013 - 11/9/2014 | $ 245,220 | |
| | Defined Contribution Plan (401K Match) | 11/9/2013 - 11/9/2014 | 6,480 | |
| | Defined Contribution Plan (401K True-Up) | 4/14/2014 | 480 | |
| | Employer Medical Contributions | 11/9/2013 - 11/9/2014 | 8,816 | |
| | Basic Life Insurance and AD&D | 11/9/2013 - 11/9/2014 | 922 | |
| | Long-Term Disability Insurance | 11/9/2013 - 11/9/2014 | 722 | |
| | Restricted Stock Unit (RSU) Taxable Income | 3/9/2014 & 3/13/2014 | 79,215 | |
| | Restricted Stock Unit (RSU) Tax | 3/9/2014 & 3/13/2014 | 27,770 | (1) |
| | Company Cellular Phone | 11/9/2013 - 11/9/2014 | 840 | |
| | Expense Reimbursements | 11/9/2013 - 11/9/2014 | 42,584 | |
| | | **Subtotal $** | **413,049** | |
| Leland, D. Mark<br>Address on File | | | | |
| | Director Fees | 11/9/2013 - 11/9/2014 | $ 17,500 | |
| | | **Subtotal $** | **17,500** | |
| Paterson, David J.<br>c/o Verso Paper Corp.<br>6775 Lenox Center Court Ste 400<br>Memphis TN, 38115 | | | | |
| | Expense Reimbursements | 11/9/2013 - 11/9/2014 | $ 2,907 | |
| | | **Subtotal $** | **2,907** | |
| O'Connor, Paul<br>Fruitful Innovations (FI) B.V.<br>Address on File | | | | |
| | Board Advisory Consulting Fees | 11/9/2013 - 11/9/2014 | $ 52,076 | |
| | | **Subtotal $** | **52,076** | |
| Rice Associates<br>10 Ryan Court<br>Stanford, CA 94305 | | | | |
| | Director Fees | 11/9/2013 - 11/9/2014 | $ 5,000 | |
| | | **Subtotal $** | **5,000** | |

(1) A sale of RSU shares to cover the tax liability related to the RSU compensation (for all employees, not solely for insiders) automatically occurs with each RSU sales transaction.  Debtor pays the RSU tax via the payroll system on behalf of the employee as a pass-through transaction from the broker to the taxing authority.

**In re: KiOR, Inc.**                                                                                                     **Case No. 14-12514 (CSS)**

**Statement Question 3c**
**Payments to Insiders Made Within 1 Year Prior to Filing**

| Name and Address | Payment Type | Payment Date | Total Payment Amount |
|---|---|---|---:|
| Roach, William<br>c/o Cavalier Energy Inc.<br>Suite 1700-255, 5 Ave SW<br>Calgary, AB T2P 3G6 Canada | | | |
| | Director Fees | | $ 10,000 |
| | Board Advisory Consulting Fees | | 100,000 |
| | Expense Reimbursements | 11/9/2013 - 11/9/2014 | 30,020 |
| | | **Subtotal** | **$ 140,020** |
| Whitlock, Gary L<br>c/o Centerpoint Energy, Inc.<br>1111 Louisiana St<br>Houston, TX 77002 | | | |
| | Director Fees | 11/9/2013 - 11/9/2014 | $ 35,000 |
| | Expense Reimbursements | 11/9/2013 - 11/9/2014 | 80 |
| | | **Subtotal** | **$ 35,080** |
| **Grand Total** | | | **$ 2,224,046** |

**In re: KiOR, Inc.**                                                                                           **Case No. 14-12514 (CSS)**

**Statement Question 3c**
**Payments to Insiders Made Within 1 Year Prior to Filing - Intercompany Balances**

| Account Description - Due (to) / from | 9/30/2013 | 9/30/2014 | Net Change |
|---|---|---|---|
| KiOR Columbus, LLC | 239,187,078.81 | 273,808,629.97 | $ 34,621,551.16 |