# Exhibit D

# (Reorganized Debtor's One-Year Budget)

KiOR Inc.
Exit Facility Forecast
$'s
Privileged & Confidential
DRAFT - Subject to Change

| Kior Inc. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month Ending | 10/31/2015 | 11/30/2015 | 12/31/2015 | 1/31/2016 | 2/29/2016 | 3/31/2016 | 4/30/2016 | 5/31/2016 | 6/30/2016 | 7/31/2016 | 8/31/2016 | 9/30/2016 | 12 Month |
| **Disbursements** | | | | | | | | | | | | | |
| Employee, Payroll, Benefits and Other | $ 912,973 | $ 912,973 | $ 912,973 | $ 912,973 | $ 912,973 | $ 912,973 | $ 912,973 | $ 912,973 | $ 912,973 | $ 912,973 | $ 912,973 | $ 912,973 | $ 10,955,676 |
| Laboratory / R&D | 96,500 | 96,500 | 96,500 | 96,500 | 96,500 | 96,500 | 96,500 | 96,500 | 96,500 | 96,500 | 96,500 | 96,500 | 1,158,000 |
| KCR / Pilot / Catalyst | 129,500 | 129,500 | 129,500 | 129,500 | 129,500 | 129,500 | 129,500 | 129,500 | 129,500 | 129,500 | 129,500 | 129,500 | 1,554,000 |
| Demo Facility | 169,000 | 169,000 | 169,000 | 169,000 | 169,000 | 169,000 | 169,000 | 169,000 | 169,000 | 169,000 | 169,000 | 169,000 | 2,028,000 |
| CapEx Improvements | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | 23,800 | 23,800 | 23,800 | 23,800 | 23,800 | 23,800 | 23,800 | 23,800 | 23,800 | 23,800 | 23,800 | 23,800 | 285,600 |
| Rents, Insurance and Taxes | 92,200 | 56,200 | 56,200 | 793,200 | 406,200 | 56,200 | 157,200 | 56,200 | 56,200 | 92,200 | 56,200 | 56,200 | 1,934,400 |
| Professional Fees | 254,000 | 314,000 | 279,000 | 292,500 | 219,000 | 304,000 | 229,000 | 269,000 | 219,000 | 229,000 | 219,000 | 219,000 | 3,046,500 |
| IT Fees | 81,810 | 18,935 | 18,935 | 42,310 | 14,935 | 18,935 | 45,610 | 124,935 | 19,935 | 151,310 | 18,035 | 15,935 | 571,620 |
| Miscellaneous | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 180,000 |
| **Production Disbursements** | 1,774,783 | 1,735,908 | 1,700,908 | 2,474,783 | 1,986,908 | 1,725,908 | 1,778,583 | 1,796,908 | 1,641,908 | 1,819,283 | 1,640,008 | 1,637,908 | 21,713,796 |
| **Plan Costs** | | | | | | | | | | | | | |
| Admin. | 776,000 | 886,000 | 2,602,000 | - | - | - | - | - | - | - | - | - | 4,264,000 |
| Priority (1) | 1,197,446 | - | - | - | - | - | - | - | - | - | - | - | 1,197,446 |
| Secured | 680,000 | - | - | - | - | - | - | - | - | - | - | - | 680,000 |
| Contract Cure | 95,696 | - | - | - | - | - | - | - | - | - | - | - | 95,696 |
| Continuing Trade Creditor Class | 870,090 | - | - | - | - | - | - | - | - | - | - | - | 870,090 |
| Convenience Class | 75,000 | - | - | - | - | - | - | - | - | - | - | - | 75,000 |
| **Plan Disbursements** | 3,694,232 | 886,000 | 2,602,000 | - | - | - | - | - | - | - | - | - | 7,182,232 |
| **Total Disbursements** | $ 5,469,015 | $ 2,621,908 | $ 4,302,908 | $ 2,474,783 | $ 1,986,908 | $ 1,725,908 | $ 1,778,583 | $ 1,796,908 | $ 1,641,908 | $ 1,819,283 | $ 1,640,008 | $ 1,637,908 | $ 28,896,028 |

(1) This Priority amount includes ~$1.1M in Mississippi State Franchise Tax.  The asserted amount of Priority claims filed by Mississippi State is ~$1.6M which KiOR plans to challenge.
Should the challenge be unsuccessful, the full ~$1.6M would be owed in connection with Plan confirmation.