IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § |
| | §   Chapter 11 |
| KIOR, INC.,[1] | § |
| | §   Case No. 14-12514 (CSS) |
| | § |
| | § |
| Debtor. | § |

---

## CERTIFICATION OF COUNSEL REGARDING SCHEDULING OF OMNIBUS HEARING DATE

The undersigned hereby certifies that the Court has provided the hearing date set forth on the proposed order, attached hereto, for the above-captioned chapter 11 case.

WHEREFORE, counsel for Mard, Inc. f/k/a KiOR, Inc. requests that the Court enter the proposed order, attached hereto, at its earliest convenience.

Dated: August 19, 2021
Wilmington, Delaware

| | |
|---|---|
| David M. Stern (admitted *pro hac vice*) | */s/ Megan E. Kenney* |
| Thomas E. Patterson (admitted *pro hac vice*) | John H. Knight (No. 3848) |
| Robert J. Pfister (admitted *pro hac vice*) | Robert C. Maddox (No. 5356) |
| **KTBS LAW LLP, F/K/A KLEE, TUCHIN,** | Megan E. Kenney (No. 6426) |
| **BOGDANOFF & STERN LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| 1999 Avenue of the Stars, Thirty-Ninth Floor | 920 N. King Street |
| Los Angeles, California 90067-6049 | Wilmington, Delaware 19801 |
| Telephone: (310) 407-4000 | Telephone: 302-651-7700 |
| Facsimile: (310) 407-9090 | Facsimile: 302-651-7701 |
| Email:  dstern@ktbslaw.com | Email: knight@rlf.com |
| tpatterson@ktbslaw.com | Email: maddox@rlf.com |
| rpfister@ktbslaw.com | Email: kenney@rlf.com |

*Counsel for Mard, Inc. f/k/a KiOR, Inc.*

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is KiOR, Inc. (2233). The above-captioned Debtor's mailing address is 13011 Bay Park Road, Pasadena, Texas 77507.

RLF1 25851580v.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § § § § § § § | |
| | | Chapter 11 |
| KIOR, INC., | | |
| | | Case No. 14-12514 (CSS) |
| | | |
| Debtor. | | Re: Docket No. ___ |

---------------------------------------------------------------

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

| **Date & Time** | **Location** |
|---|---|
| September 15, 2021 at 12:30 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 6<br>Wilmington, Delaware 19801 |

RLF1 25851580v.1