# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KiOR, Inc.,[1]<br><br>               Reorganized Debtor. | Chapter 11<br><br>Case No. 14-12514 (CSS)<br><br>**Re: Docket Nos. 1058 & 10589** |

## CERTIFICATE OF SERVICE

        I hereby certify that on August 19, 2021, I caused the following documents to be served on the attached service list in the manner indicated:

- *Certification of Counsel Regarding Scheduling of Omnibus Hearing Date* [Docket No. 1058]

- *Order Scheduling Omnibus Hearing Date* [Docket No. 1059]

Dated: August 19, 2021

                                                    */s/ Megan E. Kenney*
                                                    Megan E. Kenney (No. 6426)

---

[1] The Reorganized Debtor in the Chapter 11 case, along with the last four digits of its federal tax identification number, is KiOR, Inc. (2233). The Reorganized Debtor's mailing address is 13011 Bay Park Road, Pasadena, Texas 77507.

RLF1 25852665v.1

# SERVICE LIST

**Via CM/ECF, Courtesy Email and Hand Delivery:**

Jane M. Leamy
Office of the U.S. Trustee
844 King St.
Suite 2207
Wilmington, DE 19801
jane.m.leamy@usdoj.gov

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801
kgwynne@reedsmith.com

**Via Email and First Class Mail:**

William M. Quin II, Esq.
McCraney Montagnet Quin & Noble, PLLC
602 Steed Road, Suite 200
Ridgeland, MS 39157
wquin@mmqnlaw.com