# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>KiOR, Inc.,[1]<br><br>     Reorganized Debtor. | Chapter 11<br><br>Case No. 14-12514 (CSS)<br><br>Re: Docket No. 1061 |

### ORDER AND FINAL DECREE CLOSING
### THE REORGANIZED DEBTOR'S CHAPTER 11 CASE

Upon the motion (the "Motion")[2] of Mard, Inc., formerly known as KiOR, Inc. (the "Reorganized Debtor"); and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue for this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iv) notice of the Motion was sufficient under the circumstances and no further or other notice is required, and (v) a reasonable opportunity to object or be heard regarding the relief requested in the Motion has been afforded to all interested parties; the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon the record herein; and after due deliberation and good and sufficient cause having been shown;

**IT IS HEREBY FOUND AND DETERMINED THAT:**

1. The Motion is **GRANTED** as set forth herein.

---

[1] The Reorganized Debtor in the chapter 11 case, along with the last four digits of its federal tax identification number, is KiOR, Inc. (2233).  The Reorganized Debtor's mailing address is 13011 Bay Park Road, Pasadena, Texas 77507.

[2] Capitalized terms used but not otherwise defined herein have the respective meaning ascribed to them in the Motion.

2. The chapter 11 case of Mard, Inc., formerly known as KiOR, Inc., Case No. 14-12514 (CSS) (the "<u>Bankruptcy Case</u>"), is hereby closed, and a final decree is granted, effective as of the date of this Order.

3. The Clerk of this Court shall enter this Order on the docket of the Bankruptcy Case, and thereafter the docket of the case shall be marked as "Closed."

4. The requirement of filing a final report pursuant to Local Rule 3022-1(c) is hereby waived.

5. This Order is without prejudice to any party's right to seek to re-open the Bankruptcy Case.

6. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to this Order.

7. This Order is effective immediately upon entry.

Dated: September 8th, 2021
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE